UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HASTINGS COLLEGE OF THE LAW, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No.20-cv-03033-JST <br><br> **CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 8 |
|---|---|

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for August 11, 2020 at 2:00 P.M. before the Honorable JON S. TIGAR. The Joint Case Management Conference Statement is due August 4, 2020.

Please report to Courtroom 6, 2nd Floor, Ronald Dellums Federal Building, 1301 Clay Street, Oakland, CA 94612.

Dated: May 6, 2020

Susan Y. Soong
Clerk, United States District Court

By: _____
Mauriona Lee, Deputy Clerk to the
Honorable JON S. TIGAR
510-637-3530