| | |
|---|---|
| **POS-010** | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* <br> Michael A Kelly,Esq | SBN: Bar No.71460 <br> WALKUP MELODIA KELLY & SCHOENBERGER <br> 650 California Street 26th Floor   San Francisco, CA 94108 <br> TELEPHONE NO.: (415) 981-7210 | FAX NO. | E-MAIL ADDRESS <br> ATTORNEY FOR *(Name):* : | FOR COURT USE ONLY |

USDC/SAN FRANCISCO/NORTHERN DISTRICT OF CA
STREET ADDRESS: 450 GOLDEN GATE
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: SAN FRANCISCO

PLAINTIFF/PETITIONER: Hastings College of the Law
DEFENDANT/RESPONDENT: City and County of San Francisco, a municipal entity

CASE NUMBER:
3:20-cv-03033

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:
15186-Hastings

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* **Proposed Summons; Notice of Electronic Filing; Order Setting Initial Case Management Conference and ADR Deadlines; Consent or Declination to Magistrate Judge Jurisdiction;**
3. a. Party served *(specify name of party as shown on documents served):*
   **City and County of San Francisco**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Office of City Attorney - Agent for Service of Process**
4. Address where the party was served: **1390 Market St, Fox Plaza, 7th floor**
   **San Francisco, CA 94102-5402**
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*    (2) at *(time):*
   b. ☑ **by substituted service.** On *(date):* **5/5/2020** at *(time):* **11:15 AM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
   **Andrea Brosnan - Administrative Assistant**
   
   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date):*   from *(city):*                                                or ☑ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

**POS010-1/SF4157**

| PETITIONER: Hastings College of the Law | CASE NUMBER: |
|---|---|
| RESPONDENT: City and County of San Francisco, a municipal entity | 3:20-cv-03033 |

Case 4:20-cv-03033-JST   Document 10   Filed 05/07/20   Page 2 of 3

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                               (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of
      under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)                 ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)           ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)                   ☐ 415.46 (occupant)
                                               ☐ other:

7. **Person who served papers**
   a. Name: **Andy Esquer - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **859 Harrison Street, Suite A San Francisco, CA 94107**
   c. Telephone number: **(415) 351-0400**
   d. **The fee** for service was: **$ .00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner    ☐ employee    ☑ independent contractor.
         (ii) Registration No.: **2017-0001009**
         (iii) County: **San Francisco**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/5/2020**

**N**   **Nationwide Legal, LLC**
**859 Harrison Street, Suite A**
**San Francisco, CA 94107**
**(415) 351-0400**
**www.nationwideasap.com**

                **Andy Esquer**                   ▶  */s/ Andy Esquer*
        (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

| Attorney or Party without Attorney: | | | FOR COURT USE ONLY |
|---|---|---|---|
| Michael A Kelly, Esq, SBN: Bar No.71460<br>WALKUP MELODIA KELLY & SCHOENBERGER<br>650 California Street 26th Floor<br>San Francisco, CA 94108<br>TELEPHONE No.: (415) 981-7210   FAX No. (Optional): | | E-MAIL ADDRESS (Optional): | |
| Attorney for: | Ref No. or File No.:<br>15186-Hastings | | |

Insert name of Court, and Judicial District and Branch Court:
USDC/SAN FRANCISCO/NORTHERN DISTRICT OF CA - SAN FRANCISCO

Petitioner: Hastings College of the Law
Respondent: City and County of San Francisco, a municipal entity

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>3:20-cv-03033 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons; Complaint; Civil Case Cover Sheet; Proposed Summons; Notice of Electronic Filing; Order Setting Initial Case Management Conference and ADR Deadlines; Consent or Declination to Magistrate Judge Jurisdiction;;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

   a. Date of Mailing:       May 05, 2020
   b. Place of Mailing:      San Francisco, CA
   c. Addressed as follows:  City and County of San Francisco
                             ATTENTION: Office of City Attorney - Agent for Service of Process
                             1390 Market St, Fox Plaza, 7th floor
                             San Francisco, CA 94102-5402

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.

Fee for Service: $ .00
   Nationwide Legal, LLC REG: 12-234648
   859 Harrison Street, Suite A
   San Francisco, CA 94107
   (415) 351-0400
   www.nationwideasap.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on May 05, 2020.

Signature: _____
            Sergio Guerrero

**PROOF OF SERVICE BY MAIL**

Order#: SF4157/mailproof