UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant. | Case No. 20-cv-03033-JST<br><br>**ORDER REQUIRING DEFENDANTS TO ENTER SPECIAL APPEARANCE** |

　　　Defendant City and County of San Francisco shall enter a special appearance by May 11, 2020 at 5:00 p.m. solely for the purpose of facilitating communication between the Court and the parties. The Court notes that Defendant has been served with the lawsuit.

　　　Plaintiffs shall personally serve a copy of this order on Defendant by 5:00 p.m. today.

　　　**IT IS SO ORDERED.**

Dated: May 8, 2020



JON S. TIGAR
United States District Judge