DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
RYAN STEVENS, State Bar #306409
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3975
Facsimile:    (415) 554-3837
E-Mail:       Ryan.Stevens@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>Defendant. | Case No. 4:20-cv-3033-JST<br><br>**NOTICE OF APPEARANCE OF RYAN STEVENS** |

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Deputy City Attorney RYAN STEVENS is appearing on behalf of Defendant CITY AND COUNTY OF SAN FRANCISCO. The office and email addresses, and the telephone and facsimile numbers for Mr. Stevens are as follows:

Ryan Stevens
Deputy City Attorney
Office of the City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-4682
Telephone:  (415) 554-3975
Facsimile:  (415) 554-3837
Email:  ryan.stevens@sfcityatty.org

Please include Mr. Stevens on all proofs of service and communications in this matter.

Dated:  May 8, 2020

          DENNIS J. HERRERA
          City Attorney
          MEREDITH B. OSBORN
          Chief Trial Deputy
          RYAN STEVENS
          Deputy City Attorney

          By: */s/ Ryan Stevens*
              RYAN STEVENS

          Attorneys for Defendant
          CITY AND COUNTY OF SAN FRANCISCO