UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Defendant. | Case No. 20-cv-03033-JST<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court now sets a case management conference on May 14, 2020 at 1:00 p.m. The conference will proceed by videolink. The Courtroom Deputy will provide access credentials in advance of the conference.

A joint case management statement is due by May 13, 2020 at noon. Rather than the topics set forth in the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement, the parties should address the measures most likely to bring about either informal resolution of the case or a narrowing of the issues in dispute; the frequency of case management that will best assist the parties; and any other issues the parties wish the Court to address. The parties must meet and confer in an effort to reach agreement on all issues presented in the joint statement. Lead counsel for the parties must appear at the conference.

**IT IS SO ORDERED.**

Dated: May 8, 2020

_____
JON S. TIGAR
United States District Judge