DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
JEREMY M. GOLDMAN, State Bar #218888
TARA M. STEELEY, State Bar #231775
RYAN STEVENS, State Bar #306409
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-6762 [Goldman]
              (415) 554-4655 [Steeley]
              (415) 554-3975 [Stevens]
Facsimile:    (415) 554-3837
E-Mail:       Jeremy.Goldman@sfcityatty.org
              Tara.Steeley@sfcityatty.org
              Ryan.Stevens@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>   Plaintiffs,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>   Defendant. | Case No. 4:20-cv-3033-JST<br><br>**NOTICE OF APPEARANCE OF JEREMY M. GOLDMAN** |

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Deputy City Attorney JEREMY M. GOLDMAN is appearing on behalf of Defendant CITY AND COUNTY OF SAN FRANCISCO. The office and email addresses, and the telephone and facsimile numbers for Mr. Goldman are as follows:

> Jeremy M. Goldman
> Deputy City Attorney
> Office of the City Attorney of San Francisco
> City Hall, Room 234
> 1 Dr. Carlton B. Goodlett Place
> San Francisco, California 94102-4682
> Telephone: (415) 554-6762
> Facsimile: (415) 554-4699
> Email: jeremy.goldman@sfcityatty.org

Please include Mr. Goldman on all proofs of service and communications in this matter.

Dated: May 11, 2020

> DENNIS J. HERRERA
> City Attorney
> MEREDITH B. OSBORN
> Chief Trial Deputy
> JEREMY M. GOLDMAN
> TARA M. STEELEY
> RYAN STEVENS
> Deputy City Attorneys
>
> By: */s/ Jeremy M. Goldman*
>    JEREMY M. GOLDMAN
>
> Attorneys for Defendant
> CITY AND COUNTY OF SAN FRANCISCO