DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
JEREMY M. GOLDMAN, State Bar #218888
TARA M. STEELEY, State Bar #231775
RYAN STEVENS, State Bar #306409
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-6762 [Goldman]
               (415) 554-4655 [Steeley]
               (415) 554-3975 [Stevens]
Facsimile:     (415) 554-3837
E-Mail:        Jeremy.Goldman@sfcityatty.org
               Tara.Steeley@sfcityatty.org
               Ryan.Stevens@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>       Plaintiffs,<br><br>       vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>       Defendant. | Case No. 4:20-cv-3033-JST<br><br>**NOTICE OF APPEARANCE OF TARA M. STEELEY** |

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Deputy City Attorney TARA M. STEELEY is appearing on behalf of Defendant CITY AND COUNTY OF SAN FRANCISCO.  The office and email addresses, and the telephone and facsimile numbers for Ms. Steeley are as follows:

Tara M. Steeley
Deputy City Attorney
Office of the City Attorney of San Francisco
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-4655
Facsimile: (415) 554-4699
Email: tara.steeley@sfcityatty.org

Please include Ms. Steeley on all proofs of service and communications in this matter.


Dated:  May 11, 2020

DENNIS J. HERRERA
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
JEREMY M. GOLDMAN
TARA M. STEELEY
RYAN STEVENS
Deputy City Attorneys


By: */s/ Tara M. Steeley*
TARA M. STEELEY

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO