1  MICHAEL A. KELLY, State Bar No. 71460
   MKelly@WalkupLawOffice.com
2  RICHARD H. SCHOENBERGER, State Bar No. 122190
   RSchoenberger@WalkupLawOffice.com
3  MATTHEW D. DAVIS, State Bar No. 141986
   MDavis@WalkupLawOffice.com
4  JADE SMITH-WILLIAMS, State Bar No. 318915
   JSmithWilliams@WalkupLawOffice.com
5  WALKUP, MELODIA, KELLY & SCHOENBERGER
   650 California Street
6  San Francisco, CA  94108
   Telephone:  415-889-2919
7  Facsimile:  415-391-6965

8  ALAN A. GREENBERG, State Bar No. 150827
   AGreenberg@GGTrialLaw.com
9  WAYNE R. GROSS, State Bar No. 138828
   WGross@GGTrialLaw.com
10 DEBORAH S. MALLGRAVE, State Bar No. 198603
   DMallgrave@GGTrialLaw.com
11 GREENBERG GROSS LLP
   601 South Figueroa Street, 30th Floor
12 Los Angeles, CA  90017
   Telephone:  213-334-7000
13 Facsimile:  213-334-7001

14 Attorneys for All Plaintiffs

15 JOHN K. DIPAOLO, State Bar No. 321942
   dipaolojohn@uchastings.edu
16 General Counsel
   Secretary to the Board of Directors
17 Hastings College of the Law
   200 McAllister Street
18 San Francisco, CA  94102
   Telephone:  415-565-4787
19 Facsimile:  415-565-4825

20 Attorney for Plaintiff
   HASTINGS COLLEGE OF THE LAW

21

22 DENNIS J. HERRERA, State Bar No. 139669
   City Attorney
23 MEREDITH B. OSBORN, State Bar No. 250467
   Chief Trial Deputy
24 JEREMY M. GOLDMAN, State Bar No. 218888
   Jeremy.Goldman@sfcityatty.org
25 TARA M. STEELEY, State Bar No. 231775
   Tara.Steeley@sfcityatty.org
26 RYAN STEVENS, State Bar No. 306409
   Ryan.Stevens@sfcityatty.org
27 Deputy City Attorneys
   Fox Plaza
28 1390 Market Street, Sixth Floor

JOINT CASE MANAGEMENT STATEMENT                              Case No. 4:20-cv-03033-JST

San Francisco, CA 94102-5408
Telephone: 415-554-3975
Facsimile: 415-554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>　　　　　Defendant. | Case No. 4:20-cv-03033-JST<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

As directed by the Order of this Court, the parties met and conferred and submit this joint Case Management Conference Statement.

1. Both sides are interested in exploring informal resolution of the case on an expedited basis.

2. Plaintiffs would prefer that this Court be included in all aspects of the case, including settlement discussions. To that end, plaintiffs would consent to this Court having ex parte communications with defendant City and County of San Francisco (City), including the City Attorney's Office, the Office of the Mayor, and any City official, agency or department. Plaintiffs would not condition their consent to this Court making ex parte settlement communications with the City on the Court also being able to have ex parte settlement communications with the plaintiffs -- although plaintiffs would prefer that the Court also be able to do so.

3. Because this Court would have to adjudicate contested issues should the parties be unable to reach a settlement, the City believes that it is preferable for a Magistrate Judge to assist the parties in settlement discussions. While a negotiated resolution is likely to require more than one settlement conference (given the number of City agencies from which input would be necessary), the City proposes that plaintiffs and a limited number of City representatives hold a preliminary meeting with the Magistrate at the earliest opportunity. The City believes that Magistrate Judge Corley would be well suited to assist the parties in this matter and requests assignment to her if she is available.

4. Plaintiffs are preparing pleadings requesting a preliminary injunction and order of mandamus. The City proposes a pause on motions and responsive pleadings so that the parties' energies can be focused on settlement discussions. Plaintiffs would agree to an initial 20-day extension of time for the

City to respond to the complaint and to hold off on filing motions for a preliminary injunction and order of mandamus for that time period.

    5.    The parties agree that frequent and focused case management conferences would be helpful at the outset of the litigation.

                            WALKUP, MELODIA, KELLY & SCHOENBERGER
                            GREENBERG GROSS LLP

Dated: May 13, 2020         By: /S/ Matthew D. Davis
                                        Michael A. Kelly
                                        Richard H. Schoenberger
                                        Matthew D. Davis
                                        Jade Smith-Williams
                                        John K. DiPaolo
                                        Alan A. Greenberg
                                        Wayne R. Gross
                                        Deborah S. Mallgrave
                                Attorneys for Plaintiffs HASTINGS COLLEGE OF THE LAW; FALLON VICTORIA; RENE DENIS; TENDERLOIN MERCHANTS AND BUSINESS OWNERS ASSOCIATION; RANDY HUGHES; and KRISTEN VILLALOBOS

                                OFFICE OF THE CITY ATTORNEY

Dated: May 13, 2020         By: /S/ Ryan Stevens
                                        Dennis J. Herrera
                                        Meredith B. Osborn
                                        Jeremy M. Goldman
                                        Tara M. Steeley
                                        Ryan Stevens
                              Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO