MICHAEL A. KELLY, State Bar No. 71460
 MKelly@WalkupLawOffice.com
RICHARD H. SCHOENBERGER, State Bar No. 122190
 RSchoenberger@WalkupLawOffice.com
MATTHEW D. DAVIS, State Bar No. 141986
 MDavis@WalkupLawOffice.com
JADE SMITH-WILLIAMS, State Bar No. 318915
 JSmithWilliams@WalkupLawOffice.com
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street
San Francisco, CA  94108
Telephone:  415-889-2919
Facsimile:  415-391-6965

ALAN A. GREENBERG, State Bar No. 150827
 AGreenberg@GGTrialLaw.com
WAYNE R. GROSS, State Bar No. 138828
 WGross@GGTrialLaw.com
DEBORAH S. MALLGRAVE, State Bar No. 198603
 DMallgrave@GGTrialLaw.com
GREENBERG GROSS LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017
Telephone:  213-334-7000
Facsimile:  213-334-7001

_____
SHANIN SPECTER, Pennsylvania State Bar No. 40928
 shanin.specter@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA 19102
Telephone: 215-772-1000
Pro Hoc Vice Petition Pending

Attorneys for All Plaintiffs

JOHN K. DIPAOLO, State Bar No. 321942
 dipaolojohn@uchastings.edu
General Counsel
Secretary to the Board of Directors
Hastings College of the Law
200 McAllister Street
San Francisco, CA  94102
Telephone:  415-565-4787
Facsimile:  415-565-4825

Attorney for Plaintiff
HASTINGS COLLEGE OF THE LAW

JOINT CASE MANAGEMENT STATEMENT                                    Case No. 4:20-cv-03033-JST

DENNIS J. HERRERA, State Bar No. 139669
City Attorney
MEREDITH B. OSBORN, State Bar No. 250467
Chief Trial Deputy
JEREMY M. GOLDMAN, State Bar No. 218888
  Jeremy.Goldman@sfcityatty.org
TARA M. STEELEY, State Bar No. 231775
  Tara.Steeley@sfcityatty.org
RYAN STEVENS, State Bar No. 306409
  Ryan.Stevens@sfcityatty.org
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102-5408
Telephone:  415-554-3975
Facsimile:  415-554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>   Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>   Defendant. | Case No. 4:20-cv-03033-JST<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

As directed by this Court, the parties submit this Joint Case Management Statement in advance of the Case Management Conference Statement scheduled for 2:00 p.m. on May 22, 2020.

The parties participated in settlement conferences presided over by Magistrate Judge Corley on May 19 and 20. The parties have engaged in good faith negotiations, but have not yet reached an agreement. An additional settlement conference is scheduled for Monday, June 1, 2020.

Defendant City and County of San Francisco ("City") will file a responsive pleading by June 23, 2020.

The City has agreed to accept service of written discovery from Plaintiffs without a preceding Rule 26 Conference.

Plaintiffs are preparing a motion for a preliminary injunction and order of mandamus. Whether and when plaintiffs file the motion will depend on the progress of settlement discussions.

Plaintiffs attach the following documents to this statement.

1. ORDER RE: PRELIMINARY INJUNCTION issued in <u>LA Alliance for Human Rights, et al. v. City of Los Angeles, et al</u>. CV 20-02291-DOC-KES.
2. Tenderloin tent count as of May 19, 2020 based on data gathered by Urban Alchemy. This count does not include tents located in Fulton Plaza, between the Asian Art Museum and the Public Library.
3. Article from May 20, 2020 edition of the San Francisco Chronicle entitled "Social distancing on Chestnut Street — what's that?," by Steve Rubenstein. https://www.sfchronicle.com/bayarea/article/Social-distancing-on-Chestnut-Street-what-s-15275408.php

WALKUP, MELODIA, KELLY & SCHOENBERGER
GREENBERG GROSS LLP

Dated: May 21, 2020         By: /S/ Matthew D. Davis
                                Michael A. Kelly
                                Richard H. Schoenberger
                                Matthew D. Davis
                                Jade Smith-Williams
                                John K. DiPaolo
                                Alan A. Greenberg
                                Wayne R. Gross
                                Deborah S. Mallgrave
                                Shanin Spector
                            Attorneys for Plaintiffs HASTINGS COLLEGE OF THE LAW; FALLON VICTORIA; RENE DENIS; TENDERLOIN MERCHANTS AND BUSINESS OWNERS ASSOCIATION; RANDY HUGHES; and KRISTEN VILLALOBOS

OFFICE OF THE CITY ATTORNEY

Dated: May 13, 2020         By: /S/ Ryan Stevens
                                Dennis J. Herrera
                                Meredith B. Osborn
                                Jeremy M. Goldman
                                Tara M. Steeley
                                Ryan Stevens
                            Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO