| Date | Tent and Makeshift Count |
|---|---|
| 12/10 | |
| 12/11 | |
| 12/12 | 124 |
| 12/13 | 110 |
| 12/14 | |
| 12/15 | 113 |
| 12/16 | |
| 12/17 | |
| 12/18 | |
| 12/19 | |
| 12/20 | |
| 12/21 | |
| 12/22 | |
| 12/23 | |
| 12/24 | |
| 12/25 | 134 |
| 12/26 | |
| 12/27 | |
| 12/28 | |
| 12/29 | |
| 12/30 | |
| 12/31 | 119 |
| 1/1 | |
| 1/2 | 149 |
| 1/3 | |
| 1/4 | |
| 1/5 | |
| 1/6 | 144 |
| 1/7 | |
| 1/8 | |
| 1/9 | |
| 1/10 | |
| 1/11 | |
| 1/12 | |
| 1/13 | |
| 1/14 | |
| 1/15 | |
| 1/16 | 130 |
| 1/17 | |
| 1/18 | |
| 1/19 | |
| 1/20 | |
| 1/21 | |
| 1/22 | |
| 1/23 | |
| 1/24 | |
| 1/25 | |
| 1/26 | 157 |
| 1/27 | |
| 1/28 | |
| 1/29 | |
| 1/30 | |
| 1/31 | |
| 2/1 | |
| 2/2 | |
| 2/3 | |
| 2/4 | |
| 2/5 | |
| 2/6 | |
| 2/7 | |
| 2/8 | |
| 2/9 | |
| 2/10 | |
| 2/11 | |
| 2/12 | |
| 2/13 | |
| 2/14 | |
| 2/15 | |
| 2/16 | |
| 2/17 | |
| 2/18 | |
| 2/19 | |
| 2/20 | |
| 2/21 | |
| 2/22 | |
| 2/23 | |
| 2/24 | |
| 2/25 | |
| 2/26 | |
| 2/27 | |
| 2/28 | |
| 2/29 | |
| 3/1 | |
| 3/2 | |
| 3/3 | 158 |
| 3/4 | |
| 3/5 | |
| 3/6 | |
| 3/7 | |
| 3/8 | 161 |
| 3/9 | |
| 3/10 | 169 |
| 3/11 | |
| 3/12 | 162 |
| 3/13 | 173 |
| 3/14 | 173 |
| 3/15 | |
| 3/16 | |
| 3/17 | 174 |
| 3/18 | 178 |
| 3/19 | 185 |
| 3/20 | |
| 3/21 | |
| 3/22 | 193 |
| 3/23 | 174 |
| 3/24 | 165 |
| 3/25 | 171 |
| 3/26 | 183 |
| 3/27 | 178 |
| 3/28 | |
| 3/29 | 211 |
| 3/30 | 235 |




