5/21/2020 Social distancing on Chestnut Street — what's that? SFChronicle.com

Case 4:20-cv-03033-JST Document 24-3 Filed 05/21/20 Page 1 of 5

Coronavirus | Local | Food | Election | Sporting Green | Biz+Tech | Culture Desk | Datebook | US & World

**Steve Rubenstein**
May 20, 2020 | Updated: May 20, 2020 3:28 p.m.



A few people are outside Cultivar on Chestnut Street in San Francisco on May 16.
Photo: J.K. Dineen / The Chronicle

Dozens of people standing shoulder to shoulder in front of two Marina District wine bars drew a visit and an admonishment on Friday night from San Francisco police.

Police were called to the 2300 block of Chestnut Street where they found "people not complying with the health ordinance" to maintain social distance and wear face masks, said sergeant Michael Andraychak.

| Coronavirus | Local | Food | Election | Sporting Green | Biz+Tech | Culture Desk | Datebook | US & World |

| How to Smile With a Mask On | 21 min |
| Songs of the Coronavirus Shutdown | 14 min |
| I'm Over 65 But Who Are you Calling Elderly? | 21 min |
| Examining COVID-19 Myths | 20 min |
| Coronavirus Detectives: Contact Tracers | 20 min |

The proprietors of the two bars, Howell's and Cultivar, were "admonished" by officers, Andraychak said. It was the first time the establishments had been the subject of complaints, he added.

Photographs of dozens of unmasked young people crowded onto the sidewalk and street circulated on social media, drawing angry comments.



David Lytle, Armed Potato Guard
@davitydave

Tonight in San Francisco's Marina District at Howells bar.

7:52 PM · May 15, 2020 from San Francisco, CA

♥ 976    💬 782 people are talking about this

Coronavirus    Local    Food    Election    Sporting Green    Biz+Tech    Culture Desk    Datebook    US & World

## Coronavirus Pandemic



**Coronavirus Map: Tracking COVID-19 cases across California**

**Interactive Database: Bay Area Layoff Tracker**

Nick Barker, the general manager of Cultivar, acknowledged that his customers and others were violating pandemic rules when the officers arrived. The crowd quickly broke up, he said.

"We support the police," Barker said. "We're thankful for their help. It's hard to control a customer's behavior, once they purchase a (take-out) product from us and go back outside."

shelter-in-place order through May. Tell us the questions you want answered, and the issues you think we should be investigating.

*Tell us your questions; what should we investigate?*

NEXT

Under the state's temporary coronavirus rules, bars and restaurants are allowed to serve alcoholic beverages for takeout.

Andraychak said a report of the incident would be forwarded to the city attorney's office.

On Saturday evening around 7:30 p.m., Howell's was closed, and only a few people could be seen outside Cultivar.

NOTE: This story omitted a response from owners of one of the bars. Howell's Bar co-owners Sameet Mehta and Nate Welch said they appreciated the police response and the dispersal of the crowd, not all of whom were Howell's customers. Their bar sells beverages and food for takeout only and has signs urging customers and others not to congregate.

*Chronicle staff writer J.K. Dineen contributed to this report.*

*Steve Rubenstein is a San Francisco Chronicle staff writer. Email: srubenstein@sfchronicle.com Twitter:@SteveRubeSF*

### Sign up for Breaking News alerts

Get critical updates on the biggest stories in the Bay Area.

Coronavirus   Local   Food   Election   Sporting Green   Biz+Tech   Culture Desk   Datebook   US & World

TOP

**ABOUT**

| Our Company | Interest Based Ads |
| Newspaper Delivery Safety Procedures | Terms of Use |
| Privacy Notice | Careers |
| Your California Privacy Rights | Advertising |

**NEWSROOM**

| Ethics Policy | Anonymous Sources Policy |
| Correction Policy | Endorsement Process |
| Visual Ethics Guidelines | News Tips |

**CONTACT**

| Customer Service | Newsroom Contacts |
| FAQ | |

**CCPA**

Do Not Sell My Info

**SERVICES**

| Subscriber Services | Membership |
| e-edition | Store |
| Corporate Subscriptions | Subscription Offers |
| App | sfgate.com |
| Archives | |

HEARST *newspapers*
©2020 Hearst

https://www.sfchronicle.com/bayarea/article/Social-distancing-on-Chestnut-Street-what-s-15275408.php   5/5