

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Shanin Specter, Esq.*

#### DATE OF ADMISSION

*October 15, 1984*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: May 20, 2020

John W. Person Jr., Esq.
Deputy Prothonotary