DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
JEREMY M. GOLDMAN, State Bar #218888
TARA M. STEELEY, State Bar #231775
RENÉE E. ROSENBLIT, State Bar #304983
RYAN STEVENS, State Bar #306409
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-6762 [Goldman]
               (415) 554-4655 [Steeley]
               (415) 554-3853 [Rosenblit]
               (415) 554-3975 [Stevens]
Facsimile:     (415) 554-3837
E-Mail:        Jeremy.Goldman@sfcityatty.org
               Tara.Steeley@sfcityatty.org
               Renee.Rosenblit@sfatty.org
               Ryan.Stevens@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>　　　　Defendant. | Case No. 4:20-cv-3033-JST<br><br>**NOTICE OF APPEARANCE OF RENÉE E. ROSENBLIT** |
|---|---|

1  **TO THE COURT AND TO ALL COUNSEL OF RECORD:**

2  PLEASE TAKE NOTICE that Deputy City Attorney RENÉE E. ROSENBLIT is appearing on

3  behalf of Defendant CITY AND COUNTY OF SAN FRANCISCO.  The office and email addresses,

4  and the telephone and facsimile numbers for Ms. Rosenblit are as follows:

> Renée E. Rosenblit
> Deputy City Attorney
> Office of the City Attorney
> Fox Plaza
> 1390 Market Street, 6th Floor
> San Francisco, California 94102-4682
> Telephone:  (415) 554-3853
> Facsimile:  (415) 554-3837
> Email:  renee.rosenblit@sfcityatty.org

Please include Ms. Rosenblit on all proofs of service and communications in this matter.

Dated:  May 28, 2020

> DENNIS J. HERRERA
> City Attorney
> MEREDITH B. OSBORN
> Chief Trial Deputy
> JEREMY M. GOLDMAN
> TARA M. STEELEY
> RENÉE E. ROSENBLIT
> RYAN STEVENS
> Deputy City Attorneys
>
> By: */s/ Renée E. Rosenblit*
>      RENEE E. ROSENBLIT
>
> Attorneys for Defendant
> CITY AND COUNTY OF SAN FRANCISCO