DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
JEREMY M. GOLDMAN, State Bar #218888
TARA M. STEELEY, State Bar #231775
RENÉE E. ROSENBLIT, State Bar #304983
RYAN STEVENS, State Bar #306409
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-6762 [Goldman]
              (415) 554-4655 [Steeley]
              (415) 554-3853 [Rosenblit]
              (415) 554-3975 [Stevens]
Facsimile:    (415) 554-3837
E-Mail:       Jeremy.Goldman@sfcityatty.org
              Tara.Steeley@sfcityatty.org
              Renee.Rosenblit@sfatty.org
              Ryan.Stevens@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>    Defendant. | Case No. 4:20-cv-3033-JST<br><br>DECLARATION OF RYAN C STEVENS IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES<br><br>Trial Date:    Not Set |

1  I, Ryan Stevens, declare as follows:

2  1. I am a Deputy City Attorney for the City and County of San Francisco.  The facts set
3  forth in this declaration are stated on my own personal knowledge or, as specified, upon my
4  information and belief based on official acts and writings.

5  2. Attached to this declaration as Exhibit A is a copy of the complaint *Concerned Citizens*
6  *of the Haight v. City and County of San Francisco.*, Case No. 3:20-CV-03538-CRB.

7  3. On May 28, 2020 I emailed Matthew Davis, counsel for the Plaintiff's in the *Hastings*
8  action, to ask whether Plaintiffs in that action would oppose relation.  Mr. Davis responded that
9  Plaintiffs took no position on whether the two cases should be related and that they would not file a
10 formal objection nor do they consent to consolidation or joinder.

11 4. On May 28, 2020 I emailed counsel of record in the *Haight* action to ask whether
12 Plaintiffs in that action would oppose relation.  Counsel responded that they would not oppose
13 relation.

14 I declare under penalty of perjury under the laws of the State of California that the foregoing is
15 true and correct.  Executed on May 28, 2020 at San Francisco, California.

*/s/ Ryan Stevens*
RYAN STEVENS

DEC ISO ADMIN MOT TO RELATE CASES                  2                         n:\lit\li2020\200917\01450988.docx
CASE NO.  3:20-cv-3033 JST