# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The filing party has indicated that the remaining parties either do not oppose, or do not take a position regarding, the motion. The motion is now ripe.

As the judge assigned to the matter entitled *Hastings College of the Law v. City and County of San Francisco*, Case No. 20-cv-03033-JST, I find that the more recently filed case that I have initialed below is **not related** to the case assigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 20-cv-03538-CRB | Concerned Citizens of the Haight v. City and County of San Francisco | | X |

Dated: May 29, 2020

By: _____
Jon S. Tigar
United States District Judge