1  MICHAEL A. KELLY, State Bar No. 71460
     MKelly@WalkupLawOffice.com
2  RICHARD H. SCHOENBERGER, State Bar No. 122190
     RSchoenberger@WalkupLawOffice.com
3  MATTHEW D. DAVIS, State Bar No. 141986
     MDavis@WalkupLawOffice.com
4  JADE SMITH-WILLIAMS, State Bar No. 318915
     JSmithWilliams@WalkupLawOffice.com
5  WALKUP, MELODIA, KELLY & SCHOENBERGER
   650 California Street
6  San Francisco, CA  94108
   Telephone:  415-889-2919
7  Facsimile:  415-391-6965

8  ALAN A. GREENBERG, State Bar No. 150827
     AGreenberg@GGTrialLaw.com
9  WAYNE R. GROSS, State Bar No. 138828
     WGross@GGTrialLaw.com
10 DEBORAH S. MALLGRAVE, State Bar No. 198603
     DMallgrave@GGTrialLaw.com
11 GREENBERG GROSS LLP
   601 South Figueroa Street, 30th Floor
12 Los Angeles, CA  90017
   Telephone:  213-334-7000
13 Facsimile:  213-334-7001

14 _____
   SHANIN SPECTER, Pennsylvania State Bar No. 40928
15   shanin.specter@klinespecter.com
   PHILIP M. PASQUARELLO,
16   philip.pasquarello@klinespecter.com
   KLINE & SPECTER, P.C.
17 1525 Locust Street
   Philadelphia, PA 19102
18 Telephone: 215-772-1000

19
   Attorneys for All Plaintiffs
20
   JOHN K. DIPAOLO, State Bar No. 321942
21   dipaolojohn@uchastings.edu
   General Counsel
22 Secretary to the Board of Directors
   Hastings College of the Law
23 200 McAllister Street
   San Francisco, CA  94102
24 Telephone:  415-565-4787
   Facsimile:  415-565-4825
25
   Attorney for Plaintiff
26 HASTINGS COLLEGE OF THE LAW

27

28

---

JOINT CASE MANAGEMENT STATEMENT                              Case No. 4:20-cv-03033-JST

DENNIS J. HERRERA, State Bar No. 139669
City Attorney
MEREDITH B. OSBORN, State Bar No. 250467
Chief Trial Deputy
JEREMY M. GOLDMAN, State Bar No. 218888
  Jeremy.Goldman@sfcityatty.org
TARA M. STEELEY, State Bar No. 231775
  Tara.Steeley@sfcityatty.org
RYAN STEVENS, State Bar No. 306409
  Ryan.Stevens@sfcityatty.org
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102-5408
Telephone:  415-554-3975
Facsimile:  415-554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual, <br><br>  Plaintiffs, <br><br>  v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, <br><br>  Defendant. | Case No. 4:20-cv-03033-JST <br><br> **JOINT CASE MANAGEMENT STATEMENT** |

As directed by this Court, the parties submit this Joint Case Management Statement in advance of the Case Management Conference Statement scheduled for 2:00 p.m. on June 5, 2020.

The parties have been participating in settlement discussions with Magistrate Judge Corley. The next session is scheduled for Monday, June 8. On June 2, the parties were notified by an attorney with the Public Interest Law Project (PILP) that PILP intended to file a motion to intervene in the case on behalf of behalf of a resident of the Tenderloin, the Hospitality House and the Coalition on Homelessness by tomorrow (June 5). PILP asked the parties to stipulate to their right to intervene. Plaintiffs and the City have informed PILP that they can respond to that request only after they have reviewed the motion.

///
///
///

WALKUP, MELODIA, KELLY & SCHOENBERGER
GREENBERG GROSS LLP

Dated: June 4, 2020        By:  /S/  Matthew D. Davis
    Michael A. Kelly
    Richard H. Schoenberger
    Matthew D. Davis
    Jade Smith-Williams
    John K. DiPaolo
    Alan A. Greenberg
    Wayne R. Gross
    Deborah S. Mallgrave
    Shanin Spector
    Philip M. Pasquarello
Attorneys for Plaintiffs HASTINGS COLLEGE OF THE LAW; FALLON VICTORIA; RENE DENIS; TENDERLOIN MERCHANTS AND BUSINESS OWNERS ASSOCIATION; RANDY HUGHES; and KRISTEN VILLALOBOS

OFFICE OF THE CITY ATTORNEY

Dated: June 4, 2020        By:  /S/ Ryan Stevens
    Dennis J. Herrera
    Meredith B. Osborn
    Jeremy M. Goldman
    Tara M. Steeley
    Ryan Stevens
Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO