1  MICHAEL A. KELLY, State Bar No. 71460
    MKelly@WalkupLawOffice.com
2  RICHARD H. SCHOENBERGER, State Bar No. 122190
    RSchoenberger@WalkupLawOffice.com
3  MATTHEW D. DAVIS, State Bar No. 141986
    MDavis@WalkupLawOffice.com
4  JADE SMITH-WILLIAMS, State Bar No. 318915
    JSmithWilliams@WalkupLawOffice.com
5  WALKUP, MELODIA, KELLY & SCHOENBERGER
   650 California Street
6  San Francisco, CA  94108
   Telephone:  415-889-2919
7  Facsimile:  415-391-6965

8  ALAN A. GREENBERG, State Bar No. 150827
    AGreenberg@GGTrialLaw.com
9  WAYNE R. GROSS, State Bar No. 138828
    WGross@GGTrialLaw.com
10 DEBORAH S. MALLGRAVE, State Bar No. 198603
    DMallgrave@GGTrialLaw.com
11 GREENBERG GROSS LLP
   601 South Figueroa Street, 30th Floor
12 Los Angeles, CA  90017
   Telephone:  213-334-7000
13 Facsimile:  213-334-7001

14 _____
   SHANIN SPECTER, Pennsylvania State Bar No. 40928
15   shanin.specter@klinespecter.com
   PHILIP M. PASQUARELLO,
16   philip.pasquarello@klinespecter.com
   KLINE & SPECTER, P.C.
17 1525 Locust Street
   Philadelphia, PA 19102
18 Telephone: 215-772-1000

19
   Attorneys for All Plaintiffs
20
   JOHN K. DIPAOLO, State Bar No. 321942
21   dipaolojohn@uchastings.edu
   General Counsel
22 Secretary to the Board of Directors
   Hastings College of the Law
23 200 McAllister Street
   San Francisco, CA  94102
24 Telephone:  415-565-4787
   Facsimile:  415-565-4825
25
   Attorney for Plaintiff
26 HASTINGS COLLEGE OF THE LAW

27

28

JOINT CASE MANAGEMENT STATEMENT                                  Case No. 4:20-cv-03033-JST

1  DENNIS J. HERRERA, State Bar No. 139669
   City Attorney
2  MEREDITH B. OSBORN, State Bar No. 250467
   Chief Trial Deputy
3  JEREMY M. GOLDMAN, State Bar No. 218888
    Jeremy.Goldman@sfcityatty.org
4  TARA M. STEELEY, State Bar No. 231775
    Tara.Steeley@sfcityatty.org
5  RYAN STEVENS, State Bar No. 306409
    Ryan.Stevens@sfcityatty.org
6  Deputy City Attorneys
   Fox Plaza
7  1390 Market Street, Sixth Floor
   San Francisco, CA  94102-5408
8  Telephone:  415-554-3975
   Facsimile:  415-554-3837
9
   Attorneys for Defendant
10 CITY AND COUNTY OF SAN FRANCISCO

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; <br> FALLON VICTORIA, an individual; <br> RENE DENIS, an individual; <br> TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; <br> RANDY HUGHES, an individual; and <br> KRISTEN VILLALOBOS, an individual, <br><br>             Plaintiffs, <br><br>      v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, <br><br>             Defendant. | Case No. 4:20-cv-03033-JST <br><br> **JOINT CASE MANAGEMENT STATEMENT (corrected)** |

As directed by this Court, the parties submit this Joint Case Management Statement in advance of the Case Management Conference Statement scheduled for 2:00 p.m. on June 5, 2020.

The parties have been participating in settlement discussions with Magistrate Judge Corley. The next session is scheduled for Monday, June 8. On June 2, the parties were notified by an attorney with the Public Interest Law Project (PILP) that PILP intended to file a motion to intervene in the case on behalf of a resident of the Tenderloin, the Hospitality House and the Coalition on Homelessness by tomorrow (June 5). PILP asked the parties to stipulate to their right to intervene. Plaintiffs and the City have informed PILP that they can respond to that request only after they have reviewed the motion.

///
///
///

|   |   |
|---|---|
|   | WALKUP, MELODIA, KELLY & SCHOENBERGER<br>GREENBERG GROSS LLP |
| Dated: June 4, 2020 | By: /S/   Matthew D. Davis<br>Michael A. Kelly<br>Richard H. Schoenberger<br>Matthew D. Davis<br>Jade Smith-Williams<br>John K. DiPaolo<br>Alan A. Greenberg<br>Wayne R. Gross<br>Deborah S. Mallgrave<br>Shanin Spector<br>Philip M. Pasquarello<br>Attorneys for Plaintiffs HASTINGS COLLEGE OF THE LAW; FALLON VICTORIA; RENE DENIS; TENDERLOIN MERCHANTS AND BUSINESS OWNERS ASSOCIATION; RANDY HUGHES; and KRISTEN VILLALOBOS |
|   | OFFICE OF THE CITY ATTORNEY |
| Dated: June 4, 2020 | By: /S/ Ryan Stevens<br>Dennis J. Herrera<br>Meredith B. Osborn<br>Jeremy M. Goldman<br>Tara M. Steeley<br>Ryan Stevens<br>Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO |