1  Lauren Hansen (CA BAR NO. 268417)
   Melissa A. Morris (CA BAR NO. 233393)
2  PUBLIC INTEREST LAW PROJECT
   449 15th St., Suite 301
3  Oakland, CA 94612-06001
   Tel: (510) 891-9794
4  Fax: (510) 891-9727
5  Email: lhansen@pilpca.org

6  ATTORNEYS FOR PROPOSED INTERVENORS
   HOSPITALITY HOUSE; COALITION ON
7  HOMELESSNESS; AND FAITHFUL FOOLS

8
   Lili V. Graham (CA BAR NO. 284264)            Michael David Keys
9  Tiffany L. Nocon (CA BAR NO. 301547)          (CA BAR NO. 133815)
   DISABILITY RIGHTS CALIFORNIA                  Jessica Berger (CA BAR NO. 319114)
10 350 S Bixel Street, Ste 290                   BAY AREA LEGAL AID
   Los Angeles, CA 90017-1418                    1454 43rd Avenue
11 Tel: (213) 213-8000                           San Francisco, CA 94122
   Fax: (213) 213-8001                           Tel: (415) 982-1300
12 Email: Lili.Graham@disabilityrightsca.org     Fax: (415) 982-4243
13                                               Email:   mkeys@baylegal.org

14 ATTORNEYS FOR PROPOSED INTERVENORS
   HOSPITALITY HOUSE; COALITION ON               ATTORNEYS FOR PROPOSED
15 HOMELESSNESS; AND FAITHFUL FOOLS              INTERVENORS COALITION ON
                                                 HOMELESSNESS
16

17                          **UNITED STATES DISTRICT COURT**

18                          **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 19  HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>              Plaintiffs,<br><br>              v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>              Defendant. | **Case No. 4:20-cv-3033-JST**<br><br>NOTICE OF APPEARANCE OF LAUREN HANSEN<br><br><br>Complaint Filed: May 4, 2020<br>Trial Date: None Set |

28

---

*Hastings College of the Law v. City and County of San Francisco;* **Case No. 4:20-cv-3033-JST**
**NOTICE OF APPEARANCE OF LAUREN HANSEN**

1    PLEASE TAKE NOTICE that LAUREN HANSEN of the PUBLIC INTEREST LAW
2 PROJECT is added as an attorney of record for Proposed Intervenors Hospitality House,
3 Coalition on Homelessness, and Faithful Fools (Proposed Intervenors) in the above-entitled case.
4 Lauren Hansen's contact information is as follows:

5                        Lauren Hansen (CA BAR NO. 268417)
                         Email: lhansen@pilpca.org
6                        Public Interest Law Project
                         449 15th Street, Suite 301
7                        Oakland, CA 94612
                         Tel:   (510) 891-9794
8                        Fax:  (510) 891-9727
9

10    Proposed Intervenors request that LAUREN HANSEN be added to the docket and
11 receive electronic notifications for this case.

12

13 DATED:  June 9, 2020                Respectfully submitted,

14

15                                     _____
16                                     LAUREN HANSEN
                                       Attorneys for Proposed Intervenors Hospitality
17                                     House, Coalition on Homelessness, and Faithful
                                       Fools
18

19

20

21

22

23

24

25

26

27

28

---

*Hastings College of the Law v. City and County of San Francisco;* **Case No. 4:20-cv-3033-JST**
**NOTICE OF APPEARANCE OF LAUREN HANSEN**