# EXHIBIT D

# EXHIBIT D

| | |
|---|---|
| From: | Jennifer Friedenbach |
| To: | Lauren Hansen; Joe Wilson; Elisa Della-Piana; Tori Larson; Melissa A. Morris; Sophie Rodriguez; Tristia Bauman; Mike Keys; Jessica Berger; Lili Graham; Tiffany Nocon; paul boden |
| Subject: | Fwd: Request to Protect Human Rights of unhoused people in Lawsuit Proceedings |
| Date: | Tuesday, June 02, 2020 11:22:16 AM |
| Attachments: | Faigman Response to Student-Advocate Letters 06-01-20.pdf<br>image001.png<br>image002.png |

Response from Faigman
Jennifer Friedenbach (she,her)
jfriedenbach@cohsf.org
Coalition on Homelessness
280 Turk Street
San Francisco, CA 94102
(415)346-3740
http://www.cohsf.org/

Please note:  We moved to 280 Turk Street x Leavenworth, SF CA 94102

The ache for home lives in all of us, the safe place where we can go as we are and not be questioned.

Maya Angelou

> Begin forwarded message:
>
> **From:** "Faigman, David" <faigmand@uchastings.edu>
> **Subject: RE: Request to Protect Human Rights of unhoused people in Lawsuit Proceedings**
> **Date:** June 2, 2020 at 8:30:22 AM PDT
> **To:** Jennifer Friedenbach <jfriedenbach@cohsf.org>
> **Cc:** Keegan Medrano <keeganmedrano@gmail.com>, Chris Herring <christoph.herring@berkeley.edu>, "Kwon, Jenny" <kwonjenny@uchastings.edu>, "DiPaolo, John" <dipaolojohn@uchastings.edu>
>
> Jennifer,
>
> Thanks for writing. My position regarding your Letter was set forth in my Response. I am sorry, but I am not inclined to engage in a point by point discussion of the proper interpretation of legal authorities or their relevance to our lawsuit. Nor am I willing to delegate that authority to others, beyond, of course, the federal courts.  I thus stand by my Response, which makes clear that we seek a solution that serves the interests of the plaintiffs, which we believe will greatly benefit the unhoused.
>
> If, as you indicate in your email, journalists wish to discuss my Response with me,

please share my email address with them.

Best regards,
David

********
David L. Faigman
Chancellor and Dean
John F. Digardi Distinguished Professor of Law
University of California Hastings College of the Law
200 McAllister Street
San Francisco, CA 94102
415-565-4739
faigmand@uchastings.edu
Professor, UCSF School of Medicine (Psychiatry)
david.faigman@ucsf.edu





---

**From:** Jennifer Friedenbach <jfriedenbach@cohsf.org>
**Sent:** Monday, June 1, 2020 1:34 PM
**To:** Faigman, David <faigmand@uchastings.edu>
**Cc:** Keegan Medrano <keeganmedrano@gmail.com>; Chris Herring <christoph.herring@berkeley.edu>; Kwon, Jenny <kwonjenny@uchastings.edu>; DiPaolo, John <dipaolojohn@uchastings.edu>
**Subject:** Re: Request to Protect Human Rights of unhoused people in Lawsuit Proceedings

Dear David,

I'm sorry, your letter wasn't clear on these points at all. Could you please clarify what aspects of the pledge you are not in support of? We'd also like to have a settlement that was able to address both the needs of the housed and unhoused residents of the

Tenderloin and were simply asking a pledge and recognition of the CDC guidelines that tents and camps will not be removed unless individual housing units are made available and recognition and support of the Department of Justice and Ninth Circuit ruling on the Martin vs. Boise case to assure that the rights of unhoused residents of the Tenderloin are protected in this process. We have many journalists and community partners contacting us about your refusal to sign the pledge, and would appreciate clarification to see if we could identify/work through these disagreements.

Thank you,


Jennifer Friedenbach (she,her)
jfriedenbach@cohsf.org
Coalition on Homelessness
280 Turk Street
San Francisco, CA 94102
(415)346-3740
http://www.cohsf.org/

Please note:  We moved to 280 Turk Street x Leavenworth, SF CA 94102

The ache for home lives in all of us, the safe place where we can go as we are and not be questioned.

Maya Angelou



> On Jun 1, 2020, at 9:25 AM, Faigman, David <faigmand@uchastings.edu> wrote:
>
> Jennifer,
> Thank you for your email.  I'm sorry, I thought my letter made it clear that
> I would not be signing the proposed Pledge.
> Regards,
> David
>
> ********
> David L. Faigman
> Chancellor and Dean
> John F. Digardi Distinguished Professor of Law
> University of California Hastings College of the Law
> 200 McAllister Street
> San Francisco, CA 94102
> 415-565-4739
> faigmand@uchastings.edu
> Professor, UCSF School of Medicine (Psychiatry)
> david.faigman@ucsf.edu

**From:** Jennifer Friedenbach [mailto:jfriedenbach@cohsf.org]
**Sent:** Monday, June 1, 2020 7:59 AM
**To:** Faigman, David <faigmand@uchastings.edu>
**Cc:** Keegan Medrano <keeganmedrano@gmail.com>; Chris Herring <christoph.herring@berkeley.edu>; Kwon, Jenny <kwonjenny@uchastings.edu>; DiPaolo, John <dipaolojohn@uchastings.edu>
**Subject:** Re: Request to Protect Human Rights of unhoused people in Lawsuit Proceedings

Hi David --

Thanks for your response.   We will forward this to the 27 community organizations in or serving the Tenderloin who also signed onto this pledge as well.

We see you have not YET signed the pledge, which is disappointing. We will be publicly awaiting your signature.

Again here is the pledge for your reference - asking you to follow the law and respect human rights - to signing can only be read as your unwillingness to protect human rights in the legal proceedings:

UC Hastings Pledge
Protect the Human Rights of Unhoused Tenderloin Residents!

We, a group of Tenderloin Community Organizations urge you to sign this pledge:

I. UC Hastings will not sign a settlement agreement or advocate for a legal outcome that negatively impacts or criminalizes unhoused TL residents based on their economic status.

II. UC Hastings will respect the self determination of

unhoused TL residents in legal proceedings.

III. UC Hastings will respect the CDC recommendations regarding tent encampments in the legal proceedings meaning **if individual housing options are not available, allow people who are living unsheltered or in encampments to remain where they are**.

IV. UC Hastings will ensure legal proceedings are in compliance with [Martin vs. Boise](#) and the United States Interagency Council on Homelessness (USICH) guidelines on encampments , and ensure that encampments are only relocated when healthy and safe alternatives exist, preferably into permanent housing, or temporary accommodations that lead to permanent housing.

V. UC Hastings will promise to work hard during legal proceedings to ensure that the illegal property confiscation is not the result of the lawsuit.

I Pledge to honor the above principles

_____     _____
David Faigman                                              Date


Jennifer Friedenbach (she,her)
jfriedenbach@cohsf.org
Coalition on Homelessness
280 Turk Street
San Francisco, CA 94102
(415)346-3740
http://www.cohsf.org/

Please note:  We moved to 280 Turk Street x Leavenworth, SF CA 94102

The ache for home lives in all of us, the safe place where we can go as we are and not be questioned.

Maya Angelou

On Jun 1, 2020, at 7:50 AM, Faigman, David <faigmand@uchastings.edu> wrote:

Dear Ms. Friedenbach,
Thank you again for your letter regarding *Hastings v. City and County of San Francisco*. Please find attached my response.
Best regards,
David Faigman

********
David L. Faigman
Chancellor and Dean
John F. Digardi Distinguished Professor of Law
University of California Hastings College of the Law
200 McAllister Street
San Francisco, CA 94102
415-565-4739
faigmand@uchastings.edu
Professor, UCSF School of Medicine (Psychiatry)
david.faigman@ucsf.edu

<image001.png><image002.png>

---

**From:** Jennifer Friedenbach <jfriedenbach@cohsf.org>
**Sent:** Wednesday, May 27, 2020 4:38 PM
**To:** Faigman, David <faigmand@uchastings.edu>
**Cc:** Keegan Medrano <keeganmedrano@gmail.com>; Chris Herring <christoph.herring@berkeley.edu>
**Subject:** Request to Protect Human Rights of unhoused people in Lawsuit Proceedings

Dear Chancellor Faigman,

Attached is a letter signed by 27 different community based organizations either located in, or who have clients from the

Tenderloin.

The signatories are asking you to sign a pledge to protect the human rights of your unhoused neighbors during the lawsuit process you are now engaged in.

We would greatly appreciate you signing that pledge, and will be making your response public by Friday June 5th - hopefully announcing by that time that you have signed the pledge.

We eagerly anticipate your response.

Thank you.


Jennifer Friedenbach (she,her)
jfriedenbach@cohsf.org
Coalition on Homelessness
280 Turk Street
San Francisco, CA 94102
(415)346-3740
http://www.cohsf.org/

Please note:  We moved to 280 Turk Street x Leavenworth, SF CA 94102

The ache for home lives in all of us, the safe place where we can go as we are and not be questioned.

Maya Angelou



<Faigman Response to Student-Advocate Letters 06-01-20.pdf>