1  Lauren Hansen (CA BAR NO. 268417)
   Melissa A. Morris (CA BAR NO. 233393)
2  PUBLIC INTEREST LAW PROJECT
   449 15th St., Suite 301
3  Oakland, CA 94612-06001
4  Tel: (510) 891-9794
   Fax: (510) 891-9727
5  Email: lhansen@pilpca.org

6  ATTORNEYS FOR PROPOSED INTERVENORS
   HOSPITALITY HOUSE; COALITION ON
7  HOMELESSNESS; AND FAITHFUL FOOLS

8
   Lili V. Graham (CA BAR NO. 284264)                Michael David Keys
9  Tiffany L. Nocon (CA BAR NO. 301547)              (CA BAR NO. 133815)
   DISABILITY RIGHTS CALIFORNIA                      Jessica Berger (CA BAR NO. 319114)
10 350 S Bixel Street, Ste 290                       BAY AREA LEGAL AID
   Los Angeles, CA 90017-1418                        1454 43rd Avenue
11 Tel: (213) 213-8000                               San Francisco, CA 94122
12 Fax: (213) 213-8001                               Tel: (415) 982-1300
   Email: Lili.Graham@disabilityrightsca.org         Fax: (415) 982-4243
13                                                   Email:   mkeys@baylegal.org

14 ATTORNEYS FOR PROPOSED INTERVENORS
   HOSPITALITY HOUSE; COALITION ON                   ATTORNEYS FOR PROPOSED
15 HOMELESSNESS; AND FAITHFUL FOOLS                  INTERVENORS COALITION ON
                                                     HOMELESSNESS

16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>      Plaintiffs,<br><br>      v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>      Defendant. | **Case No. 4:20-cv-3033-JST**<br><br>NOTICE OF APPEARANCE OF MELISSA A. MORRIS<br><br><br>Complaint Filed: May 4, 2020<br>Trial Date: None Set |

---

*Hastings College of the Law v. City and County of San Francisco;* **Case No. 4:20-cv-3033-JST**
**NOTICE OF APPEARANCE OF MELISSA A. MORRIS**

1  PLEASE TAKE NOTICE that MELISSA A. MORRIS of the PUBLIC INTEREST LAW
2  PROJECT is added as an attorney of record for Proposed Intervenors Hospitality House,
3  Coalition on Homelessness, and Faithful Fools (Proposed Intervenors) in the above-entitled case.
4  Melissa A. Morris's contact information is as follows:

Melissa A. Morris (CA BAR NO. 233393)
Email: mmorris@pilpca.org
Public Interest Law Project
449 15th Street, Suite 301
Oakland, CA 94612
Tel:  (510) 891-9794
Fax: (510) 891-9727

Proposed Intervenors request that MELISSA A. MORRIS be added to the docket and receive electronic notifications for this case.

DATED: June 9, 2020                    Respectfully submitted,

_____
MELISSA A. MORRIS
Attorneys for Proposed Intervenors Hospitality House, Coalition on Homelessness, and Faithful Fools

---

*Hastings College of the Law v. City and County of San Francisco;* **Case No. 4:20-cv-3033-JST**
**NOTICE OF APPEARANCE OF MELISSA A. MORRIS**