1  Lauren Hansen (CA BAR NO. 268417)
   Melissa A. Morris (CA BAR NO. 233393)
2  PUBLIC INTEREST LAW PROJECT
   449 15th St., Suite 301
3  Oakland, CA 94612-06001
4  Tel: (510) 891-9794
   Fax: (510) 891-9727
5  Email: lhansen@pilpca.org

6  ATTORNEYS FOR PROPOSED INTERVENORS
   HOSPITALITY HOUSE; COALITION ON
7  HOMELESSNESS; AND FAITHFUL FOOLS

8
   Lili V. Graham (CA BAR NO. 284264)           Michael David Keys
9  Tiffany L. Nocon (CA BAR NO. 301547)         (CA BAR NO. 133815)
   DISABILITY RIGHTS CALIFORNIA                 Jessica Berger (CA BAR NO. 319114)
10 350 S Bixel Street, Ste 290                  BAY AREA LEGAL AID
   Los Angeles, CA 90017-1418                   1454 43rd Avenue
11 Tel: (213) 213-8000                          San Francisco, CA 94122
12 Fax: (213) 213-8001                          Tel: (415) 982-1300
   Email: Lili.Graham@disabilityrightsca.org    Fax: (415) 982-4243
13                                              Email:   mkeys@baylegal.org

14 ATTORNEYS FOR PROPOSED INTERVENORS
   HOSPITALITY HOUSE; COALITION ON              ATTORNEYS FOR PROPOSED
15 HOMELESSNESS; AND FAITHFUL FOOLS             INTERVENORS COALITION ON
                                                HOMELESSNESS
16

17                          **UNITED STATES DISTRICT COURT**

18                          **NORTHERN DISTRICT OF CALIFORNIA**

19 | HASTINGS COLLEGE OF THE LAW, a public trust | **Case No. 4:20-cv-3033-JST** |
   | and institution of higher education duly organized | |
20 | under the laws and the Constitution of the State of | NOTICE OF APPEARANCE OF |
   | California; FALLON VICTORIA, an individual; | JESSICA BERGER |
21 | RENE DENIS, an individual; TENDERLOIN | |
   | MERCHANTS AND PROPERTY ASSOCIATION, a | |
22 | business association; RANDY HUGHES, an | |
   | individual; and KRISTEN VILLALOBOS, an | Complaint Filed: May 4, 2020 |
23 | individual, | Trial Date: None Set |

24            Plaintiffs,

25            v.

26 CITY AND COUNTY OF SAN FRANCISCO, a
   municipal entity,
27
              Defendant.
28

---

*Hastings College of the Law v. City and County of San Francisco;* **Case No. 4:20-cv-3033-JST**
**NOTICE OF APPEARANCE OF JESSICA BERGER**

1    PLEASE TAKE NOTICE that JESSICA BERGER of BAY AREA LEGAL AID is
2 added as an attorney of record for Proposed Intervenors Coalition on Homelessness in the above-
3 entitled case.  Jessica Berger's contact information is as follows:

Jessica Berger (CA BAR NO. 319114)
Email: jberger@baylegal.org
BAY AREA LEGAL AID
1735 Telegraph Avenue
Oakland, CA 94612
Tel: (510) 663-4744
Fax: (510) 663-4740

9    Proposed Intervenors request that JESSICA BERGER be added to the docket and receive
10 electronic notifications for this case.

12 DATED:  June 9, 2020                          Respectfully submitted,

_____
JESSICA BERGER
Attorneys for Proposed Intervenors Coalition on Homelessness

---

*Hastings College of the Law v. City and County of San Francisco;* Case No. 4:20-cv-3033-JST
**NOTICE OF APPEARANCE OF JESSICA BERGER**