1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>        Plaintiffs,<br><br>        v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>        Defendant. | **Case No. 4:20-cv-3033-JST**<br><br>**[PROPOSED] ORDER SHORTENING TIME** |

**[PROPOSED] ORDER SHORTENING TIME**

Having read and considered Proposed Intervenors' Motion for Order Shortening Time on their Motion for Intervention, and supporting documentation, this Court finds good cause for shortening time, it is ordered that:

1. Proposed Intervenors' Motion for Order Shortening Time is granted.

2. The Court will hear the Motion for Intervention on _____, 2020.

It is so ordered.

Dated: _____, 2020                    _____
                                                Honorable Jon S. Tigar
                                                United States District Judge