1  Lauren Hansen (CA BAR NO. 268417)
   Melissa A. Morris (CA BAR NO. 233393)
2  PUBLIC INTEREST LAW PROJECT
   449 15th St., Suite 301
3  Oakland, CA 94612-06001
4  Tel: (510) 891-9794
   Fax: (510) 891-9727
5  Email: lhansen@pilpca.org

6  ATTORNEYS FOR PROPOSED INTERVENORS
   HOSPITALITY HOUSE; COALITION ON
7  HOMELESSNESS; AND FAITHFUL FOOLS

8
   Lili V. Graham (CA BAR NO. 284264)                Michael David Keys
9  Tiffany L. Nocon (CA BAR NO. 301547)              (CA BAR NO. 133815)
   DISABILITY RIGHTS CALIFORNIA                      Jessica Berger (CA BAR NO. 319114)
10 350 S Bixel Street, Ste 290                       BAY AREA LEGAL AID
   Los Angeles, CA 90017-1418                        1454 43rd Avenue
11 Tel: (213) 213-8000                               San Francisco, CA 94122
12 Fax: (213) 213-8001                               Tel: (415) 982-1300
   Email: Lili.Graham@disabilityrightsca.org         Fax: (415) 982-4243
13                                                    Email:   mkeys@baylegal.org
   ATTORNEYS FOR PROPOSED INTERVENORS
14 HOSPITALITY HOUSE; COALITION ON                   ATTORNEYS FOR PROPOSED
   HOMELESSNESS; AND FAITHFUL FOOLS                  INTERVENORS COALITION ON
15                                                    HOMELESSNESS

16

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>Defendant. | Case No. 4:20-cv-3033-JST<br><br>NOTICE OF APPEARANCE OF LILI V. GRAHAM<br><br>Complaint Filed: May 4, 2020<br>Trial Date: None Set |

---

*Hastings College of the Law v. City and County of San Francisco;* **Case No. 4:20-cv-3033-JST**
**NOTICE OF APPEARANCE OF LILI V. GRAHAM**

1  PLEASE TAKE NOTICE that LILI V. GRAHAM of DISABILITY RIGHTS
2  CALIFORNIA is added as an attorney of record for Proposed Intervenors Hospitality House,
3  Coalition on Homelessness, and Faithful Fools (Proposed Intervenors) in the above-entitled case.
4  Lili V. Graham's contact information is as follows:

Lili V. Graham (CA BAR NO. 284264)
Email: Lili.Graham@disabilityrightsca.org
Disability Rights California
350 S Bixel Street, Ste 290
Los Angeles, CA 90017-1418
Tel: (213) 213-8000
Fax: (213) 213-8001

10  Proposed Intervenors request that LILI V. GRAHAM be added to the docket and receive
11  electronic notifications for this case.

13  DATED: June 9, 2020            Respectfully submitted,

*/s/ Lili V. Graham*
LILI V. GRAHAM
Attorneys for Proposed Intervenors Hospitality
House, Coalition on Homelessness, and Faithful
Fools

---

*Hastings College of the Law v. City and County of San Francisco;* **Case No. 4:20-cv-3033-JST**
**NOTICE OF APPEARANCE OF LILI V. GRAHAM**