1  Lauren Hansen (CA BAR NO. 268417)
   Melissa A. Morris (CA BAR NO. 233393)
2  PUBLIC INTEREST LAW PROJECT
   449 15th St., Suite 301
3  Oakland, CA 94612-06001
4  Tel: (510) 891-9794
   Fax: (510) 891-9727
5  Email: lhansen@pilpca.org

6  ATTORNEYS FOR PROPOSED INTERVENORS
   HOSPITALITY HOUSE; COALITION ON
7  HOMELESSNESS; AND FAITHFUL FOOLS

8
9  Lili V. Graham (CA BAR NO. 284264)            Michael David Keys
   Tiffany L. Nocon (CA BAR NO. 301547)          (CA BAR NO. 133815)
   DISABILITY RIGHTS CALIFORNIA                  Jessica Berger (CA BAR NO. 319114)
10 350 S Bixel Street, Ste 290                   BAY AREA LEGAL AID
   Los Angeles, CA 90017-1418                    1454 43rd Avenue
11 Tel: (213) 213-8000                           San Francisco, CA 94122
12 Fax: (213) 213-8001                           Tel: (415) 982-1300
   Email: Lili.Graham@disabilityrightsca.org     Fax: (415) 982-4243
13                                               Email:  mkeys@baylegal.org

14 ATTORNEYS FOR PROPOSED INTERVENORS
   HOSPITALITY HOUSE; COALITION ON               ATTORNEYS FOR PROPOSED
15 HOMELESSNESS; AND FAITHFUL FOOLS              INTERVENORS COALITION ON
                                                 HOMELESSNESS

16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>        Plaintiffs,<br><br>        v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>        Defendant. | **Case No. 4:20-cv-3033-JST**<br><br>NOTICE OF APPEARANCE OF TIFFANY L. NOCON<br><br><br><br>Complaint Filed: May 4, 2020<br>Trial Date: None Set |

*Hastings College of the Law v. City and County of San Francisco;* **Case No. 4:20-cv-3033-JST**
**NOTICE OF APPEARANCE OF TIFFANY L. NOCON**

1    PLEASE TAKE NOTICE that TIFFANY L. NOCON of DISABILITY RIGHTS
CALIFORNIA is added as an attorney of record for Proposed Intervenors Hospitality House,
Coalition on Homelessness, and Faithful Fools (Proposed Intervenors) in the above-entitled case.
Tiffany L. Nocon's contact information is as follows:

> Tiffany L. Nocon (CA BAR NO. 301547)
> Email: Tiffany.Nocon@disabilityrightsca.org
> Disability Rights California
> 350 S Bixel Street, Ste 290
> Los Angeles, CA 90017-1418
> Tel: (213) 213-8000
> Fax: (213) 213-8001

Proposed Intervenors request that TIFFANY L. NOCON be added to the docket and receive electronic notifications for this case.

DATED:  June 9, 2020                    Respectfully submitted,

*/s/ Tiffany L. Nocon*
TIFFANY L. NOCON
Attorneys for Proposed Intervenors Hospitality House, Coalition on Homelessness, and Faithful Fools

---

*Hastings College of the Law v. City and County of San Francisco;* **Case No. 4:20-cv-3033-JST**
**NOTICE OF APPEARANCE OF TIFFANY L. NOCON**