UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. 20-cv-03033-JST <br><br> **ORDER DIRECTING PUTATIVE INTERVENORS TO FILE SUPPLEMENTAL BRIEF** <br><br> Re: ECF No. 43, 51 |

On June 9, 2020, third parties Hospitality House, Coalition on Homelessness, and Faithful Fools ("Proposed Intervenors") filed a motion for intervention. ECF No. 43. On the same date, they also filed a motion for order shortening time on their intervention motion. ECF No. 46. They noted that the parties were engaged in settlement negotiations "at an unusually rapid pace" and that "[u]nhoused persons will likely suffer prejudice or substantial harm if their interests are not represented in the settlement negotiations." *Id.* at 2. On June 12, 2020 – before the time for responding to the motion for order shortening time had elapsed – the parties' settlement negotiations bore fruit, and they moved for entry of a stipulated injunction. ECF No. 51.

The Court hereby orders Proposed Intervenors to file a supplemental brief by June 18, 2020 stating what effect, if any, the parties' settlement has on their motion to intervene, ECF No. 43. Any party opposing or supporting intervention shall file a responsive brief by June 22, 2020. If any party files a brief opposing intervention, Proposed Intervenors may file a reply by June 24,

/ / /

/ / /

/ / /

2020.  At that time, the Court will take the matter under submission without a hearing, unless the Court orders otherwise.

**IT IS SO ORDERED.**

Dated:  June 16, 2020



JON S. TIGAR
United States District Judge