1  Lauren Hansen (CA BAR NO. 268417)
   Melissa A. Morris (CA BAR NO. 233393)
2  PUBLIC INTEREST LAW PROJECT
   449 15th St., Suite 301
3  Oakland, CA 94612-06001
4  Tel: (510) 891-9794
   Fax: (510) 891-9727
5  Email: lhansen@pilpca.org

6  ATTORNEYS FOR PROPOSED INTERVENORS
   HOSPITALITY HOUSE; COALITION ON
7  HOMELESSNESS; AND FAITHFUL FOOLS

8
   Lili V. Graham (CA BAR NO. 284264)           Michael David Keys
9  Tiffany L. Nocon (CA BAR NO. 301547)         (CA BAR NO. 133815)
   DISABILITY RIGHTS CALIFORNIA                 Jessica Berger (CA BAR NO. 319114)
10 350 S Bixel Street, Ste 290                  BAY AREA LEGAL AID
   Los Angeles, CA 90017-1418                   1800 Market Street, 3rd Floor
11 Tel: (213) 213-8000                          San Francisco CA 94102
12 Fax: (213) 213-8001                          Tel: (415) 982-1300
   Email: Lili.Graham@disabilityrightsca.org    Fax: (415) 982-4243
13                                              Email:   mkeys@baylegal.org
   ATTORNEYS FOR PROPOSED INTERVENORS
14 HOSPITALITY HOUSE; COALITION ON              ATTORNEYS FOR PROPOSED
   HOMELESSNESS; AND FAITHFUL FOOLS             INTERVENORS COALITION ON
15                                              HOMELESSNESS

16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>        Plaintiffs,<br><br>        v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>        Defendant. | **Case No. 4:20-cv-3033-JST**<br><br>NOTICE OF APPEARANCE OF MICHAEL DAVID KEYS<br><br><br>Complaint Filed: May 4, 2020<br>Trial Date: None Set |

*Hastings College of the Law v. City and County of San Francisco;* **Case No. 4:20-cv-3033-JST**
**NOTICE OF APPEARANCE OF MICHAEL DAVID KEYS**

1    PLEASE TAKE NOTICE that MICHAEL DAVID KEYS of BAY AREA LEGAL AID
2 is added as an attorney of record for Proposed Intervenors Coalition on Homelessness in the
3 above-entitled case. Michael David Keys's contact information is as follows:

4
Michael David Keys (CA BAR NO. 133815)
Email: mkeys@baylegal.org
5
BAY AREA LEGAL AID
6
1800 Market Street, 3rd Floor
San Francisco CA 94102
7
Tel: (415) 982-1300
Fax: (415) 982-4243
8

9    Proposed Intervenors request that MICHAEL DAVID KEYS be added to the docket and
10 receive electronic notifications for this case.

11

12 DATED:  June 9, 2020                    Respectfully submitted,

13
                                          */s/ Michael David Keys*
14                                        MICHAEL DAVID KEYS
                                          Attorneys for Proposed Intervenors Coalition on
15                                        Homelessness

16

17

...

28

---

*Hastings College of the Law v. City and County of San Francisco;* **Case No. 4:20-cv-3033-JST**
**NOTICE OF APPEARANCE OF MICHAEL DAVID KEYS**