MICHAEL A. KELLY, State Bar No. 71460
 MKelly@WalkupLawOffice.com
RICHARD H. SCHOENBERGER, State Bar No. 122190
 RSchoenberger@WalkupLawOffice.com
MATTHEW D. DAVIS, State Bar No. 141986
 MDavis@WalkupLawOffice.com
JADE SMITH-WILLIAMS, State Bar No. 318915
 JSmithWilliams@WalkupLawOffice.com
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street
San Francisco, CA  94108
Telephone:  415-889-2919
Facsimile:  415-391-6965

ALAN A. GREENBERG, State Bar No. 150827
 AGreenberg@GGTrialLaw.com
WAYNE R. GROSS, State Bar No. 138828
 WGross@GGTrialLaw.com
DEBORAH S. MALLGRAVE, State Bar No. 198603
 DMallgrave@GGTrialLaw.com
GREENBERG GROSS LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017
Telephone:  213-334-7000
Facsimile:  213-334-7001

_____
SHANIN SPECTER, Pennsylvania State Bar No. 40928
 shanin.specter@klinespecter.com
PHILIP M. PASQUARELLO,
 philip.pasquarello@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA 19102
Telephone: 215-772-1000


Attorneys for All Plaintiffs

JOHN K. DIPAOLO, State Bar No. 321942
 dipaolojohn@uchastings.edu
General Counsel
Secretary to the Board of Directors
Hastings College of the Law
200 McAllister Street
San Francisco, CA  94102
Telephone:  415-565-4787
Facsimile:  415-565-4825

Attorney for Plaintiff
HASTINGS COLLEGE OF THE LAW

JOINT CASE MANAGEMENT STATEMENT                    Case No. 4:20-cv-03033-JST

DENNIS J. HERRERA, State Bar No. 139669
City Attorney
MEREDITH B. OSBORN, State Bar No. 250467
Chief Trial Deputy
JEREMY M. GOLDMAN, State Bar No. 218888
  Jeremy.Goldman@sfcityatty.org
TARA M. STEELEY, State Bar No. 231775
  Tara.Steeley@sfcityatty.org
RYAN STEVENS, State Bar No. 306409
  Ryan.Stevens@sfcityatty.org
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102-5408
Telephone:  415-554-3975
Facsimile:  415-554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, <br><br> Defendant. | Case No. 4:20-cv-03033-JST <br><br> **JOINT CASE MANAGEMENT STATEMENT** |

As directed by this Court, the parties submit this Joint Case Management Statement in advance of the Case Management Conference Statement scheduled for 2:00 p.m. on Friday, June 19, 2020.

The parties reached a tentative resolution and submitted a proposed stipulated injunction to the Court. The Court ordered the putative interveners to file a supplemental brief in light of the parties' settlement and established a briefing schedule.  Plaintiffs and the City would be amenable to continuing the CMC until the motion to intervene is heard.

WALKUP, MELODIA, KELLY & SCHOENBERGER
GREENBERG GROSS LLP

Dated: June 18, 2020            By:  /S/  Matthew D. Davis
          Michael A. Kelly
          Richard H. Schoenberger
          Matthew D. Davis
          Jade Smith-Williams
          John K. DiPaolo
          Alan A. Greenberg
          Wayne R. Gross
          Deborah S. Mallgrave
          Shanin Spector
          Philip M. Pasquarello
Attorneys for Plaintiffs HASTINGS COLLEGE OF THE LAW; FALLON VICTORIA; RENE DENIS; TENDERLOIN MERCHANTS AND BUSINESS OWNERS ASSOCIATION; RANDY HUGHES; and KRISTEN VILLALOBOS


OFFICE OF THE CITY ATTORNEY

Dated: June 18, 2020            By:  /S/ Ryan Stevens
          Dennis J. Herrera
          Meredith B. Osborn
          Jeremy M. Goldman
          Tara M. Steeley
          Ryan Stevens
Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO