# EXHIBIT A

# EXHIBIT A

Linda Chrisman, MA, CMT, SEP
3182 Old Tunnel Rd Ste C
Lafayette, CA 94549
(510) 507-2903
Linda@somaticwisdom.com
www.somaticwisdom.com

**Education**

1988   Master of Arts in Philosophy and Religion
California Institute of Integral Studies
San Francisco, California

1975   Bachelor of Arts in Psychology
Stanford University
Palo Alto, California

**Certifications and Licenses**

2018   DARe- Dynamic Attachment Repatterning experience (somatic attachment for adults)
2010   California State Massage Therapist license (first year available)
2003   Somatic Experiencing (trauma resolution)
2000   Authorized Teacher Continuum Movement (now Continuum)
1986   Rosen Method Bodywork Teacher, Introductory Workshops
1985   Rosen Method Bodywork
1982   California State Massage Instructor
1981   Trager Psychophysical Integration bodywork
1978   Holistic Massage certification, State of California

**Work Experience:**

1983-present     Taught and lectured throughout the U.S. including workshops for Stanford University, San Jose State University, Kaiser Permanente Hospital, Menlo Park Chamber of Commerce, Zonta Children's Center, and the Ridhwan School; trauma in-service trainings for psychology interns; trauma and resiliency workshops for meditators; residential retreats for women; professional trainings in Rosen Method Bodywork; fundamental and advanced bodywork and massage trainings for California State Massage Certification; Continuum Movement classes; Movement and Creative Expression workshops; Movement meditation classes for pregnant women.

| | |
|---|---|
| 1994-present | Private practice in Oakland and Lafayette, CA as a somatics practitioner and educator primarily working with people with disabilities and chronic pain, complex trauma, abuse, anxiety, depression, multiple diagnoses and addiction. |
| 2007-present | Volunteer (8 years) and later paid position at the Faithful Fools in San Francisco doing trauma and resiliency work with people who live or work in the Tenderloin, the district with the highest number of unhoused people in San Francisco. Includes teaching in-service workshops. |
| 2013-present | Teaching assistant for DARe trainings. |
| 2019-present | Volunteer with Glide Memorial Church Harm Reduction Program in the Tenderloin, San Francisco. |
| 2013 | Adjunct faculty Sofia University, Palo Alto, CA. |
| 2007- 2012 | Adjunct faculty Institute of Transpersonal Psychology, Palo Alto, CA; *Embodied Spirituality* Women's Spirituality Masters degree program. |
| Winter, 2009 | Guest lecturer, California Institute of Integral Studies, Integral Health program. |
| Summer, 2006 | Adjunct faculty, John F. Kennedy University, *Somatic Approaches to Trauma,* Somatic Psychology Masters degree program. |
| 2004- 2006 | Adjunct faculty New College, San Francisco, CA; *Embodied Spirituality,* Women's Spirituality Masters degree program. |
| 2002-2006 | Founding member of the Health Medicine Institute, an integrative medical clinic in Lafayette, CA. |
| 1983-1993 | Private practice in Menlo Park, CA. Set precedent as the first person granted a business license for therapeutic massage by the City of Menlo Park after extensive review by police department and city government. |
| 1978-1982 | General partner in The Massage Center, Palo Alto,CA. Massage practitioner. |
| 1978-1982 | Co-founder, co-adminstrator of and teacher at The Massage Center School of Professional Bodywork, a California State certified school for professional massage training, Palo Alto, CA. |

1975-1978          Child Therapist, Zonta Children's Center, San Jose, CA.

**Publications**

Chrisman, Linda, "Therapeutic Massage: An Overview of the Discipline" in *Integrating Complementary Medicine into Health Systems,* 2001.

Chrisman, Linda, "Cranial-sacral Therapy", "Energy Medicine", "Movement Therapy", "Native American Medicine", "Pilates", "Prayer and Spirituality", "Rosen Method" in *The Gale Group Encyclopedia of Alternative Medicine,* The Gale Group *2001.*

Chrisman, Linda,  *Birth* in *Being Bodies: Buddhist Women on the Paradox of Embodiment*, Shambala Press,1997.

Chrisman, Linda, book review, "Timeless Healing: The Power and Biology of Belief", *The Massage Therapy Journa.l*

Chrisman, Linda, book review, "Miracles of Mind: Exploring Non-local Consciousness an Spiritual Healing", *The Massage Therapy Journal.*

Consultant for "Continuum Movement" in *Discovering the Body's Wisdom*, 1998.

Consultant for *Runner's World Massage Book,* 1982.

**Associations and Memberships**

International Association of Bodywork and Massage Professionals
Somatic Experiencing Trauma Institute

**Other**

2003 -2006   Member of Board of Directors, Park Day School, an independent elementary and middle school, chair of the Special Needs and Learning Differences committee.

Led and organized adventure travel and wilderness trips in India, Nepal and the U.S. emphasizing inner exploration, sensitivity to diverse cultures, and environmental awareness.

Student of The Diamond Approach with Hameed Ali since 1995. Studied meditation since 1980.

Completed the first year of training in Bodynamics.