ABRE' CONNER (SBN 306024)
aconner@aclunc.org
WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
ARNETA ROGERS (SBN 315455)
arogers@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Amicus Curiae American
Civil Liberties Union Foundation of
Northern California*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>Defendants. | **CASE NO. 4:20-CV-03033-JST**<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE OF AMERICAN CIVIL LIBERTIES UNION FOUNDTION OF NORTHERN CALIFORNIA IN SUPPORT OF THE MOTION FOR INTERVENTION** |

The American Civil Liberties Union Foundation of Northern California ("ACLU-NC") by and through undersigned counsel, respectfully moves for leave of court to file an amicus curiae brief in the above captioned case. The proposed brief and exhibit are attached to this motion. In support of this motion, *amicus* states the following:

Amicus has a strong interest in the issues before this Court. ACLU-NC is the regional affiliate of the American Civil Liberties Union ("ACLU"), a nationwide, nonprofit, nonpartisan organization with offices in San Francisco, Fresno, and Sacramento. Throughout its history, the ACLU has been dedicated to preserving and protecting the principles of liberty and equality embodied in the United States and California Constitutions and cognate federal and state statutes. In California, the ACLU has represented people experiencing homelessness and defended their right to live in their respective cities and continue to raise issues of great public interest and constitutional significance with the courts, including the *Sanchez v. Caltrans*, No. RG16842117 (Cal. Super. Ct., County of Alameda, 2020); *Kincaid v. City of Fresno*, No. 06-CV-1445 (E.D. Cal. 2008).

Amicus believe the information presented in the proposed brief will significantly aid the Court in the resolution of the questions raised herein. As part of its mission, the ACLU-NC represents unhoused individuals and coalitions that comprise individuals experiencing homelessness. The organization also strives to further racial and economic justice in its policy and legal advocacy. This includes filing cases on behalf of Black people and Black-led organizations. Additionally, the organization is dedicated to working with and uplifting the voices of transgender, gender variant, and intersex individuals of color. The organization has specifically called out San Francisco along with other cities in Northern California for failing to include Black voices, despite the disparate numbers of Black unhoused people in California. The organization regularly communicates with cities regarding their policies for shelter space for unhoused individuals.

The information and data presented in ACLU-NC's proposed brief will very likely not be presented by the existing parties, because existing parties have already filed opening briefs along with a proposed joint stipulation and none of which has examined the issues presented by amicus.

Mindful of the Court's limited judicial resources, ACLU-NC does not seek to intervene as a party or receive any oral argument time. ACLU-NC wishes merely to direct the Court to concrete factual matters bearing on the issues presented. Permitting ACLU-NC to file the attached brief will thus not prejudice any party or delay resolution of this matter.

Amicus is familiar with all the briefs that have been previously filed in this case. Amicus has experience with the legal issues of this case, and with the impact of shelter space for unhoused people, law enforcement's interaction with unhoused people, and how TGI and Black people will bear the brunt of these decisions in San Francisco. Amicus believe their experience in these issues will make their proposed brief of assistance to this Court in deciding the important issue raised. Amicus therefore respectfully request leave to file the attached amicus curiae brief presenting additional authorities and discussion in support of Petitioner's arguments.

WHEREFORE, ACLU-NC respectfully requests leave to file the attached *amicus curiae* brief.

Dated: June 24, 2020                                    Respectfully submitted,

                                                        /s/ Abre' Conner
                                                        Abre' Conner
                                                        William S. Freeman
                                                        Arneta Rogers
                                                        AMERICAN CIVIL LIBERTIES UNION
                                                        FOUNDATION OF NORTHERN
                                                        CALIFORNIA