UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Defendant. | Case No. 20-cv-03033-JST<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: ECF No. 65 |

American Civil Liberties Union Foundation of Northern California has filed a motion for leave to file brief of amicus curiae.  ECF No. 65.  The parties shall file oppositions, if any, by June 29, 2020.

**IT IS SO ORDERED.**

Dated: June 25, 2020



JON S. TIGAR
United States District Judge