MICHAEL A. KELLY, State Bar No. 71460
 MKelly@WalkupLawOffice.com
RICHARD H. SCHOENBERGER, State Bar No. 122190
 RSchoenberger@WalkupLawOffice.com
MATTHEW D. DAVIS, State Bar No. 141986
 MDavis@WalkupLawOffice.com
JADE SMITH-WILLIAMS, State Bar No. 318915
 JSmithWilliams@WalkupLawOffice.com
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street
San Francisco, CA  94108
Telephone:  415-889-2919
Facsimile:  415-391-6965

ALAN A. GREENBERG, State Bar No. 150827
 AGreenberg@GGTrialLaw.com
WAYNE R. GROSS, State Bar No. 138828
 WGross@GGTrialLaw.com
DEBORAH S. MALLGRAVE, State Bar No. 198603
 DMallgrave@GGTrialLaw.com
GREENBERG GROSS LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017
Telephone:  213-334-7000
Facsimile:  213-334-7001

_____
SHANIN SPECTER, Pennsylvania State Bar No. 40928
 shanin.specter@klinespecter.com
PHILIP M. PASQUARELLO,
 philip.pasquarello@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA 19102
Telephone: 215-772-1000


Attorneys for All Plaintiffs

JOHN K. DIPAOLO, State Bar No. 321942
 dipaolojohn@uchastings.edu
General Counsel
Secretary to the Board of Directors
Hastings College of the Law
200 McAllister Street
San Francisco, CA  94102
Telephone:  415-565-4787
Facsimile:  415-565-4825

Attorney for Plaintiff
HASTINGS COLLEGE OF THE LAW

JOINT CASE MANAGEMENT STATEMENT     Case No. 4:20-cv-03033-JST

DENNIS J. HERRERA, State Bar No. 139669
City Attorney
MEREDITH B. OSBORN, State Bar No. 250467
Chief Trial Deputy
JEREMY M. GOLDMAN, State Bar No. 218888
  Jeremy.Goldman@sfcityatty.org
TARA M. STEELEY, State Bar No. 231775
  Tara.Steeley@sfcityatty.org
RYAN STEVENS, State Bar No. 306409
  Ryan.Stevens@sfcityatty.org
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102-5408
Telephone:  415-554-3975
Facsimile:  415-554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>　　　　　Defendant. | Case No. 4:20-cv-03033-JST<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

As directed by this Court, the City and County of San Francisco and Plaintiffs submit this Joint Case Management Statement in advance of the Case Management Conference Statement scheduled for tomorrow at 9:30 a.m. on Wednesday, July 1, 2020.

Today, the Court granted the motion to intervene. Plaintiffs and the City would be amenable to continuing the CMC until July 22, 2020, or a date that is convenient to the Court.

WALKUP, MELODIA, KELLY & SCHOENBERGER
GREENBERG GROSS LLP

Dated: June 30, 2020                By:  /S/   Matthew D. Davis
                                        Michael A. Kelly
                                        Richard H. Schoenberger
                                        Matthew D. Davis
                                        Jade Smith-Williams
                                        John K. DiPaolo
                                        Alan A. Greenberg
                                        Wayne R. Gross
                                        Deborah S. Mallgrave
                                        Shanin Spector
                                        Philip M. Pasquarello
                                    Attorneys for Plaintiffs HASTINGS COLLEGE OF THE LAW; FALLON VICTORIA; RENE DENIS; TENDERLOIN MERCHANTS AND BUSINESS OWNERS ASSOCIATION; RANDY HUGHES; and KRISTEN VILLALOBOS


OFFICE OF THE CITY ATTORNEY

Dated: June 30, 2020                By:  /S/ Ryan Stevens
                                        Dennis J. Herrera
                                        Meredith B. Osborn
                                        Jeremy M. Goldman
                                        Tara M. Steeley
                                        Ryan Stevens
                                    Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO