| | |
|---|---|
| Lauren Hansen (CA BAR NO. 268417) | |
| Melissa A. Morris (CA BAR NO. 233393) | |
| PUBLIC INTEREST LAW PROJECT | |
| 449 15th St., Suite 301 | |
| Oakland, CA 94612-06001 | |
| Tel: (510) 891-9794 | |
| Fax: (510) 891-9727 | |
| Email: lhansen@pilpca.org | |
| | |
| ATTORNEYS FOR INTERVENORS | |
| HOSPITALITY HOUSE; COALITION ON | |
| HOMELESSNESS; AND FAITHFUL FOOLS | |
| | |
| Lili V. Graham (CA BAR NO. 284264) | Michael David Keys |
| Tiffany L. Nocon (CA BAR NO. 301547) | (CA BAR NO. 133815) |
| DISABILITY RIGHTS CALIFORNIA | Jessica Berger (CA BAR NO. 319114) |
| 350 S Bixel Street, Ste 290 | BAY AREA LEGAL AID |
| Los Angeles, CA 90017-1418 | 1800 Market Street, 3rd Floor |
| Tel: (213) 213-8000 | San Francisco, CA 94102 |
| Fax: (213) 213-8001 | Tel: (415) 982-1300 |
| Email: Lili.Graham@disabilityrightsca.org | Fax: (415) 982-4243 |
| | Email: mkeys@baylegal.org |
| ATTORNEYS FOR INTERVENORS | |
| HOSPITALITY HOUSE; COALITION ON | ATTORNEYS FOR INTERVENORS |
| HOMELESSNESS; AND FAITHFUL FOOLS | COALITION ON HOMELESSNESS |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>         Plaintiffs,<br><br>         v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>         Defendant. | **Case No. 4:20-cv-3033-JST**<br><br>**CERTIFICATE OF SERVICE**<br><br>Place: Courtroom 6, Second Floor<br>Judge: Hon. Jon S. Tigar<br><br>Complaint Filed: May 4, 2020<br>Trial Date: None Set |

*Hastings College of the Law v. City and County of San Francisco;* **Case No. 4:20-cv-3033-JST**
**CERTIFICATE OF SERVICE**

Page 2 of 3

**CERTIFICATE OF SERVICE**
*Hastings College of the Law, et al. v. City and County of San Francisco*
U.S. District Court, Northern District of California
Case No. 4:20-cv-3033-JST

I, Noah Kirshbaum-Ray, certify/declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. My business address is 449 15th Street, Suite 301, Oakland, California 94612. My email address is: nkirshbaum-ray@pilpca.org.

On **July 7, 2020** I served a true copy of the following document:

- **COMPLAINT IN INTERVENTION FOR DECLARATORY AND INJUNCTIVE RELIEF**

On all interested parties named below:

| | |
|---|---|
| John Karl DiPaolo<br>UC Hastings College of the Law<br>200 McAllister Street<br>San Francisco, CA 94102<br>Telephone: 202-407-5174<br>Email: dipaolojohn@uchastings.edu<br>*Attorneys for Hastings College of the Law* | Alan A. Greenberg<br>Wayne R. Gross<br>Deborah S. Mallgrave<br>GREENBERG GROSS LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017<br>Telephone: 213-334-7000<br>Emails: agreenberg@ggtriallaw.com<br>wgross@ggtriallaw.com<br>dmallgrave@ggtriallaw.com<br>*Attorneys for All Plaintiffs* |
| Michael Albert Kelly<br>Jade Smith-Williams<br>Matthew D. Davis<br>Walkup Melodia Kelly & Echeverria<br>650 California Street, 26th Floor<br>San Francisco, CA 94108-2702<br>Telephone: 415-981-7210<br>Emails: mkelly@walkuplawoffice.com<br>jsmithwilliams@walkuplawoffice.com<br>mdavis@walkuplawoffice.com<br>*Attorneys for All Plaintiffs* | Jeremy Michael Goldman<br>Tara M. Steeley<br>Renee E. Rosenblit<br>Ryan Christopher Stevens<br>San Francisco City Attorney's Office<br>City Hall, #234, 1 Dr. Carlton B. Goodlett Pl.<br>San Francisco, CA 94102<br>Telephone: 415-554-6762<br>Emails: jeremy.goldman@sfcityatty.org<br>tara.steeley@sfcityatty.org<br>renee.rosenblit@sfcityatty.org<br>ryan.stevens@sfcityatty.org<br>*Attorneys for City and County of San Francisco* |
| Shanin Specter<br>Philip M. Pasquarello<br>KLINE & SPECTER, P.C.<br>1525 Locust Street<br>Philadelphia, PA 19102<br>Telephone: 215-772-1000<br>Emails: shanin.specter@klinespecter.com<br>philip.pasquarello@klinespecter.com<br>*Attorneys for All Plaintiffs* | |

*Hastings College of the Law v. City and County of San Francisco;* **Case No. 4:20-cv-3033-JST**
**CERTIFICATE OF SERVICE**  2

1  I served the attached documents in the manner indicated below:

2

3  **[X] BY E-MAIL TRANSMISSION** - I caused such document to be electronically transmitted
4  to the offices of the addressee(s) listed above, using the above e-mail addresses, prior to 5:00
5  p.m. on the date specified above.

6

7  I declare that I am employed in the office of a member of the bar of this court at whose direction
8  the service was made.

9

10  I declare under penalty of perjury, under the laws of the State of California that the foregoing is
11  true and correct.  Executed on July 7, 2020 at Oakland, California.

12

13

14  _____
    NOAH KIRSHBAUM-RAY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

*Hastings College of the Law v. City and County of San Francisco;* **Case No. 4:20-cv-3033-JST**
**CERTIFICATE OF SERVICE**                                                                                      3