1  MICHAEL A. KELLY, State Bar No. 71460
     MKelly@WalkupLawOffice.com
2  RICHARD H. SCHOENBERGER, State Bar No. 122190
     RSchoenberger@WalkupLawOffice.com
3  MATTHEW D. DAVIS, State Bar No. 141986
     MDavis@WalkupLawOffice.com
4  JADE SMITH-WILLIAMS, State Bar No. 318915
     JSmithWilliams@WalkupLawOffice.com
5  WALKUP, MELODIA, KELLY & SCHOENBERGER
   650 California Street
6  San Francisco, CA  94108
   Telephone:  415-889-2919
7  Facsimile:  415-391-6965

8  ALAN A. GREENBERG, State Bar No. 150827
     AGreenberg@GGTrialLaw.com
9  WAYNE R. GROSS, State Bar No. 138828
     WGross@GGTrialLaw.com
10 DEBORAH S. MALLGRAVE, State Bar No. 198603
     DMallgrave@GGTrialLaw.com
11 GREENBERG GROSS LLP
   601 South Figueroa Street, 30th Floor
12 Los Angeles, CA  90017
   Telephone:  213-334-7000
13 Facsimile:  213-334-7001

14 _____
   SHANIN SPECTER, Pennsylvania State Bar No. 40928
15   shanin.specter@klinespecter.com
   PHILIP M. PASQUARELLO,
16   philip.pasquarello@klinespecter.com
   KLINE & SPECTER, P.C.
17 1525 Locust Street
   Philadelphia, PA 19102
18 Telephone: 215-772-1000

19
   Attorneys for All Plaintiffs
20
   JOHN K. DIPAOLO, State Bar No. 321942
21   dipaolojohn@uchastings.edu
   General Counsel
22 Secretary to the Board of Directors
   Hastings College of the Law
23 200 McAllister Street
   San Francisco, CA  94102
24 Telephone:  415-565-4787
   Facsimile:  415-565-4825
25
   Attorney for Plaintiff
26 HASTINGS COLLEGE OF THE LAW

27

28

JOINT CASE MANAGEMENT STATEMENT               Case No. 4:20-cv-03033-JST

1  DENNIS J. HERRERA, State Bar No. 139669
   City Attorney
2  MEREDITH B. OSBORN, State Bar No. 250467
   Chief Trial Deputy
3  JEREMY M. GOLDMAN, State Bar No. 218888
     Jeremy.Goldman@sfcityatty.org
4  TARA M. STEELEY, State Bar No. 231775
     Tara.Steeley@sfcityatty.org
5  RYAN STEVENS, State Bar No. 306409
     Ryan.Stevens@sfcityatty.org
6  Deputy City Attorneys
   Fox Plaza
7  1390 Market Street, Sixth Floor
   San Francisco, CA  94102-5408
8  Telephone:  415-554-3975
   Facsimile:  415-554-3837
9
   Attorneys for Defendant
10 CITY AND COUNTY OF SAN FRANCISCO

11

   Lauren Hansen (CA BAR NO. 268417)
12 Melissa A. Morris (CA BAR NO. 233393)
   PUBLIC INTEREST LAW PROJECT
13 449 15th St., Suite 301
   Oakland, CA 94612-06001
14 Tel: (510) 891-9794
   Fax: (510) 891-9727
15 Email: lhansen@pilpca.org
   ATTORNEYS FOR INTERVENORS
16 HOSPITALITY HOUSE; COALITION ON HOMELESSNESS; AND FAITHFUL FOOLS

17
   Lili V. Graham (CA BAR NO. 284264)
18 Tiffany L. Nocon (CA BAR NO. 301547)
   DISABILITY RIGHTS CALIFORNIA
19 350 S Bixel Street, Ste 290
   Los Angeles, CA 90017-1418
20 Tel: (213) 213-8000
   Fax: (213) 213-8001
21 Email: Lili.Graham@disabilityrightsca.org
   ATTORNEYS FOR INTERVENORS
22 HOSPITALITY HOUSE; COALITION ON HOMELESSNESS; AND FAITHFUL FOOLS

23
   Michael David Keys
24 (CA BAR NO. 133815)
   Jessica Berger (CA BAR NO. 319114)
25 BAY AREA LEGAL AID
   1800 Market Street, 3rd Floor
26 San Francisco, CA 94102
   Tel: (415) 982-1300
27 Fax: (415) 982-4243
   Email:  mkeys@baylegal.org
28 ATTORNEYS FOR INTERVENORS COALITION ON HOMELESSNESS

JOINT CASE MANAGEMENT STATEMENT                    Case No. 4:20-cv-03033-JST

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, <br><br> Defendant. | Case No. 4:20-cv-03033-JST <br><br> **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

The parties submit this Joint Case Management Statement in advance of the Case Management Conference Statement scheduled for 10:00 a.m. on Wednesday, July 22, 2020.

**Plaintiffs' position**: Pursuant to the stipulated injunction, the case is stayed while the City is performing its obligations and while awaiting Board of Supervisors vote on approval. Plaintiffs understand that vote is expected to occur in the first part of August. Plaintiffs thus propose that the CMC be continued to the third week in August, at which time the parties expect to know whether or not the Board has approved the settlement. If the Board does approve the settlement, and the Intervenors intend to proceed with their case, then plaintiffs would likely file Rule 12 motions vis-à-vis the Intervenor's complaint. If the Board does not approve the settlement, then plaintiffs would have a proposal for the next steps in the litigation at the next CMC.

**The Intervenor's Position:**

Intervenors plan to file an amended complaint by July 31, 2020. Amendments will address the Stipulated Injunction's implementation.

For Intervenors and the people they serve, the Stipulated Injunction has resulted in haphazard implementation inviting violations of the Americans with Disabilities Act (ADA). For example, no party to this litigation knows if the City has a process to ensure that placements are accessible to people with disabilities or for determining whether an individual with a disability will be offered a congregate or non-congregate placement. As of July 13, 2020, the City of San Francisco's counsel could not identify a process that is being used to ensure that the City is meeting the requirements of the ADA in the provision of placements as it implements the

Stipulated Injunction. But such a process is necessary to ensure that the City complies with both the ADA and the Centers for Disease Control and Prevention's guidance regarding unsheltered homelessness and COVID-19.

Intervenors continue to believe that modifications to the Stipulated Injunction are necessary to prevent further harm to unsheltered Tenderloin residents. Intervenors ask the Court to order the parties to discuss such modifications.

**The City's Position:**

This case is stayed pursuant to an order of this court while awaiting Board of Supervisors vote on approval of the Stipulated Injunction.  The City has submitted the Stipulated Injunction to the Board of Supervisors and has begun executing its obligations under the injunction.  As of July 10, 2020 the City had fulfilled its obligation of reducing the tent count by 70%.  Since June 10, 2020 the City offered alternative sleeping options to 546 people within the Tenderloin.  472 people were relocated to hotels, 81 to safe sleeping sites, and 10 were placed in shelters.  In doing so, the City has accommodated persons with disabilities who were unsheltered in the Tenderloin.  Indeed, Intervenors have not identified even a single person whose disabilities were not accommodated by the City.

Further, it is simply not true that "no party to this litigation knows if the City has a process to ensure that placements are accessible to people with disabilities or for determining whether an individual with a disability will be offered a congregate or non-congregate placement."  City employees have shared information with Intervenors' staff members, with whom they work on a regular basis, and the City has been responding to requests for public records to multiple City departments (although some documents are available on City websites).  While Intervenors feel

that they have not received adequate assurances from the City's counsel, they have not identified any failures by the City to accommodate persons with disabilities.

WALKUP, MELODIA, KELLY & SCHOENBERGER
GREENBERG GROSS LLP

Dated: July 14, 2020                By:  /S/   Matthew D. Davis
    Michael A. Kelly
    Richard H. Schoenberger
    Matthew D. Davis
    Jade Smith-Williams
    John K. DiPaolo
    Alan A. Greenberg
    Wayne R. Gross
    Deborah S. Mallgrave
    Shanin Spector
    Philip M. Pasquarello
Attorneys for Plaintiffs HASTINGS COLLEGE OF THE LAW; FALLON VICTORIA; RENE DENIS; TENDERLOIN MERCHANTS AND BUSINESS OWNERS ASSOCIATION; RANDY HUGHES; and KRISTEN VILLALOBOS

OFFICE OF THE CITY ATTORNEY

Dated: July 14, 2020                By:  /S/ Ryan Stevens
    Dennis J. Herrera
    Meredith B. Osborn
    Jeremy M. Goldman
    Tara M. Steeley
    Ryan Stevens
Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO

Dated: July 14, 2020                By:  /S/ Lauren Elizabeth Hansen
    Jessica Berger
    Lili V. Graham
    Melissa Antoinette Morris
    Michael David Keys
    Tiffany L. Nocon
Attorneys for Intervenors Hospitality House, Coalition on Homelessness, and Faithful Fools