UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>     Plaintiffs,<br><br> v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>     Defendant. | Case No. 4:20-cv-03033-JST<br><br>**NOTICE OF APPEARANCE OF LAURA M. WILSON-YOUNGBLOOD** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that Laura M. Wilson-Youngblood, Associate General Counsel at Hastings College of the Law, 200 McAllister Street, San Francisco, CA 94102, telephone (415) 565-4851, e-mail wilsonyoungbloodl@uchastings.edu, hereby enters her appearance as counsel for Plaintiff Hastings College of the Law in this action. She is admitted to the State Bar of California and to the Northern District of California. The undersigned respectfully requests to be included via e-mail on the Court's notification of all electronic filings in this action.

1  Dated: July 27, 2020

2
3                                            Respectfully submitted,
4
5                                            By: */s/ Laura M. Wilson-Youngblood*
6                                                Laura M. Wilson-Youngblood
7                                                California State Bar Number 330892

8
9
10
11
12
13
14                                  _____
15
16
17
18
19
20
21
22
23
24
25
26
27
28