1  Lauren Hansen (CA BAR NO. 268417)
   Melissa A. Morris (CA BAR NO. 233393)
2  PUBLIC INTEREST LAW PROJECT
   449 15th St., Suite 301
3  Oakland, CA 94612-06001
   Tel: (510) 891-9794
4  Fax: (510) 891-9727
5  Email: lhansen@pilpca.org

6  ATTORNEYS FOR PLAINTIFFS/INTERVENORS
   HOSPITALITY HOUSE; COALITION ON
7  HOMELESSNESS; AND FAITHFUL FOOLS

8
   Lili V. Graham (CA BAR NO. 284264)           Michael David Keys
9  Tiffany L. Nocon (CA BAR NO. 301547)          (CA BAR NO. 133815)
   DISABILITY RIGHTS CALIFORNIA                  Jessica Berger (CA BAR NO. 319114)
10 350 S Bixel Street, Ste 290                   BAY AREA LEGAL AID
   Los Angeles, CA 90017-1418                    1800 Market Street, 3rd Floor
11 Tel: (213) 213-8000                           San Francisco, CA 94102
   Fax: (213) 213-8001                           Tel: (415) 982-1300
12 Email: Lili.Graham@disabilityrightsca.org     Fax: (415) 982-4243
13                                               Email: mkeys@baylegal.org
   ATTORNEYS FOR PLAINTIFFS/INTERVENORS
14 HOSPITALITY HOUSE; COALITION ON               ATTORNEYS FOR
   HOMELESSNESS; AND FAITHFUL FOOLS              PLAINTIFFS/INTERVENORS
15                                               COALITION ON HOMELESSNESS

16

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>            Plaintiffs,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>            Defendant. | Case No. 4:20-cv-3033-JST<br><br>**PLAINTIFFS/INTERVENORS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Place: Courtroom 6, Second Floor<br>Judge: Hon. Jon S. Tigar<br><br>Complaint Filed: May 4, 2020<br>Trial Date: None Set |

---

*Hastings College of the Law v. City and County of San Francisco;* **Case No. 4:20-cv-3033-JST**
**PLAINTIFFS/INTERVENORS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
2  named parties, Plaintiffs/Intervenors' counsel know of no other person having a financial or
3  other interest in this matter.

5  DATED:  July 28, 2020            Respectfully submitted,

6                      PUBLIC INTEREST LAW PROJECT
                       DISABILITY RIGHTS CALIFORNIA
7                      BAY AREA LEGAL AID

9              By:  _____
                       LAUREN HANSEN
10                     Attorneys for Plaintiffs/Intervenors

---

*Hastings College of the Law v. City and County of San Francisco;* **Case No. 4:20-cv-3033-JST**
**PLAINTIFFS/INTERVENORS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1