Lauren Hansen (CA BAR NO. 268417)
Melissa A. Morris (CA BAR NO. 233393)
PUBLIC INTEREST LAW PROJECT
449 15th St., Suite 301
Oakland, CA 94612-06001
Tel: (510) 891-9794
Fax: (510) 891-9727
Email: lhansen@pilpca.org

ATTORNEYS FOR PLAINTIFFS/INTERVENORS
HOSPITALITY HOUSE; COALITION ON
HOMELESSNESS; AND FAITHFUL FOOLS

Lili V. Graham (CA BAR NO. 284264)
Tiffany L. Nocon (CA BAR NO. 301547)
DISABILITY RIGHTS CALIFORNIA
350 S Bixel Street, Ste 290
Los Angeles, CA 90017-1418
Tel: (213) 213-8000
Fax: (213) 213-8001
Email: Lili.Graham@disabilityrightsca.org

ATTORNEYS FOR PLAINTIFFS/INTERVENORS
HOSPITALITY HOUSE; COALITION ON
HOMELESSNESS; AND FAITHFUL FOOLS

Michael David Keys
(CA BAR NO. 133815)
Jessica Berger (CA BAR NO. 319114)
BAY AREA LEGAL AID
1800 Market Street, 3rd Floor
San Francisco, CA 94102
Tel: (415) 982-1300
Fax: (415) 982-4243
Email: mkeys@baylegal.org

ATTORNEYS FOR
PLAINTIFFS/INTERVENORS
COALITION ON HOMELESSNESS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>       Plaintiffs,<br><br>       v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>       Defendant. | **Case No. 4:20-cv-3033-JST**<br><br>**CERTIFICATE OF SERVICE**<br><br>Place: Courtroom 6, Second Floor<br>Judge: Hon. Jon S. Tigar<br><br>Complaint Filed: May 4, 2020<br>Trial Date: None Set |

*Hastings College of the Law v. City and County of San Francisco;* **Case No. 4:20-cv-3033-JST**
**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**
*Hastings College of the Law, et al. v. City and County of San Francisco*
U.S. District Court, Northern District of California
Case No. 4:20-cv-3033-JST

I, Noah Kirshbaum-Ray, certify/declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. My business address is 449 15th Street, Suite 301, Oakland, California 94612. My email address is: nkirshbaum-ray@pilpca.org.

On **July 28, 2020** I served a true copy of the following document:

- **AMENDED AND SUPPLEMENTAL COMPLAINT IN INTERVENTION FOR DECLARATORY AND INJUNCTIVE RELIEF**

I served the attached documents in the manner indicated below:

*See attached Service List*

**[X] BY E-MAIL TRANSMISSION** - I caused such document to be electronically transmitted to the offices of the addressee(s) listed above, using the above e-mail addresses, prior to 5:00 p.m. on the date specified above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed on July 28, 2020 at Oakland, California.

_____
NOAH KIRSHBAUM-RAY

**CERTIFICATE OF SERVICE**
*Hastings College of the Law, et al. v. City and County of San Francisco*
U.S. District Court, Northern District of California
Case No. 4:20-cv-3033-JST

**SERVICE LIST**

| | |
|---|---|
| John Karl DiPaolo<br>Laura M. Wilson-Youngblood<br>UC Hastings College of the Law<br>200 McAllister Street<br>San Francisco, CA 94102<br>Telephone: 202-407-5174<br>Email: dipaolojohn@uchastings.edu<br>wilsonyoungbloodl@uchastings.edu | *Attorneys for Plaintiffs Hastings College of the Law* |
| Michael Albert Kelly<br>Jade Smith-Williams<br>Matthew D. Davis<br>Walkup Melodia Kelly & Echeverria<br>650 California Street, 26th Floor<br>San Francisco, CA 94108-2702<br>Telephone: 415-981-7210<br>Emails: mkelly@walkuplawoffice.com<br>jsmithwilliams@walkuplawoffice.com<br>mdavis@walkuplawoffice.com | *Attorneys for All Plaintiffs* |
| Shanin Specter<br>Philip M. Pasquarello<br>KLINE & SPECTER, P.C.<br>1525 Locust Street<br>Philadelphia, PA 19102<br>Telephone: 215-772-1000<br>Emails: shanin.specter@klinespecter.com<br>philip.pasquarello@klinespecter.com | *Attorneys for All Plaintiffs* |
| Alan A. Greenberg<br>Wayne R. Gross<br>Deborah S. Mallgrave<br>GREENBERG GROSS LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017<br>Telephone: 213-334-7000<br>Emails: agreenberg@ggtriallaw.com<br>wgross@ggtriallaw.com<br>dmallgrave@ggtriallaw.com | *Attorneys for All Plaintiffs* |

| | |
|---|---|
| 1  Jeremy Michael Goldman<br>   Tara M. Steeley<br>2  Renee E. Rosenblit<br>   Ryan Christopher Stevens<br>3  San Francisco City Attorney's Office<br>   City Hall, #234, 1 Dr. Carlton B. Goodlett Pl.<br>4  San Francisco, CA 94102<br>   Telephone: 415-554-6762<br>5  Emails: jeremy.goldman@sfcityatty.org<br>   tara.steeley@sfcityatty.org<br>6  renee.rosenblit@sfcityatty.org<br>7  ryan.stevens@sfcityatty.org | *Attorneys for Defendant City and County of San Francisco* |