1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Deputy
3  JEREMY M. GOLDMAN, State Bar #218888
   TARA M. STEELEY, State Bar #231775
4  RENEÉ E. ROSENBLIT, State Bar #304983
   RYAN STEVENS, State Bar #306409
5  Deputy City Attorneys
   Fox Plaza
6  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
7  Telephone:     (415) 554-6762 [Goldman]
                  (415) 554-4655 [Steeley]
8                 (415) 554-3853 [Rosenblit]
                  (415) 554-3975 [Stevens]
9  Facsimile:     (415) 554-3837
   E-Mail:        jeremy.goldman@sfcityatty.org
10                tara.steeley@sfcityatty.org
                  renee.rosenblit@sfatty.org
11                ryan.stevens@sfcityatty.org

12 Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

13

14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16

17 HASTINGS COLLEGE OF THE LAW, a            Case No. 4:20-cv-3033 JST
   public trust and institution of higher education
   duly organized under the laws and the      **DECLARATION OF RYAN STEVENS IN**
18 Constitution of the State of California;    **SUPPORT OF ADMINISTRATIVE MOTION**
   FALLON VICTORIA, an individual; RENE       **TO RELATE CASES**
19 DENIS, an individual; TENDERLOIN
   MERCHANTS AND PROPERTY                     Trial Date:          Not Set
20 ASSOCIATION, a business association;
   RANDY HUGHES, an individual; and
21 KRISTEN VILLALOBOS, an individual,

22        Plaintiffs,

23        vs.

24 CITY AND COUNTY OF SAN
   FRANCISCO, a municipal entity,
25
          Defendant.
26

27

28

Declare of RS ISO Admin Motion to Relate Cases          1                    n:\lit\li2020\200917\01465831.docx
Case No. 4:20-cv-3033 JST

1    I, Ryan Stevens, declare as follows:

2    1.    I am a Deputy City Attorney for the City and County of San Francisco.  The facts set

3 forth in this declaration are stated on my own personal knowledge or, as specified, upon my

4 information and belief based on official acts and writings.

5    2.    Attached to this declaration as Exhibit A is a copy of the complaint *Daniel Giosso,*

6 *James Giosso, and Richard Giosso, Trustees of the Giosso Children's Trust; Mike O'Neill and Sons, a*

7 *California General Partnership,* 3:20-cv-04255-TSH.  Attached as Exhibit B is a copy of the

8 complaint *Erin Maher, Jason Reindorp, Nick Medina,Monica Calmer, South of Market Business*

9 *Association, 570 Jessie LLC, Sierrec LLC dba Montesacro Pinserie Romana, Megali Souvla Inc, dbd*

10 *Souvla, Design Like Whoa LLC v. City and County of San Francisco*, 4:20-cv-04771-KAW

11 ("*Maher*").

12    3.    I emailed Matthew Davis, counsel for the Plaintiffs in the *Hastings* action, to ask

13 whether Plaintiffs in that action would oppose relation of either action.  Mr. Davis responded that

14 Plaintiffs did not oppose relation of either action.

15    4.    I emailed counsel for the interveners to ask whether Intervenors would oppose relation

16 of either action.  Counsel for Intervenors, Tiffany Nocon, responded that they did not oppose relation

17 in either action.

18    5.    On July 10, 2020, I emailed counsel of record, Curtis Dowling, in the *Giosso* action to

19 ask whether Plaintiffs in that action would oppose relation, but as of the filing of this motion have not

20 received a response to that email.

21    6.    On July 24, 2020, I emailed counsel of record, Andrew Zacks, in the *Maher* action to

22 ask whether Plaintiffs in that action would oppose relation, but as of the filing of this motion have not

23 received a response to that email.

24    I declare under penalty of perjury under the laws of the State of California that the foregoing is

25 true and correct.  Executed on July 29, 2020 at San Francisco, California.

26

27                    */s/ Ryan Stevens*
                    RYAN STEVENS

28

Declare of RS ISO Admin Motion to Relate Cases          2          n:\lit\li2020\200917\01465831.docx
Case No. 4:20-cv-3033 JST