1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Deputy
3  JEREMY M. GOLDMAN, State Bar #218888
   TARA M. STEELEY, State Bar #231775
4  RENEÉ E. ROSENBLIT, State Bar #304983
   RYAN STEVENS, State Bar #306409
5  Deputy City Attorneys
   Fox Plaza
6  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
7  Telephone:    (415) 554-6762 [Goldman]
                 (415) 554-4655 [Steeley]
8                (415) 554-3853 [Rosenblit]
                 (415) 554-3975 [Stevens]
9  Facsimile:    (415) 554-3837
   E-Mail:       jeremy.goldman@sfcityatty.org
10               tara.steeley@sfcityatty.org
                 renee.rosenblit@sfatty.org
11               ryan.stevens@sfcityatty.org

12 Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>　　　Plaintiffs,<br><br>　　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>　　　Defendant. | Case No. 4:20-cv-3033 JST<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Trial Date:　　　Not Set |

On July 29, 2020 Defendant City and County of San Francisco filed an administrative motion to relate *Daniel Giosso, James Giosso, and Richard Giosso, Trustees of the Giosso Children's Trust; Mike O'Neill and Sons, a California General Partnership*, 3:20-cv-04255-TSH, ("*Giosso*"), filed on June 26, 2020, and *Erin Maher, Jason Reindorp, Nick Medina, Monica Calmer, South of Market Business Association, 570 Jessie LLC, Sierrec LLC dba Montesacro Pinserie Romana, Megali Souvla Inc, dbd Souvla, Design like Whoa LLC v. City and County of San Francisco*, 4:20-cv-04771-KAW, ("*Maher*"), filed on July 16, 2020 to the above captioned action.  As the judge assigned to the first filed action I find the later two actions to be related to this action.

Accordingly, it is ORDERED that *Daniel Giosso, James Giosso, and Richard Giosso, Trustees of the Giosso Children's Trust; Mike O'Neill and Sons, a California General Partnership*, 3:20-cv-04255-TSH, and  *Erin Maher, Jason Reindorp, Nick Medina, Monica Calmer, South of Market Business Association, 570 Jessie LLC, Sierrec LLC dba Montesacro Pinserie Romana, Megali Souvla Inc, dbd Souvla, Design like Whoa LLC v. City and County of San Francisco*, 4:20-cv-04771-KAW are reassigned to this court, and the clerk shall so notify the parties.

IT IS SO ORDERED

Dated: _____

HONORABLE JON S TIGAR
United States District Judge