**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California;<br>FALLON VICTORIA, an individual;<br>RENE DENIS, an individual;<br>TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association;<br>RANDY HUGHES, an individual; and<br>KRISTEN VILLALOBOS, an individual;<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>        Defendant. | Case No. 4:20-cv-03033-JST<br><br>**[PROPOSED] ORDER GRANTING MOTION OF PLAINTIFFS TO DISMISS AND/OR TO STRIKE PORTIONS OF INTERVENORS' AMENDED COMPLAINT**<br><br>Hon. Jon S. Tigar |

The Court, having considered the Motion of Plaintiffs HASTINGS COLLEGE OF THE LAW, FALLON VICTORIA, RENE DENIS, TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, RANDY HUGHES, AND KRISTEN VILLALOBOS (collectively, "Plaintiffs") to Dismiss and/or to Strike Portions of Intervenors' Amended Complaint (the "Motion"); the memorandum and other papers filed in support thereof; the opposition thereto filed by Intervenors HOSPITALITY HOUSE, the COALITION ON HOMELESSNESS, and FAITHFUL FOOLS (collectively, "Intervenors"); the pleadings and other papers of record in this action; the documents and other information of which this Court has taken judicial notice; and the argument of counsel at the hearing (if any) on this Motion, and good cause appearing therefor, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion is **GRANTED**.

2. To the extent that Intervenors' Amended and Supplemental Complaint in Intervention for Declaratory and Injunctive Relief (the "Amended Complaint") asserts claims for relief against Plaintiffs, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure those claims for relief are **DISMISSED** with prejudice.

3. Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Paragraphs 167-184 and Subparagraph b of the Request for Relief in Intervenors' Amended Complaint are **STRICKEN**.

**IT IS SO ORDERED**.

Dated:_____  _____
UNITED STATES DISTRICT JUDGE