MICHAEL A. KELLY, State Bar No. 71460
 MKelly@WalkupLawOffice.com
RICHARD H. SCHOENBERGER, State Bar No. 122190
 RSchoenberger@WalkupLawOffice.com
MATTHEW D. DAVIS, State Bar No. 141986
 MDavis@WalkupLawOffice.com
JADE SMITH-WILLIAMS, State Bar No. 318915
 JSmithWilliams@WalkupLawOffice.com
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street
San Francisco, CA 94108
Telephone: 415-889-2919
Facsimile: 415-391-6965

ALAN A. GREENBERG, State Bar No. 150827
 AGreenberg@GGTrialLaw.com
WAYNE R. GROSS, State Bar No. 138828
 WGross@GGTrialLaw.com
DEBORAH S. MALLGRAVE, State Bar No. 198603
 DMallgrave@GGTrialLaw.com
GREENBERG GROSS LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: 213-334-7000
Facsimile: 213-334-7001

_____
SHANIN SPECTER, Pennsylvania State Bar No. 40928
 shanin.specter@klinespecter.com
PHILIP M. PASQUARELLO,
 philip.pasquarello@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA 19102
Telephone: 215-772-1000


Attorneys for All Plaintiffs

JOHN K. DIPAOLO, State Bar No. 321942
 dipaolojohn@uchastings.edu
General Counsel
Secretary to the Board of Directors
Hastings College of the Law
200 McAllister Street
San Francisco, CA 94102
Telephone: 415-565-4787
Facsimile: 415-565-4825

Attorney for Plaintiff
HASTINGS COLLEGE OF THE LAW

---

JOINT CASE MANAGEMENT STATEMENT                                    Case No. 4:20-cv-03033-JST

DENNIS J. HERRERA, State Bar No. 139669
City Attorney
MEREDITH B. OSBORN, State Bar No. 250467
Chief Trial Deputy
JEREMY M. GOLDMAN, State Bar No. 218888
  Jeremy.Goldman@sfcityatty.org
TARA M. STEELEY, State Bar No. 231775
  Tara.Steeley@sfcityatty.org
RYAN STEVENS, State Bar No. 306409
  Ryan.Stevens@sfcityatty.org
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102-5408
Telephone: 415-554-3975
Facsimile: 415-554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO


Lauren Hansen (CA BAR NO. 268417)
Melissa A. Morris (CA BAR NO. 233393)
PUBLIC INTEREST LAW PROJECT
449 15th St., Suite 301
Oakland, CA 94612-06001
Tel: (510) 891-9794
Fax: (510) 891-9727
Email: lhansen@pilpca.org
ATTORNEYS FOR INTERVENORS
HOSPITALITY HOUSE; COALITION ON HOMELESSNESS; AND FAITHFUL FOOLS

Lili V. Graham (CA BAR NO. 284264)
Tiffany L. Nocon (CA BAR NO. 301547)
DISABILITY RIGHTS CALIFORNIA
350 S Bixel Street, Ste 290
Los Angeles, CA 90017-1418
Tel: (213) 213-8000
Fax: (213) 213-8001
Email: Lili.Graham@disabilityrightsca.org
ATTORNEYS FOR INTERVENORS
HOSPITALITY HOUSE; COALITION ON HOMELESSNESS; AND FAITHFUL FOOLS

Michael David Keys
(CA BAR NO. 133815)
Jessica Berger (CA BAR NO. 319114)
BAY AREA LEGAL AID
1800 Market Street, 3rd Floor
San Francisco, CA 94102
Tel: (415) 982-1300
Fax: (415) 982-4243
Email: mkeys@baylegal.org
ATTORNEYS FOR INTERVENORS COALITION ON HOMELESSNESS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California;<br>FALLON VICTORIA, an individual;<br>RENE DENIS, an individual;<br>TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association;<br>RANDY HUGHES, an individual; and<br>KRISTEN VILLALOBOS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>Defendant. | Case No. 4:20-cv-03033-JST<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

The parties submit this Joint Case Management Statement for the Case Management Conference Statement scheduled for 10:00 a.m. on Wednesday, August 26, 2020.

**Plaintiffs' position**:

Plaintiffs agree with the City and the Intervenors that it would be appropriate to reschedule the CMC until such time as the City has completed its consideration of the stipulated injunction.

**The City's Position:**

This case is stayed pursuant to an order of this court while awaiting Board of Supervisors approval of the Stipulated Injunction. On August 18, 2020, Board of Supervisors passed the Ordinance approving the Stipulated Injunction on the Board's first reading. The Board of Supervisors is scheduled to consider the Ordinance again on August 25, 2020. If the Board approves the Ordinance at that time, the Ordinance will go to the Mayor for her signature. Given that the Board is still considering the Stipulated Injunction, the City requests that the Court continue the CMC until after September 15, 2020, by which time the parties expect that the Board and Mayor will have completed their consideration of the Stipulated Injunction.

In the meantime, the City continues to execute its obligations under the Injunction. As of July 10, 2020, the City had fulfilled its obligation of reducing the tent count by 70%. Since June 10, 2020 the City offered alternative sleeping options to 546 people within the Tenderloin. 472 people were relocated to hotels, 81 to safe sleeping sites, and 10 were placed in shelters. In doing so, the City has accommodated persons with disabilities who were unsheltered in the Tenderloin.

The City has received a Settlement Proposal from the Intervenors and is preparing a response. While the City disagrees with many of the factual assertions in the Intervenors' statement below, the City agrees that continuing the CMC to a later date will provide Intervenors and the City an opportunity to meet and confer regarding these outstanding issues, and to hopefully resolve Intervenors' claims.

**The Intervenors' Position:**

Intervenors stipulate to continuing the CMC to a later date to allow for the Board of Supervisors to vote on the Stipulated Injunction and to allow for Intervenors and Defendant City and County of San Francisco (hereinafter "the City") to try to resolve all of Intervenors' outstanding claims.

On August 14, 2020, Intervenors sent a Settlement Proposal to the City in an attempt to reach an agreement on all outstanding issues. Intervenors are waiting for the City's response.

Per the Stipulated Injunction, "After July 20, 2020, the City will make all reasonable efforts to achieve the shared goal of permanently reducing the number of tents, along with all other encamping materials and related personal property, to zero." Injunction at 7:22-25. Currently, it is unclear what the City's plan is for persons placed in hotels or Safe Sleeping Sites/Villages at the conclusion of this litigation or how it will reduce the number of tents in the Tenderloin to zero.

In its implementation of the agreement, the City required many unsheltered individuals to surrender their property that exceeded the City's two bag limit to receive a placement. Many unsheltered individuals had to forego their tents, survival gear, and other essential items. As a result, people experiencing homelessness have fewer possessions and necessary items to survive on the street

than they had before the City removing them from the street and placing them into hotels or Safe Sleeping Sites/Villages. The City must have a plan to avoid leaving persons in a worse position than they were before the City took action to remove unsheltered individuals from the streets.

To comply with the agreement, the City also has increased efforts to move additional people into congregate shelters, which is not currently recommended by the Centers for Disease Control. Intervenors' hope to reach an agreement to ensure that these placements are safe. There are other outstanding issues related to property confiscation, coordinated entry, and safe and adequate conditions in the City's current placements, particularly those in Safe Sleeping Sites and congregate shelter.

Continuing the CMC to a later date will provide Intervenors and the City an opportunity to meet and confer regarding these outstanding issues, and to hopefully settle Intervenors' claims.

| | |
|---|---|
| Dated: August 19, 2020 | By: /S/ Matthew D. Davis<br>Michael A. Kelly<br>Richard H. Schoenberger<br>Matthew D. Davis<br>Jade Smith-Williams<br>John K. DiPaolo<br>Alan A. Greenberg<br>Wayne R. Gross<br>Deborah S. Mallgrave<br>Shanin Spector<br>Philip M. Pasquarello<br>Attorneys for Plaintiffs HASTINGS COLLEGE OF THE LAW; FALLON VICTORIA; RENE DENIS; TENDERLOIN MERCHANTS AND BUSINESS OWNERS ASSOCIATION; RANDY HUGHES; and KRISTEN VILLALOBOS |
| | OFFICE OF THE CITY ATTORNEY |
| Dated: August 19, 2020 | By: /S/ Ryan Stevens<br>Dennis J. Herrera<br>Meredith B. Osborn<br>Jeremy M. Goldman<br>Tara M. Steeley<br>Ryan Stevens<br>Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO |
| Dated: August 19, 2020 | By: /S/ Lauren Elizabeth Hansen<br>Jessica Berger<br>Lili V. Graham<br>Melissa Antoinette Morris<br>Michael David Keys<br>Tiffany L. Nocon<br>Attorneys for Intervenors Hospitality House, Coalition on Homelessness, and Faithful Fools |