Lauren Hansen (CA BAR NO. 268417)
Melissa A. Morris (CA BAR NO. 233393)
PUBLIC INTEREST LAW PROJECT
449 15th St., Suite 301
Oakland, CA 94612-06001
Tel: (510) 891-9794
Fax: (510) 891-9727
Email: lhansen@pilpca.org

ATTORNEYS FOR PLAINTIFFS/INTERVENORS
HOSPITALITY HOUSE; COALITION ON
HOMELESSNESS; AND FAITHFUL FOOLS

Lili V. Graham (CA BAR NO. 284264)
Tiffany L. Nocon (CA BAR NO. 301547)
DISABILITY RIGHTS CALIFORNIA
350 S Bixel Street, Ste 290
Los Angeles, CA 90017-1418
Tel: (213) 213-8000
Fax: (213) 213-8001
Email: Lili.Graham@disabilityrightsca.org

ATTORNEYS FOR PLAINTIFFS/INTERVENORS
HOSPITALITY HOUSE; COALITION ON
HOMELESSNESS; AND FAITHFUL FOOLS

Michael David Keys
(CA BAR NO. 133815)
Jessica Berger (CA BAR NO. 319114)
BAY AREA LEGAL AID
1800 Market Street, 3rd Floor
San Francisco, CA 94102
Tel: (415) 982-1300
Fax: (415) 982-4243
Email: mkeys@baylegal.org

ATTORNEYS FOR
PLAINTIFFS/INTERVENORS
COALITION ON HOMELESSNESS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, <br><br> Defendant. | **Case No. 4:20-cv-3033-JST** <br><br> **STIPULATION TO EXTEND TIME FOR BRIEFING AND TO TAKE MOTION OFF CALENDAR** <br><br> Place: Courtroom 6, Second Floor <br> Judge: Hon. Jon S. Tigar <br><br> Complaint Filed: May 4, 2020 <br> Trial Date: None Set |

Intervenors HOSPITALITY HOUSE, COALITION ON HOMELESSNESS, and FAITHFUL FOOLS (collectively "Intervenors") and Plaintiffs HASTINGS COLLEGE OF THE LAW, FALLON VICTORIA, RENE DENIS, TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, RANDY HUGHES, and KRISTEN VILLALOBOS (collectively "Plaintiffs"), by and through their undersigned counsel in the above-captioned matter, stipulate as follows:

WHEREAS, this action was initiated on May 4, 2020, when Plaintiffs filed their Complaint (ECF No. 1);

WHEREAS on June 9, 2020, Intervenors filed their Motion for Intervention (ECF No. 43);

WHEREAS on June 30, 2020, the Court granted Intervenors' Motion for Intervention (ECF No. 69);

WHEREAS pursuant to the Court's Order, Intervenors filed their Complaint in Intervention on July 7, 2020 (ECF No. 74);

WHEREAS on July 28, 2020, Intervenors filed their Amended and Supplemental Complaint in Intervention (ECF No. 80);

WHEREAS on August 18, 2020, Plaintiffs filed a Motion to Dismiss and/or To Strike Portions of Intervenors' Amended Complaint (ECF No. 83);

WHEREAS there is a case management conference scheduled for August 26, 2020 at 9:30 a.m.;

WHEREAS on August 19, 2020, Plaintiffs, Defendants, and Intervenors filed a joint Case Management Statement with the Court requesting it to reschedule the Case Management Conference set for August 26, 2020, to allow the San Francisco Board of Supervisors to consider approval of the Stipulated Injunction (ECF No. 51);

WHEREAS counsel for Intervenors and Plaintiffs met and conferred and agreed that judicial economy and efficiency would be best served if they delay briefing on Plaintiffs' Motion

to Dismiss and/or To Strike Portions of Intervenors' Amended Complaint until after the next case management conference;

THEREFORE, IT IS HEREBY STIPULATED by Intervenors and Plaintiffs through their respective counsel as follows:

1. Plaintiffs' Motion to Dismiss and/or To Strike Portions of Intervenors' Amended Complaint will be taken off calendar;
2. If the Court continues the case management conference currently scheduled for August 26, 2020, counsel for Intervenors and Plaintiffs will meet and confer to establish a briefing schedule and new hearing date for Plaintiffs' Motion to Dismiss and/or To Strike Portions of Intervenors' Amended Complaint.

**IT IS SO STIPULATED.**

DATED: August 21, 2020     PUBLIC INTEREST LAW PROJECT

_____/s/_____
LAUREN HANSEN
Attorneys for Intervenors

DATED: August 24, 2020     WALKUP, MELODIA, KELLY & SCHOENBERGER

_____/S/_____
MATTHEW D. DAVIS
Attorneys for Plaintiffs

---

*Hastings College of the Law v. City and County of San Francisco;* **Case No. 4:20-cv-3033-JST**
**SUPPLEMENTAL COMPLAINT IN INTERVENTION FOR DECLARATORY AND INJUCTIVE RELIEF**

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, Lauren Hansen, attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

**[PROPOSED] ORDER**

The Court having considered the Stipulation and [Proposed] Order to @, ORDERS as follows:

1. Plaintiffs' Motion to Dismiss and/or To Strike Portions of Intervenors' Amended Complaint will be taken off calendar;
2. If the Court continues the case management conference currently scheduled for August 26, 2020, counsel for Intervenors and Plaintiffs will meet and confer to establish a briefing schedule and new hearing date for Plaintiffs' Motion to Dismiss and/or To Strike Portions of Intervenors' Amended Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: _____

Hon. Jon S. Tigar
United States District Court Judge

---

*Hastings College of the Law v. City and County of San Francisco;* **Case No. 4:20-cv-3033-JST**
**SUPPLEMENTAL COMPLAINT IN INTERVENTION FOR DECLARATORY AND INJUCTIVE RELIEF**
**31**