DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
JEREMY M. GOLDMAN, State Bar #218888
TARA M. STEELEY, State Bar #231775
RENÉE E. ROSENBLIT, State Bar #304983
RYAN STEVENS, State Bar #306409
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:  (415) 554-6762 [Goldman]
            (415) 554-4655 [Steeley]
            (415) 554-3853 [Rosenblit]
            (415) 554-3975 [Stevens]
Facsimile:  (415) 554-3837
E-Mail:     jeremy.goldman@sfcityatty.org
            tara.steeley@sfcityatty.org
            renee.rosenblit@sfcityatty.org
            ryan.stevens@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>Defendant. | Case No. 4:20-cv-3033-JST<br><br>**DECLARATION OF RENEE E. ROSENBLIT IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Trial Date:          Not Set |

I, Renée E. Rosenblit, declare as follows:

1. I am a Deputy City Attorney for the City and County of San Francisco. The facts set forth in this declaration are stated on my own personal knowledge or, as specified, upon my information and belief based on official acts and writings.

2. Attached to this declaration as Exhibit A is a copy of the complaint *Patrina Harrison v. City and County of San Francisco*, 20-cv-05178 WHA, ("*Harrison*"), filed on July 23, 2020.

3. Deputy City Attorney Ryan Stevens emailed Matthew Davis, counsel for the Plaintiffs in the *Hastings* action, to ask whether Plaintiffs in that action would oppose relation of either action. Mr. Davis responded that Plaintiffs took no position on the motion to relate.

4. DCA Stevens emailed counsel for the interveners in the *Hastings* action to ask whether Intervenors would oppose this motion to relate. Counsel for Intervenors, Lauren Hansen, responded that they did not oppose the filing of this motion.

5. On August 10, 2020, I called pro per plaintiff Patrina Harrison, in the *Harrison* action, to ask whether she would oppose relation. She stated that she did not oppose the filing of the motion, but she likely opposes relation of the cases. I informed her that I would send her the motion prior to filing.

6. On August 21, 2020, I emailed Ms. Harrison a copy of this administrative motion to relate and asked whether she opposed the motion. As of the filing of this motion, I have not received a response to that email.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 24, 2020 at Oakland, California.

                                                  */s/ Renee E. Rosenblit*
                                                  RENÉE E. ROSENBLIT

**PROOF OF SERVICE**

I, ANNAMARIE DAVIS, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On August 24, 2020, I served the following document(s):

**DECLARATION OF RENEE E. ROSENBLIT IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES**

on the following persons at the locations specified:

Michael A. Kelly, Esq.
Richard H. Schoenberger, Esq.
Matthew D. Davis, Esq.
Jade Smith-Williams, Esq.
Walkup, Melodia, Kelly & Schoenberger
650 California Street
San Francisco, CA 94108
*mkelly@walkuplawoffice.com*
*rschoenberger@walkuplawoffice.com*
*mdavis@walkuplawoffice.com*
*jsmithwilliams@walkuplawoffice.com*

Attorneys for All Plaintiffs

(415) 889-2919 (Telephone)
(415) 391-6965 (Facsimile)

Alan A. Greenberg, Esq.
Wayne R. Gross, Esq.
Deborah S. Mallgrave, Esq.
Greenberg Gross LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
*agreenberg@GGTrialLaw.com*
*wgross@GGTrialLaw.com*
*dmallgrave@GGTrialLaw.com*

Attorneys for All Plaintiffs

(213) 334-7000 (Telephone)
(213) 334-7001 (Facsimile)

John K. Dipaolo, Esq.
General Counsel
Secretary to the Board of Directors
Hastings College of the Law
200 McAllister Street
San Francisco, CA 94102
*dipaolojohn@uchastings.edu*

Attorneys for Plaintiff
Hastings College Of The Law

(415) 565-4787 (Telephone)
(415) 565-4825 (Facsimile)

Lauren Hansen, Esq.
Melissa A. Morris, Esq.
Public Interest Law Project
449 15th Street, Suite 301
Oakland, CA 94612-06001
*lhansen@pilpca.org*

Attorneys for Intervenors Hospitality House; Coalition on Homelessness; and Faithful Fools

(510) 891-9794 (Telephone)
(510) 891-9727 (Facsimile)

Lili V. Graham, Esq.
Tiffany L. Nocon, Esq.
Disability Rights California
350 S. Bixel Street, Suite 290
Los Angeles, CA 90017-1418
*lili.graham@disabilityrightsca.org*

(213) 213-8000 (Telephone)
(213) 213-8001 (Facsimile)

Patrina Harrison
650 Eddy Street, No. 207
San Francisco, CA 94109
*harrisonempa@gmail.com*

Plaintiff in Pro Per

(415) 567-8182 (Telephone)
(415) 567-8182 (Facsimile)

| | |
|---|---|
| Shanin Specter, Esq.<br>Philip M. Pasquarello, Esq.<br>Kline & Specter, P.C.<br>1525 Locust Street<br>Philadelphia, PA 19102<br>*Shanin.specter@klinespecter.com*<br>*Philip.pasquarello@klinespecter.com*<br><br>Attorneys for All Plaintiffs<br><br>(215) 772-1000 (Telephone) | Michael David Keys, Esq.<br>Jessica Berger, Esq.<br>Bay Area Legal Aid<br>1800 Market Street, 3rd Floor<br>San Francisco, CA 94102<br>*mkeys@baylegal.org*<br><br>Attorneys for Intervenors<br>Coalition on Homelessness<br><br>(415) 982-1300 (Telephone)<br>(415) 982-4243 (Facsimile) |

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed August 24, 2020, at San Francisco, California.

_____
ANNAMARIE DAVIS