DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
JEREMY M. GOLDMAN, State Bar #218888
TARA M. STEELEY, State Bar #231775
RENEÉ E. ROSENBLIT, State Bar #304983
RYAN STEVENS, State Bar #306409
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-6762 [Goldman]
               (415) 554-4655 [Steeley]
               (415) 554-3853 [Rosenblit]
               (415) 554-3975 [Stevens]
Facsimile:     (415) 554-3837
E-Mail:        jeremy.goldman@sfcityatty.org
               tara.steeley@sfcityatty.org
               renee.rosenblit@sfatty.org
               ryan.stevens@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>    Defendant. | Case No. 4:20-cv-3033 JST<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Trial Date:    Not Set |

1  On August 24, 2020, Defendant City and County of San Francisco filed an administrative
2  motion to relate *Patrina Harrison v. City and County of San Francisco*, 20-cv-05178 WHA,
3  ("*Harrison*"), filed on July 23, 2020, to the above captioned action. As the judge assigned to the first
4  filed action, I find the later action to be related to this action.
5  Accordingly, it is ORDERED that *Patrina Harrison v. City and County of San Francisco*, 20-
6  cv-05178 WHA is reassigned to this Court, and the clerk shall so notify the parties.
7  IT IS SO ORDERED

Dated: _____

HONORABLE JON S. TIGAR
United States District Judge

# PROOF OF SERVICE

I, ANNAMARIE DAVIS, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On August 24, 2020, I served the following document(s):

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**

on the following persons at the locations specified:

| | |
|---|---|
| Michael A. Kelly, Esq.<br>Richard H. Schoenberger, Esq.<br>Matthew D. Davis, Esq.<br>Jade Smith-Williams, Esq.<br>Walkup, Melodia, Kelly & Schoenberger<br>650 California Street<br>San Francisco, CA 94108<br>*mkelly@walkuplawoffice.com*<br>*rschoenberger@walkuplawoffice.com*<br>*mdavis@walkuplawoffice.com*<br>*jsmithwilliams@walkuplawoffice.com*<br><br>Attorneys for All Plaintiffs<br><br>(415) 889-2919 (Telephone)<br>(415) 391-6965 (Facsimile) | Alan A. Greenberg, Esq.<br>Wayne R. Gross, Esq.<br>Deborah S. Mallgrave, Esq.<br>Greenberg Gross LLP<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA 90017<br>*agreenberg@GGTrialLaw.com*<br>*wgross@GGTrialLaw.com*<br>*dmallgrave@GGTrialLaw.com*<br><br>Attorneys for All Plaintiffs<br><br>(213) 334-7000 (Telephone)<br>(213) 334-7001 (Facsimile) |
| John K. Dipaolo, Esq.<br>General Counsel<br>Secretary to the Board of Directors<br>Hastings College of the Law<br>200 McAllister Street<br>San Francisco, CA 94102<br>*dipaolojohn@uchastings.edu*<br><br>Attorneys for Plaintiff<br>Hastings College Of The Law<br><br>(415) 565-4787 (Telephone)<br>(415) 565-4825 (Facsimile) | Lauren Hansen, Esq.<br>Melissa A. Morris, Esq.<br>Public Interest Law Project<br>449 15th Street, Suite 301<br>Oakland, CA 94612-06001<br>*lhansen@pilpca.org*<br><br>Attorneys for Intervenors Hospitality House;<br>Coalition on Homelessness; and Faithful Fools<br><br>(510) 891-9794 (Telephone)<br>(510) 891-9727 (Facsimile) |
| Lili V. Graham, Esq.<br>Tiffany L. Nocon, Esq.<br>Disability Rights California<br>350 S. Bixel Street, Suite 290<br>Los Angeles, CA 90017-1418<br>*lili.graham@disabilityrightsca.org*<br><br>(213) 213-8000 (Telephone)<br>(213) 213-8001 (Facsimile) | Patrina Harrison<br>650 Eddy Street, No. 207<br>San Francisco, CA 94109<br>*harrisonempa@gmail.com*<br><br>Plaintiff in Pro Per<br><br>(415) 567-8182 (Telephone)<br>(415) 567-8182 (Facsimile) |

|  |  |
|---|---|
| Shanin Specter, Esq.<br>Philip M. Pasquarello, Esq.<br>Kline & Specter, P.C.<br>1525 Locust Street<br>Philadelphia, PA 19102<br>*Shanin.specter@klinespecter.com*<br>*Philip.pasquarello@klinespecter.com*<br><br>Attorneys for All Plaintiffs<br><br>(215) 772-1000 (Telephone) | Michael David Keys, Esq.<br>Jessica Berger, Esq.<br>Bay Area Legal Aid<br>1800 Market Street, 3rd Floor<br>San Francisco, CA 94102<br>*mkeys@baylegal.org*<br><br>Attorneys for Intervenors<br>Coalition on Homelessness<br><br>(415) 982-1300 (Telephone)<br>(415) 982-4243 (Facsimile) |

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed August 24, 2020, at San Francisco, California.

_____
ANNAMARIE DAVIS