1  Lauren Hansen (CA BAR NO. 268417)
   Melissa A. Morris (CA BAR NO. 233393)
2  PUBLIC INTEREST LAW PROJECT
   449 15th St., Suite 301
3  Oakland, CA 94612-06001
   Tel: (510) 891-9794
4  Fax: (510) 891-9727
   Email: lhansen@pilpca.org
5

6  ATTORNEYS FOR PLAINTIFFS/INTERVENORS
   HOSPITALITY HOUSE; COALITION ON
7  HOMELESSNESS; AND FAITHFUL FOOLS

8  Lili V. Graham (CA BAR NO. 284264)          Michael David Keys
   Tiffany L. Nocon (CA BAR NO. 301547)        (CA BAR NO. 133815)
9  DISABILITY RIGHTS CALIFORNIA               Jessica Berger (CA BAR NO. 319114)
10 350 S Bixel Street, Ste 290                BAY AREA LEGAL AID
   Los Angeles, CA 90017-1418                 1800 Market Street, 3rd Floor
11 Tel: (213) 213-8000                        San Francisco, CA 94102
   Fax: (213) 213-8001                        Tel: (415) 982-1300
12 Email: Lili.Graham@disabilityrightsca.org  Fax: (415) 982-4243
                                              Email: mkeys@baylegal.org
13 ATTORNEYS FOR PLAINTIFFS/INTERVENORS
   HOSPITALITY HOUSE; COALITION ON            ATTORNEYS FOR
14 HOMELESSNESS; AND FAITHFUL FOOLS           PLAINTIFFS/INTERVENORS
                                              COALITION ON HOMELESSNESS
15

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>Defendant. | **Case No. 4:20-cv-3033-JST**<br><br>**STIPULATION TO EXTEND TIME FOR BRIEFING AND TO TAKE MOTION OFF CALENDAR**<br><br>Place: Courtroom 6, Second Floor<br>Judge: Hon. Jon S. Tigar<br><br>Complaint Filed: May 4, 2020<br>Trial Date: None Set |

1  Intervenors HOSPITALITY HOUSE, COALITION ON HOMELESSNESS, and
2  FAITHFUL FOOLS (collectively "Intervenors") and Plaintiffs HASTINGS COLLEGE OF THE
3  LAW, FALLON VICTORIA, RENE DENIS, TENDERLOIN MERCHANTS AND
4  PROPERTY ASSOCIATION, RANDY HUGHES, and KRISTEN VILLALOBOS (collectively
5  "Plaintiffs"), by and through their undersigned counsel in the above-captioned matter, stipulate
6  as follows:
7  WHEREAS, this action was initiated on May 4, 2020, when Plaintiffs filed their
8  Complaint (ECF No. 1);
9  WHEREAS on June 9, 2020, Intervenors filed their Motion for Intervention (ECF No.
10 43);
11 WHEREAS on June 30, 2020, the Court granted Intervenors' Motion for Intervention
12 (ECF No. 69);
13 WHEREAS pursuant to the Court's Order, Intervenors filed their Complaint in
14 Intervention on July 7, 2020 (ECF No. 74);
15 WHEREAS on July 28, 2020, Intervenors filed their Amended and Supplemental
16 Complaint in Intervention (ECF No. 80);
17 WHEREAS on August 18, 2020, Plaintiffs filed a Motion to Dismiss and/or To Strike
18 Portions of Intervenors' Amended Complaint (ECF No. 83);
19 WHEREAS there is a case management conference scheduled for August 26, 2020 at
20 9:30 a.m.;
21 WHEREAS on August 19, 2020, Plaintiffs, Defendants, and Intervenors filed a joint Case
22 Management Statement with the Court requesting it to reschedule the Case Management
23 Conference set for August 26, 2020, to allow the San Francisco Board of Supervisors to consider
24 approval of the Stipulated Injunction (ECF No. 51);
25 WHEREAS counsel for Intervenors and Plaintiffs met and conferred and agreed that
26 judicial economy and efficiency would be best served if they delay briefing on Plaintiffs' Motion
27
28

to Dismiss and/or To Strike Portions of Intervenors' Amended Complaint until after the next case management conference;

THEREFORE, IT IS HEREBY STIPULATED by Intervenors and Plaintiffs through their respective counsel as follows:

1. Plaintiffs' Motion to Dismiss and/or To Strike Portions of Intervenors' Amended Complaint will be taken off calendar;
2. If the Court continues the case management conference currently scheduled for August 26, 2020, counsel for Intervenors and Plaintiffs will meet and confer to establish a briefing schedule and new hearing date for Plaintiffs' Motion to Dismiss and/or To Strike Portions of Intervenors' Amended Complaint.

**IT IS SO STIPULATED.**

DATED: August 21, 2020          PUBLIC INTEREST LAW PROJECT

                                _____/s/_____
                                LAUREN HANSEN
                                Attorneys for Intervenors

DATED: August 24, 2020          WALKUP, MELODIA, KELLY & SCHOENBERGER

                                _____/S/_____
                                MATTHEW D. DAVIS
                                Attorneys for Plaintiffs

---

*Hastings College of the Law v. City and County of San Francisco;* **Case No. 4:20-cv-3033-JST**
**SUPPLEMENTAL COMPLAINT IN INTERVENTION FOR DECLARATORY AND INJUCTIVE RELIEF**
**31**

**[PROPOSED] ORDER**

The Court having considered the Stipulation, and having continued the case management conference to September 23, 2020, now ORDERS as follows:

1. Hearing on Plaintiffs' Motion to Dismiss and/or To Strike Portions of Intervenors' Amended Complaint will be rescheduled for November 18, 2020.
2. Responses to Plaintiffs' Motion to Dismiss and/or To Strike Portions of Intervenors' Amended Complaint will be due by October 23, 2020 and replies will be due by October 30, 2020.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: August 26, 2020

_____
Hon. Jon S. Tigar
United States District Judge