1  MICHAEL A. KELLY, State Bar No. 71460
   MKelly@WalkupLawOffice.com
2  RICHARD H. SCHOENBERGER, State Bar No. 122190
   RSchoenberger@WalkupLawOffice.com
3  MATTHEW D. DAVIS, State Bar No. 141986
   MDavis@WalkupLawOffice.com
4  JADE SMITH-WILLIAMS, State Bar No. 318915
   JSmithWilliams@WalkupLawOffice.com
5  WALKUP, MELODIA, KELLY & SCHOENBERGER
   650 California Street
6  San Francisco, CA  94108
   Telephone:  415-889-2919
7  Facsimile:  415-391-6965

8  ALAN A. GREENBERG, State Bar No. 150827
   AGreenberg@GGTrialLaw.com
9  WAYNE R. GROSS, State Bar No. 138828
   WGross@GGTrialLaw.com
10 DEBORAH S. MALLGRAVE, State Bar No. 198603
   DMallgrave@GGTrialLaw.com
11 GREENBERG GROSS LLP
   601 South Figueroa Street, 30th Floor
12 Los Angeles, CA  90017
   Telephone:  213-334-7000
13 Facsimile:  213-334-7001

14 _____
   SHANIN SPECTER, Pennsylvania State Bar No. 40928
15   shanin.specter@klinespecter.com
   PHILIP M. PASQUARELLO
16   philip.pasquarello@klinespecter.com
   KLINE & SPECTER, P.C.
17 1525 Locust Street
   Philadelphia, PA 19102
18 Telephone: 215-772-1000
   Pro Hoc Vice
19

20 Attorneys for All Plaintiffs

21 JOHN K. DIPAOLO, State Bar No. 321942
    dipaolojohn@uchastings.edu
22 General Counsel
   Secretary to the Board of Directors
23 Hastings College of the Law
   200 McAllister Street
24 San Francisco, CA  94102
   Telephone:  415-565-4787
25 Facsimile:  415-565-4825

26 Attorney for Plaintiff
   HASTINGS COLLEGE OF THE LAW
27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>Defendant. | Case No. 4:20-cv-03033-JST<br><br>**PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JON S. TIGAR**<br><br>Trial Date:    (None set yet) |

Plaintiffs take no position on this matter involving the City and County of San Francisco's Administrative Motion to Consider whether cases should be related pursuant to Civil Local Rule 3-12. This Motion is for a court order finding that the case, Hastings College of Law, et al. v. City and County of San Francisco, et al. (case #4:20-cv-3033 JST) filed on May 4, 2020 and the later filed action of Patrina Harrison v. City and County of San Francisco, et al. (case #20-cv-05178 WHA) filed on July 23, 2020 should be related.

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION - CASE NO. 4:20-cv-03033-JST

| | |
|---|---|
| Dated:  August 28, 2020 | WALKUP, MELODIA, KELLY & SCHOENBERGER |

By: /s/ Matthew D. Davis
MICHAEL A. KELLY
RICHARD H. SCHOENBERGER
MATTHEW D. DAVIS
JADE SMITH-WILLIAMS
Attorneys for ALL PLAINTIFFS

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

3
PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION - CASE NO. 4:20-cv-03033-JST