1  MICHAEL A. KELLY, State Bar No. 71460
    MKelly@WalkupLawOffice.com
2  RICHARD H. SCHOENBERGER, State Bar No. 122190
    RSchoenberger@WalkupLawOffice.com
3  MATTHEW D. DAVIS, State Bar No. 141986
    MDavis@WalkupLawOffice.com
4  JADE SMITH-WILLIAMS, State Bar No. 318915
    JSmithWilliams@WalkupLawOffice.com
5  WALKUP, MELODIA, KELLY & SCHOENBERGER
   650 California Street
6  San Francisco, CA  94108
   Telephone:  415-889-2919
7  Facsimile:  415-391-6965

8  ALAN A. GREENBERG, State Bar No. 150827
    AGreenberg@GGTrialLaw.com
9  WAYNE R. GROSS, State Bar No. 138828
    WGross@GGTrialLaw.com
10 DEBORAH S. MALLGRAVE, State Bar No. 198603
    DMallgrave@GGTrialLaw.com
11 GREENBERG GROSS LLP
   601 South Figueroa Street, 30th Floor
12 Los Angeles, CA  90017
   Telephone:  213-334-7000
13 Facsimile:  213-334-7001

14 _____
   SHANIN SPECTER, Pennsylvania State Bar No. 40928
15   shanin.specter@klinespecter.com
   PHILIP M. PASQUARELLO
16   philip.pasquarello@klinespecter.com
   KLINE & SPECTER, P.C.
17 1525 Locust Street
   Philadelphia, PA 19102
18 Telephone: 215-772-1000
   Pro Hoc Vice
19

20 Attorneys for All Plaintiffs

21 JOHN K. DIPAOLO, State Bar No. 321942
    dipaolojohn@uchastings.edu
22 General Counsel
   Secretary to the Board of Directors
23 Hastings College of the Law
   200 McAllister Street
24 San Francisco, CA  94102
   Telephone:  415-565-4787
25 Facsimile:  415-565-4825

26 Attorney for Plaintiff
   HASTINGS COLLEGE OF THE LAW
27

28

1
NOTICE OF DISMISSAL SUBJECT TO CONTINUING JURISDICTION - CASE NO. 4:20-cv-03033-JST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>                Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>                Defendant. | Case No. 4:20-cv-03033-JST<br><br>**NOTICE OF DISMISSAL SUBJECT TO CONTINUING JURISDICTION**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JON S. TIGAR**<br><br>Trial Date:     (None set yet) |

///

///

///

///

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

Pursuant to the terms of the stipulated injunction and Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties request that the case be dismissed and administratively closed while the Court retains continuing jurisdiction to enforce the terms of the stipulated injunction.

Dated:  September 15, 2020         WALKUP, MELODIA, KELLY & SCHOENBERGER

By:     /S/ Matthew D. Davis
         MICHAEL A. KELLY
         RICHARD H. SCHOENBERGER
         MATTHEW D. DAVIS
         JADE SMITH-WILLIAMS
         Attorneys for ALL PLAINTIFFS

Dated:  September 15, 2020         OFFICE OF THE CITY ATTORNEY

By:        /S/ Ryan Stevens
         Dennis J. Herrera
         Meredith B. Osborn
         Jeremy M. Goldman
         Tara M. Steeley
         Ryan Stevens
         Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

3
NOTICE OF DISMISSAL SUBJECT TO CONTINUING JURISDICTION - CASE NO. 4:20-cv-03033-JST