1    MICHAEL A. KELLY, State Bar No. 71460
      MKelly@WalkupLawOffice.com
2    RICHARD H. SCHOENBERGER, State Bar No. 122190
      RSchoenberger@WalkupLawOffice.com
3    MATTHEW D. DAVIS, State Bar No. 141986
      MDavis@WalkupLawOffice.com
4    JADE SMITH-WILLIAMS, State Bar No. 318915
      JSmithWilliams@WalkupLawOffice.com
5    WALKUP, MELODIA, KELLY & SCHOENBERGER
     650 California Street
6    San Francisco, CA 94108
     Telephone: 415-889-2919
7    Facsimile: 415-391-6965

8    ALAN A. GREENBERG, State Bar No. 150827
      AGreenberg@GGTrialLaw.com
9    WAYNE R. GROSS, State Bar No. 138828
      WGross@GGTrialLaw.com
10   DEBORAH S. MALLGRAVE, State Bar No. 198603
      DMallgrave@GGTrialLaw.com
11   GREENBERG GROSS LLP
     601 South Figueroa Street, 30th Floor
12   Los Angeles, CA 90017
     Telephone: 213-334-7000
13   Facsimile: 213-334-7001

14   _____
     SHANIN SPECTER, Pennsylvania State Bar No. 40928
15    shanin.specter@klinespecter.com
     PHILIP M. PASQUARELLO,
16    philip.pasquarello@klinespecter.com
     KLINE & SPECTER, P.C.
17   1525 Locust Street
     Philadelphia, PA 19102
18   Telephone: 215-772-1000

19
     Attorneys for All Plaintiffs
20
     JOHN K. DIPAOLO, State Bar No. 321942
21    dipaolojohn@uchastings.edu
     General Counsel
22   Secretary to the Board of Directors
     Hastings College of the Law
23   200 McAllister Street
     San Francisco, CA 94102
24   Telephone: 415-565-4787
     Facsimile: 415-565-4825
25
     Attorney for Plaintiff
26   HASTINGS COLLEGE OF THE LAW

27

28

JOINT CASE MANAGEMENT STATEMENT                    Case No. 4:20-cv-03033-JST

DENNIS J. HERRERA, State Bar No. 139669
City Attorney
MEREDITH B. OSBORN, State Bar No. 250467
Chief Trial Deputy
JEREMY M. GOLDMAN, State Bar No. 218888
 Jeremy.Goldman@sfcityatty.org
TARA M. STEELEY, State Bar No. 231775
 Tara.Steeley@sfcityatty.org
RYAN STEVENS, State Bar No. 306409
 Ryan.Stevens@sfcityatty.org
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102-5408
Telephone: 415-554-3975
Facsimile: 415-554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO


Lauren Hansen (CA BAR NO. 268417)
Melissa A. Morris (CA BAR NO. 233393)
PUBLIC INTEREST LAW PROJECT
449 15th St., Suite 301
Oakland, CA 94612-06001
Tel: (510) 891-9794
Fax: (510) 891-9727
Email: lhansen@pilpca.org
ATTORNEYS FOR INTERVENORS
HOSPITALITY HOUSE; COALITION ON HOMELESSNESS; AND FAITHFUL FOOLS

Lili V. Graham (CA BAR NO. 284264)
Tiffany L. Nocon (CA BAR NO. 301547)
DISABILITY RIGHTS CALIFORNIA
350 S Bixel Street, Ste 290
Los Angeles, CA 90017-1418
Tel: (213) 213-8000
Fax: (213) 213-8001
Email: Lili.Graham@disabilityrightsca.org
ATTORNEYS FOR INTERVENORS
HOSPITALITY HOUSE; COALITION ON HOMELESSNESS; AND FAITHFUL FOOLS

Michael David Keys
(CA BAR NO. 133815)
Jessica Berger (CA BAR NO. 319114)
BAY AREA LEGAL AID
1800 Market Street, 3rd Floor
San Francisco, CA 94102
Tel: (415) 982-1300
Fax: (415) 982-4243
Email: mkeys@baylegal.org
ATTORNEYS FOR INTERVENORS COALITION ON HOMELESSNESS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, <br><br> Defendant. | Case No. 4:20-cv-03033-JST <br><br> **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

The parties submit this Joint Case Management Statement for the Case Management Conference Statement scheduled for 10:00 a.m. on Wednesday, September 23, 2020.

**Plaintiffs' Position**:

Plaintiffs and the City have filed with the Court a request for a dismissal that states that the Court retains continuing jurisdiction to enforce the terms of the stipulated injunction.

**The City's Position:**

The Board of Supervisors approved the Stipulated Injunction on August 25, 2020. Pursuant to the terms of that Injunction, Plaintiffs and the City have filed a request for dismissal.

The City is discussing with Intervenors whether further litigation is necessary. Intervenors have agreed to suspend the City's deadline to respond to the amended complaint-in-intervention pending the parties' discussion of outstanding issues. To give Intervenors and the City additional time to meet and confer, the City requests that the Court continue the CMC until October 21, 2020 or sometime thereafter.

**Intervenors' Position:**

Intervenors agree to continuing the CMC to a later date to provide Intervenors and the City further opportunities to meet and confer regarding outstanding issues.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 16, 2020 | By:  /S/  Matthew D. Davis |
| | | Michael A. Kelly |
| 3 | | Richard H. Schoenberger |
| | | Matthew D. Davis |
| 4 | | Jade Smith-Williams |
| | | John K. DiPaolo |
| 5 | | Alan A. Greenberg |
| | | Wayne R. Gross |
| 6 | | Deborah S. Mallgrave |
| | | Shanin Spector |
| 7 | | Philip M. Pasquarello |
| | | Attorneys for Plaintiffs HASTINGS |
| 8 | | COLLEGE OF THE LAW; FALLON |
| | | VICTORIA; RENE DENIS; TENDERLOIN |
| 9 | | MERCHANTS AND BUSINESS OWNERS |
| | | ASSOCIATION; RANDY HUGHES; and |
| 10 | | KRISTEN VILLALOBOS |

OFFICE OF THE CITY ATTORNEY

Dated: September 16, 2020            By: /S/ Ryan Stevens
                                       Dennis J. Herrera
                                       Meredith B. Osborn
                                       Jeremy M. Goldman
                                       Tara M. Steeley
                                       Ryan Stevens
                                    Attorneys for Defendant CITY AND
                                    COUNTY OF SAN FRANCISCO

Dated: September 16, 2020            By: /S/ Lauren Elizabeth Hansen
                                       Jessica Berger
                                       Lili V. Graham
                                       Melissa Antoinette Morris
                                       Michael David Keys
                                       Tiffany L. Nocon
                                    Attorneys for Intervenors Hospitality House,
                                    Coalition on Homelessness, and Faithful Fools