UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. 20-cv-03033-JST <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Re: ECF No. 94 |

At the request of the parties, ECF No. 94, the case management conference currently scheduled for September 23, 2020, is continued to October 20, 2020. An updated joint case management statement is due October 13, 2020.

**IT IS SO ORDERED.**

Dated: September 17, 2020

_____
JON S. TIGAR
United States District Judge