DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
JEREMY M. GOLDMAN, State Bar #218888
TARA M. STEELEY, State Bar #231775
RENEÉ E. ROSENBLIT, State Bar #304983
RYAN STEVENS, State Bar #306409
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-6762 [Goldman]
 (415) 554-4655 [Steeley]
 (415) 554-3853 [Rosenblit]
 (415) 554-3975 [Stevens]
Facsimile: (415) 554-3837
E-Mail: jeremy.goldman@sfcityatty.org
 tara.steeley@sfcityatty.org
 renee.rosenblit@sfatty.org
 ryan.stevens@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>Defendant. | Case No. 4:20-cv-3033 JST<br><br>**DECLARATION OF RYAN STEVENS IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Trial Date: Not Set |

Declare of RS ISO Admin Motion to Relate Cases    1    n:\lit\li2020\200917\01465831.docx
Case No. 4:20-cv-3033 JST

I, Ryan Stevens, declare as follows:

1. I am a Deputy City Attorney for the City and County of San Francisco. The facts set forth in this declaration are stated on my own personal knowledge or, as specified, upon my information and belief based on official acts and writings.

2. Attached to this declaration as Exhibit A is a copy of the complaint *Daniel Giosso, James Giosso, and Richard Giosso, Trustees of the Giosso Children's Trust; Mike O'Neill and Sons, a California General Partnership,* 3:20-cv-04255-TSH. Attached as Exhibit B is a copy of the complaint *Erin Maher, Jason Reindorp, Nick Medina, Monica Calmer, South of Market Business Association, 570 Jessie LLC, Sierrec LLC dba Montesacro Pinserie Romana, Megali Souvla Inc, dbd Souvla, Design Like Whoa LLC v. City and County of San Francisco*, 4:20-cv-04771-KAW ("*Maher*").

3. I emailed Matthew Davis, counsel for the Plaintiffs in the *Hastings* action, to ask whether Plaintiffs in that action would oppose relation of either action. Mr. Davis responded that Plaintiffs did not oppose relation of either action.

4. I emailed counsel for the interveners to ask whether Intervenors would oppose relation of either action. Counsel for Intervenors, Tiffany Nocon, responded that they did not oppose relation in either action.

5. On July 10, 2020, I emailed counsel of record, Curtis Dowling, in the *Giosso* action to ask whether Plaintiffs in that action would oppose relation, but as of the filing of this motion have not received a response to that email.

6. On July 24, 2020, I emailed counsel of record, Andrew Zacks, in the *Maher* action to ask whether Plaintiffs in that action would oppose relation, but as of the filing of this motion have not received a response to that email.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 17, 2020 at San Francisco, California.

                                                            */s/ Ryan Stevens*
                                                        RYAN STEVENS

# PROOF OF SERVICE

I, ANNAMARIE DAVIS, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On September 17, 2020, I served the following document(s):

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**

on the following persons at the locations specified:

| | |
|---|---|
| Michael A. Kelly, Esq.<br>Richard H. Schoenberger, Esq.<br>Matthew D. Davis, Esq.<br>Jade Smith-Williams, Esq.<br>Walkup, Melodia, Kelly & Schoenberger<br>650 California Street<br>San Francisco, CA 94108<br>mkelly@walkuplawoffice.com<br>rschoenberger@walkuplawoffice.com<br>mdavis@walkuplawoffice.com<br>jsmithwilliams@walkuplawoffice.com<br><br>Attorneys for All Plaintiffs<br><br>(415) 889-2919 (Telephone)<br>(415) 391-6965 (Facsimile) | Alan A. Greenberg, Esq.<br>Wayne R. Gross, Esq.<br>Deborah S. Mallgrave, Esq.<br>Greenberg Gross LLP<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA 90017<br>agreenberg@GGTrialLaw.com<br>wgross@GGTrialLaw.com<br>dmallgrave@GGTrialLaw.com<br><br>Attorneys for All Plaintiffs<br><br>(213) 334-7000 (Telephone)<br>(213) 334-7001 (Facsimile) |
| John K. Dipaolo, Esq.<br>General Counsel<br>Secretary to the Board of Directors<br>Hastings College of the Law<br>200 McAllister Street<br>San Francisco, CA 94102<br>dipaolojohn@uchastings.edu<br><br>Attorneys for Plaintiff<br>Hastings College Of The Law<br><br>(415) 565-4787 (Telephone)<br>(415) 565-4825 (Facsimile) | Lauren Hansen, Esq.<br>Melissa A. Morris, Esq.<br>Public Interest Law Project<br>449 15th Street, Suite 301<br>Oakland, CA 94612-06001<br>lhansen@pilpca.org<br><br>Attorneys for Intervenors Hospitality House; Coalition on Homelessness; and Faithful Fools<br><br>(510) 891-9794 (Telephone)<br>(510) 891-9727 (Facsimile) |
| Lili V. Graham, Esq.<br>Tiffany L. Nocon, Esq.<br>Disability Rights California<br>350 S. Bixel Street, Suite 290<br>Los Angeles, CA 90017-1418<br>lili.graham@disabilityrightsca.org<br><br>(213) 213-8000 (Telephone)<br>(213) 213-8001 (Facsimile) | Patrina Harrison<br>650 Eddy Street, No. 207<br>San Francisco, CA 94109<br>harrisonempa@gmail.com<br><br>Plaintiff in Pro Per<br><br>(415) 567-8182 (Telephone)<br>(415) 567-8182 (Facsimile) |

| | |
|---|---|
| Shanin Specter, Esq.<br>Philip M. Pasquarello, Esq.<br>Kline & Specter, P.C.<br>1525 Locust Street<br>Philadelphia, PA 19102<br>*Shanin.specter@klinespecter.com*<br>*Philip.pasquarello@klinespecter.com*<br><br>Attorneys for All Plaintiffs<br><br>(215) 772-1000 (Telephone) | Michael David Keys, Esq.<br>Jessica Berger, Esq.<br>Bay Area Legal Aid<br>1800 Market Street, 3rd Floor<br>San Francisco, CA 94102<br>*mkeys@baylegal.org*<br><br>Attorneys for Intervenors<br>Coalition on Homelessness<br><br>(415) 982-1300 (Telephone)<br>(415) 982-4243 (Facsimile) |

Curtis F. Dowling, Esq.
Jak S. Marquez, Esq.
Dowling & Marquesz, LLP
625 Market Street, 4th Floor
San Francisco, CA  94105
*curtis@dowlingmarquez.com*

Attorneys for Plaintiff

(415) 977-0444 (Telephone)
(415) 977-0156 (Facsimile)

in the manner indicated below:

☒ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: annamarie.davis@sfcityatty.org in portable document format ("PDF") Adobe Acrobat.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed September 17, 2020, at San Francisco, California.

_____
ANNAMARIE DAVIS