DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
JEREMY M. GOLDMAN, State Bar #218888
TARA M. STEELEY, State Bar #231775
RENEÉ E. ROSENBLIT, State Bar #304983
RYAN STEVENS, State Bar #306409
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-6762 [Goldman]
              (415) 554-4655 [Steeley]
              (415) 554-3853 [Rosenblit]
              (415) 554-3975 [Stevens]
Facsimile:    (415) 554-3837
E-Mail:       jeremy.goldman@sfcityatty.org
              tara.steeley@sfcityatty.org
              renee.rosenblit@sfatty.org
              ryan.stevens@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, <br><br> Defendant. | Case No. 4:20-cv-3033 JST <br><br> **DECLARATION OF RENEE E. ROSENBLIT IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES** <br><br> Trial Date:            Not Set |

I, Renee E. Rosenblit, declare as follows:

1. I am a Deputy City Attorney for the City and County of San Francisco. The facts set forth in this declaration are stated on my own personal knowledge or, as specified, upon my information and belief based on official acts and writings.

2. On September 16, 2020, I emailed counsel of record for Plaintiffs and Intervenors, and informed them I would be refiling the motion to relate this action to *Daniel Giosso, James Giosso, and Richard Giosso, Trustees of the Giosso Children's Trust; Mike O'Neill and Sons, a California General Partnership*, 3:20-cv-04255-TSH, ("*Giosso*"), filed on June 26, 2020. I informed counsel that the City would restate their positions regarding relation articulated last time, unless they have a different position now. Counsel for Intervenors, Lauren Hansen, responded that Intervenors' position is the same. Counsel for Plaintiffs, Matt Davis, did not respond as of the time of this filing.

3. On September 16, 2020, I also emailed counsel of record, Curtis Dowling, in the *Giosso* action to ask whether Plaintiffs opposed relation. On September 17, 2020, Mr. Dowling responded that he does not oppose relation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 17, 2020 at San Francisco, California.

                                                  */s/ Renee E. Rosenblit*
                                                  RENEÉ E. ROSENBLIT

## **PROOF OF SERVICE**

I, ANNAMARIE DAVIS, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On September 17, 2020, I served the following document(s):

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**

on the following persons at the locations specified:

| | |
|---|---|
| Michael A. Kelly, Esq.<br>Richard H. Schoenberger, Esq.<br>Matthew D. Davis, Esq.<br>Jade Smith-Williams, Esq.<br>Walkup, Melodia, Kelly & Schoenberger<br>650 California Street<br>San Francisco, CA 94108<br>*mkelly@walkuplawoffice.com*<br>*rschoenberger@walkuplawoffice.com*<br>*mdavis@walkuplawoffice.com*<br>*jsmithwilliams@walkuplawoffice.com*<br><br>Attorneys for All Plaintiffs<br><br>(415) 889-2919 (Telephone)<br>(415) 391-6965 (Facsimile) | Alan A. Greenberg, Esq.<br>Wayne R. Gross, Esq.<br>Deborah S. Mallgrave, Esq.<br>Greenberg Gross LLP<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA 90017<br>*agreenberg@GGTrialLaw.com*<br>*wgross@GGTrialLaw.com*<br>*dmallgrave@GGTrialLaw.com*<br><br>Attorneys for All Plaintiffs<br><br>(213) 334-7000 (Telephone)<br>(213) 334-7001 (Facsimile) |
| John K. Dipaolo, Esq.<br>General Counsel<br>Secretary to the Board of Directors<br>Hastings College of the Law<br>200 McAllister Street<br>San Francisco, CA 94102<br>*dipaolojohn@uchastings.edu*<br><br>Attorneys for Plaintiff<br>Hastings College Of The Law<br><br>(415) 565-4787 (Telephone)<br>(415) 565-4825 (Facsimile) | Lauren Hansen, Esq.<br>Melissa A. Morris, Esq.<br>Public Interest Law Project<br>449 15th Street, Suite 301<br>Oakland, CA 94612-06001<br>*lhansen@pilpca.org*<br><br>Attorneys for Intervenors Hospitality House; Coalition on Homelessness; and Faithful Fools<br><br>(510) 891-9794 (Telephone)<br>(510) 891-9727 (Facsimile) |
| Lili V. Graham, Esq.<br>Tiffany L. Nocon, Esq.<br>Disability Rights California<br>350 S. Bixel Street, Suite 290<br>Los Angeles, CA 90017-1418<br>*lili.graham@disabilityrightsca.org*<br><br>(213) 213-8000 (Telephone)<br>(213) 213-8001 (Facsimile) | Patrina Harrison<br>650 Eddy Street, No. 207<br>San Francisco, CA 94109<br>*harrisonempa@gmail.com*<br><br>Plaintiff in Pro Per<br><br>(415) 567-8182 (Telephone)<br>(415) 567-8182 (Facsimile) |

| | |
|---|---|
| Shanin Specter, Esq.<br>Philip M. Pasquarello, Esq.<br>Kline & Specter, P.C.<br>1525 Locust Street<br>Philadelphia, PA 19102<br>*Shanin.specter@klinespecter.com*<br>*Philip.pasquarello@klinespecter.com*<br><br>Attorneys for All Plaintiffs<br><br>(215) 772-1000 (Telephone) | Michael David Keys, Esq.<br>Jessica Berger, Esq.<br>Bay Area Legal Aid<br>1800 Market Street, 3rd Floor<br>San Francisco, CA 94102<br>*mkeys@baylegal.org*<br><br>Attorneys for Intervenors<br>Coalition on Homelessness<br><br>(415) 982-1300 (Telephone)<br>(415) 982-4243 (Facsimile) |

Curtis F. Dowling, Esq.
Jak S. Marquez, Esq.
Dowling & Marquesz, LLP
625 Market Street, 4th Floor
San Francisco, CA  94105
*curtis@dowlingmarquez.com*

Attorneys for Plaintiff

(415) 977-0444 (Telephone)
(415) 977-0156 (Facsimile)

in the manner indicated below:

☒    **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: annamarie.davis@sfcityatty.org in portable document format ("PDF") Adobe Acrobat.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed September 17, 2020, at San Francisco, California.

_____
ANNAMARIE DAVIS