1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Deputy
3  JEREMY M. GOLDMAN, State Bar #218888
   TARA M. STEELEY, State Bar #231775
4  RENEÉ E. ROSENBLIT, State Bar #304983
   RYAN STEVENS, State Bar #306409
5  Deputy City Attorneys
   Fox Plaza
6  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
7  Telephone:     (415) 554-6762 [Goldman]
                  (415) 554-4655 [Steeley]
8                 (415) 554-3853 [Rosenblit]
                  (415) 554-3975 [Stevens]
9  Facsimile:     (415) 554-3837
   E-Mail:        jeremy.goldman@sfcityatty.org
10                tara.steeley@sfcityatty.org
                  renee.rosenblit@sfatty.org
11                ryan.stevens@sfcityatty.org

12 Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

13

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16
   HASTINGS COLLEGE OF THE LAW, a            Case No. 4:20-cv-3033 JST
17 public trust and institution of higher education
   duly organized under the laws and the        **[PROPOSED] ORDER GRANTING**
18 Constitution of the State of California;      **ADMINISTRATIVE MOTION TO RELATE**
   FALLON VICTORIA, an individual; RENE         **CASES**
19 DENIS, an individual; TENDERLOIN
   MERCHANTS AND PROPERTY                       Trial Date:        Not Set
20 ASSOCIATION, a business association;
   RANDY HUGHES, an individual; and
21 KRISTEN VILLALOBOS, an individual,

22          Plaintiffs,

23          vs.

24 CITY AND COUNTY OF SAN
   FRANCISCO, a municipal entity,
25
            Defendant.
26

27

28

   [Proposed] Order Granting Administrative Motion          1          n:\lit\li2020\200917\01479146.docx
   Case No. 20-cv-3033 JST

1    On September 17, 2020, Defendant City and County of San Francisco filed an administrative

2    motion to relate *Daniel Giosso, James Giosso, and Richard Giosso, Trustees of the Giosso Children's*

3    *Trust; Mike O'Neill and Sons, a California General Partnership*, 3:20-cv-04255-TSH, ("*Giosso*"),

4    filed on June 26, 2020, to the above captioned action.  As the judge assigned to the first filed action, I

5    find the later action to be related to this action.

6    Accordingly, it is ORDERED that *Daniel Giosso, James Giosso, and Richard Giosso, Trustees*

7    *of the Giosso Children's Trust; Mike O'Neill and Sons, a California General Partnership*, 3:20-cv-

8    04255-TSH, is reassigned to this Court, and the clerk shall so notify the parties.

9    IT IS SO ORDERED

10

11   Dated: _____

12                                            HONORABLE JON S. TIGAR
                                             United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Administrative Motion          2          n:\lit\li2020\200917\01479146.docx
Case No. 20-cv-3033 JST

1

**PROOF OF SERVICE**

2      I, ANNAMARIE DAVIS, declare as follows:

3      I am a citizen of the United States, over the age of eighteen years and not a party to the above-
entitled action.  I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building,
4  1390 Market Street, Sixth Floor, San Francisco, CA 94102.

5      On September 17, 2020, I served the following document(s):

6  **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**

7  on the following persons at the locations specified:

8  Michael A. Kelly, Esq.                          Alan A. Greenberg, Esq.
Richard H. Schoenberger, Esq.                    Wayne R. Gross, Esq.
9  Matthew D. Davis, Esq.                          Deborah S. Mallgrave, Esq.
Jade Smith-Williams, Esq.                        Greenberg Gross LLP
10  Walkup, Melodia, Kelly & Schoenberger           601 S. Figueroa Street, 30th Floor
650 California Street                            Los Angeles, CA  90017
11  San Francisco, CA 94108                         *agreenberg@GGTrialLaw.com*
*mkelly@walkuplawoffice.com*                     *wgross@GGTrialLaw.com*
12  *rschoenberger@walkuplawoffice.com*             *dmallgrave@GGTrialLaw.com*
*mdavis@walkuplawoffice.com*
13  *jsmithwilliams@walkuplawoffice.com*            Attorneys for All Plaintiffs

14  Attorneys for All Plaintiffs                    (213) 334-7000 (Telephone)
(213) 334-7001 (Facsimile)
15  (415) 889-2919 (Telephone)
(415) 391-6965 (Facsimile)
16
John K. Dipaolo, Esq.                           Lauren Hansen, Esq.
17  General Counsel                                 Melissa A. Morris, Esq.
Secretary to the Board of Directors             Public Interest Law Project
18  Hastings College of the Law                     449 15th Street, Suite 301
200 McAllister Street                           Oakland, CA 94612-06001
19  San Francisco, CA  94102                        *lhansen@pilpca.org*
*dipaolojohn@uchastings.edu*
20                                                  Attorneys for Intervenors Hospitality House;
Attorneys for Plaintiff                         Coalition on Homelessness; and Faithful Fools
21  Hastings College Of The Law
(510) 891-9794 (Telephone)
22  (415) 565-4787 (Telephone)                      (510) 891-9727 (Facsimile)
(415) 565-4825 (Facsimile)
23                                                  Patrina Harrison
Lili V. Graham, Esq.                            650 Eddy Street, No. 207
24  Tiffany L. Nocon, Esq.                          San Francisco, CA 94109
Disability Rights California                    *harrisonempa@gmail.com*
25  350 S. Bixel Street, Suite 290
Los Angeles, CA 90017-1418                      Plaintiff in Pro Per
26  *lili.graham@disabilityrightsca.org*
(415) 567-8182 (Telephone)
27  (213) 213-8000 (Telephone)                      (415) 567-8182 (Facsimile)
(213) 213-8001 (Facsimile)
28

[Proposed] Order Granting Administrative Motion          3          n:\lit\li2020\200917\01479146.docx
Case No. 20-cv-3033 JST

Shanin Specter, Esq.
Philip M. Pasquarello, Esq.
Kline & Specter, P.C.
1525 Locust Street
Philadelphia, PA 19102
*Shanin.specter@klinespecter.com*
*Philip.pasquarello@klinespecter.com*

Attorneys for All Plaintiffs

(215) 772-1000 (Telephone)

Curtis F. Dowling, Esq.
Jak S. Marquez, Esq.
Dowling & Marquesz, LLP
625 Market Street, 4th Floor
San Francisco, CA  94105
*curtis@dowlingmarquez.com*

Attorneys for Plaintiff

(415) 977-0444 (Telephone)
(415) 977-0156 (Facsimile)

Michael David Keys, Esq.
Jessica Berger, Esq.
Bay Area Legal Aid
1800 Market Street, 3rd Floor
San Francisco, CA 94102
*mkeys@baylegal.org*

Attorneys for Intervenors
Coalition on Homelessness

(415) 982-1300 (Telephone)
(415) 982-4243 (Facsimile)

in the manner indicated below:

☒    **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above.  Such document(s) were transmitted *via* electronic mail from the electronic address: annamarie.davis@sfcityatty.org in portable document format ("PDF") Adobe Acrobat.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed September 17, 2020, at San Francisco, California.

_____
ANNAMARIE DAVIS