MICHAEL A. KELLY, State Bar No. 71460
 MKelly@WalkupLawOffice.com
RICHARD H. SCHOENBERGER, State Bar No. 122190
 RSchoenberger@WalkupLawOffice.com
MATTHEW D. DAVIS, State Bar No. 141986
 MDavis@WalkupLawOffice.com
JADE SMITH-WILLIAMS, State Bar No. 318915
 JSmithWilliams@WalkupLawOffice.com
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street
San Francisco, CA  94108
Telephone:  415-889-2919
Facsimile:  415-391-6965

ALAN A. GREENBERG, State Bar No. 150827
 AGreenberg@GGTrialLaw.com
WAYNE R. GROSS, State Bar No. 138828
 WGross@GGTrialLaw.com
DEBORAH S. MALLGRAVE, State Bar No. 198603
 DMallgrave@GGTrialLaw.com
GREENBERG GROSS LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017
Telephone:  213-334-7000
Facsimile:  213-334-7001

_____
SHANIN SPECTER, Pennsylvania State Bar No. 40928
 shanin.specter@klinespecter.com
PHILIP M. PASQUARELLO
 philip.pasquarello@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA 19102
Telephone: 215-772-1000
Pro Hoc Vice

Attorneys for All Plaintiffs

JOHN K. DIPAOLO, State Bar No. 321942
 dipaolojohn@uchastings.edu
General Counsel
Secretary to the Board of Directors
Hastings College of the Law
200 McAllister Street
San Francisco, CA  94102
Telephone:  415-565-4787
Facsimile:  415-565-4825

Attorney for Plaintiff
HASTINGS COLLEGE OF THE LAW

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>                Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>                Defendant. | Case No. 4:20-cv-03033-JST<br><br>**NOTICE OF DISMISSAL SUBJECT TO CONTINUING JURISDICTION**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JON S. TIGAR**<br><br>Trial Date:    (None set yet) |

///

///

///

///

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

NOTICE OF DISMISSAL SUBJECT TO CONTINUING JURISDICTION - CASE NO. 4:20-cv-03033-JST

Pursuant to the terms of the stipulated injunction and Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties request that the case be dismissed and administratively closed while the Court retains continuing jurisdiction to enforce the terms of the stipulated injunction.

Dated:  September 15, 2020        WALKUP, MELODIA, KELLY & SCHOENBERGER


By:      /S/ Matthew D. Davis
         MICHAEL A. KELLY
         RICHARD H. SCHOENBERGER
         MATTHEW D. DAVIS
         JADE SMITH-WILLIAMS
         Attorneys for ALL PLAINTIFFS

Dated:  September 15, 2020        OFFICE OF THE CITY ATTORNEY


By:        /S/ Ryan Stevens
         Dennis J. Herrera
         Meredith B. Osborn
         Jeremy M. Goldman
         Tara M. Steeley
         Ryan Stevens
         Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO

Dated:  September 29, 2020        THE PUBLIC INTEREST LAW PROJECT


By:        /S/ Lauren Hansen
         Melissa A. Morris
         Michael David Keys
         Jessica Berger
         Lili V. Graham
         Tiffany L. Nocon
         Attorneys for Intervenors HOSPITALITY HOUSE, COALITION ON HOMELESSNESS, and FAITHFUL FOOLS

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

3
NOTICE OF DISMISSAL SUBJECT TO CONTINUING JURISDICTION - CASE NO. 4:20-cv-03033-JST