UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. 20-cv-03033-JST <br><br> **ORDER DISMISSING ACTION** <br><br> Re: ECF No. 98 |

On September 29, 2020, the parties filed a stipulation requesting that the Court dismiss and administratively close this case but retain jurisdiction over the terms of the stipulated injunction. ECF No. 98.  The Court granted the stipulated injunction on June 30, 2020.  ECF No. 71.

It is hereby ordered that this action be dismissed.  The Court will retain jurisdiction over the parties' Stipulated Injunction, ECF No. 71.  All deadlines and hearings are vacated.

**IT IS SO ORDERED.**

Dated: October 7, 2020



JON S. TIGAR
United States District Judge