1  MICHAEL A. KELLY, State Bar No. 71460
     MKelly@WalkupLawOffice.com
2  RICHARD H. SCHOENBERGER, State Bar No. 122190
     RSchoenberger@WalkupLawOffice.com
3  MATTHEW D. DAVIS, State Bar No. 141986
     MDavis@WalkupLawOffice.com
4  JADE SMITH-WILLIAMS, State Bar No. 318915
     JSmithWilliams@WalkupLawOffice.com
5  WALKUP, MELODIA, KELLY & SCHOENBERGER
   650 California Street
6  San Francisco, CA  94108
   Telephone:  415-889-2919
7  Facsimile:  415-391-6965

8  ALAN A. GREENBERG, State Bar No. 150827
     AGreenberg@GGTrialLaw.com
9  WAYNE R. GROSS, State Bar No. 138828
     WGross@GGTrialLaw.com
10 DEBORAH S. MALLGRAVE, State Bar No. 198603
     DMallgrave@GGTrialLaw.com
11 GREENBERG GROSS LLP
   601 South Figueroa Street, 30th Floor
12 Los Angeles, CA  90017
   Telephone:  213-334-7000
13 Facsimile:  213-334-7001

14 SHANIN SPECTER, Pennsylvania State Bar No. 40928
     shanin.specter@klinespecter.com
15 PHILIP M. PASQUARELLO
     philip.pasquarello@klinespecter.com
16 KLINE & SPECTER, P.C.
   1525 Locust Street
17 Philadelphia, PA 19102
   Telephone: 215-772-1000
18 Pro Hoc Vice

19 Attorneys for All Plaintiffs

20
   JOHN K. DIPAOLO, State Bar No. 321942
21   dipaolojohn@uchastings.edu
   General Counsel
22 Secretary to the Board of Directors
   LAURA M. WILSON-YOUNGBLOOD, State Bar No. 330892
23 Deputy General Counsel
   Hastings College of the Law
24 200 McAllister Street
   San Francisco, CA  94102
25 Telephone:  415-565-4850
   Facsimile:  415-565-4825
26
   Attorneys for Plaintiff
27 HASTINGS COLLEGE OF THE LAW

28

STIPULATION & ORDER TO AMEND PLEADINGS - CASE NO. 4:20-cv-03033-JST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>Defendant. | Case No. 4:20-cv-03033-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND PLEADINGS TO REFLECT THE CHANGE OF THE NAME OF A PLAINTIFF**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JON S. TIGAR** |

WHEREAS, on July 27, 2022, the Board of Directors of Hastings College of the Law (the College) voted to rename the College "College of the Law, San Francisco."

WHEREAS, on September 23, 2022, California Governor Gavin Newsom signed Assembly Bill 1936, which revises the California Education Code to conform to the Board's action by identifying the College as "College of the Law, San Francisco"; and

WHEREAS, the College began to use the name "College of the Law, San Francisco" on January 1, 2023, the date Assembly Bill 1936 took effect;

THEREFORE, it is hereby stipulated by the parties, through their undersigned counsel of record, to amend the pleadings to reflect the change of the

///

///

///

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

1  name of plaintiff "Hastings College of the Law" to "College of the Law, San
2  Francisco."

3  dated: February 7, 2023            WALKUP, MELODIA, KELLY & SCHOENBERGER
                                      GREENBERG GROSS LLP
4                                     KLINE & SPECTER, P.C.

                                      By:      */S/ Matthew D. Davis*
                                             MICHAEL A. KELLY
                                             RICHARD H. SCHOENBERGER
                                             MATTHEW D. DAVIS
                                             Attorneys for All Plaintiffs

OFFICE OF THE CITY ATTORNEY

Dated: February 7, 2023              By:      */S/ Ryan Stevens*
                                             David Chui
                                             Meredith B. Osborn
                                             Jeremy M. Goldman
                                             Tara M. Steeley
                                             Ryan Stevens
                                      Attorneys for Defendant CITY AND COUNTY
                                      OF SAN FRANCISCO

**IT IS SO ORDERED.**

Dated: _____, 2023
                                      _____
                                      JON S. TIGAR
                                      United States District Judge

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
STIPULATION & ORDER TO AMEND PLEADINGS - CASE NO. 4:20-cv-03033-JST