MICHAEL A. KELLY, State Bar No. 71460
  MKelly@WalkupLawOffice.com
RICHARD H. SCHOENBERGER, State Bar No. 122190
  RSchoenberger@WalkupLawOffice.com
MATTHEW D. DAVIS, State Bar No. 141986
  MDavis@WalkupLawOffice.com
JADE SMITH-WILLIAMS, State Bar No. 318915
  JSmithWilliams@WalkupLawOffice.com
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street
San Francisco, CA  94108
Telephone:  415-889-2919
Facsimile:  415-391-6965

ALAN A. GREENBERG, State Bar No. 150827
  AGreenberg@GGTrialLaw.com
WAYNE R. GROSS, State Bar No. 138828
  WGross@GGTrialLaw.com
DEBORAH S. MALLGRAVE, State Bar No. 198603
  DMallgrave@GGTrialLaw.com
GREENBERG GROSS LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017
Telephone:  213-334-7000
Facsimile:  213-334-7001

SHANIN SPECTER, Pennsylvania State Bar No. 40928
   shanin.specter@klinespecter.com
PHILIP M. PASQUARELLO
   philip.pasquarello@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA 19102
Telephone: 215-772-1000
Pro Hoc Vice

Attorneys for All Plaintiffs


JOHN K. DIPAOLO, State Bar No. 321942
   dipaolojohn@uchastings.edu
General Counsel
Secretary to the Board of Directors
LAURA M. WILSON-YOUNGBLOOD, State Bar No. 330892
Deputy General Counsel
Hastings College of the Law
200 McAllister Street
San Francisco, CA  94102
Telephone:  415-565-4850
Facsimile:  415-565-4825

Attorneys for Plaintiff
HASTINGS COLLEGE OF THE LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>Defendant. | Case No. 4:20-cv-03033-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND PLEADINGS TO REFLECT THE CHANGE OF THE NAME OF A PLAINTIFF**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JON S. TIGAR** |

WHEREAS, on July 27, 2022, the Board of Directors of Hastings College of the Law (the College) voted to rename the College "College of the Law, San Francisco."

WHEREAS, on September 23, 2022, California Governor Gavin Newsom signed Assembly Bill 1936, which revises the California Education Code to conform to the Board's action by identifying the College as "College of the Law, San Francisco"; and

WHEREAS, the College began to use the name "College of the Law, San Francisco" on January 1, 2023, the date Assembly Bill 1936 took effect;

THEREFORE, it is hereby stipulated by the parties, through their undersigned counsel of record, to amend the pleadings to reflect the change of the

///
///
///

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

2
STIPULATION & ORDER TO AMEND PLEADINGS - CASE NO. 4:20-cv-03033-JST

name of plaintiff "Hastings College of the Law" to "College of the Law, San Francisco."

dated: February 7, 2023

WALKUP, MELODIA, KELLY & SCHOENBERGER
GREENBERG GROSS LLP
KLINE & SPECTER, P.C.

By: */S/ Matthew D. Davis*
MICHAEL A. KELLY
RICHARD H. SCHOENBERGER
MATTHEW D. DAVIS
Attorneys for All Plaintiffs

OFFICE OF THE CITY ATTORNEY

Dated: February 7, 2023

By: */S/ Ryan Stevens*
David Chui
Meredith B. Osborn
Jeremy M. Goldman
Tara M. Steeley
Ryan Stevens
Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO

**IT IS SO ORDERED.**

Dated: February 8, 2023

 JON S. TIGAR
United States District Judge