UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. 20-cv-03033-JST<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Lisa Cisneros for settlement.

The parties will be advised of the date, time and place of the next appearance by notice from Judge Cisneros.

**IT IS SO ORDERED.**

Dated: September 8, 2023

_____
JON S. TIGAR
United States District Judge