1  DAVID CHIU, State Bar #189542
   City Attorney
2  JAMES F. HANNAWALT, State Bar #139657
   Acting Chief Trial Deputy
3  JEREMY M. GOLDMAN, State Bar #218888
   TARA M. STEELEY, State Bar #231775
4  RENÉE E. ROSENBLIT, State Bar #304983
   EDMUND T. WANG, State Bar #278755
5  Deputy City Attorneys
   Fox Plaza
6  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
7  Telephone:    (415) 554-6762 [Goldman]
                 (415) 554-4655 [Steeley]
8                (415) 554-3853 [Rosenblit]
                 (415) 554-3857 [Wang]
9  Facsimile:    (415) 554-3837
   E-Mail:       Jeremy.Goldman@sfcityatty.org
10               Tara.Steeley@sfcityatty.org
                 Renee.Rosenblit@sfcityatty.org
11               Edmund.Wang@sfcityatty.org

12
   Attorneys for Defendant
13 CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, <br><br> Defendant. | Case No. 4:20-cv-3033-JST <br><br> **DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S NOTICE OF REASSIGNMENT OF COUNSEL** <br><br> Trial Date:          Not Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Deputy City Attorney EDMUND T. WANG has been assigned as the deputy primarily responsible for representing defendant City and County of San Francisco in the above-referenced action, replacing Deputy City Attorney Ryan C. Stevens.

All pleadings and communications should hereafter be made to:

**EDMUND T. WANG, State Bar #278755**
**Deputy City Attorney**
**1390 Market Street, Sixth Floor**
**San Francisco, CA 94102**
**Telephone:  (415) 554-3857**
**Facsimile:  (415) 554-3837**
**Email:  edmund.wang@sfcityatty.org**

Dated:  September 11, 2023

DAVID CHIU
City Attorney
JAMES F. HANNAWALT
Acting Chief Trial Deputy
JEREMY M. GOLDMAN
TARA M. STEELEY
RENÉE E. ROSENBLIT
EDMUND T. WANG
Deputy City Attorneys

By: */s/ Edmund T. Wang*
　　EDMUND T. WANG

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO