DAVID CHIU, State Bar #189542
City Attorney
JAMES F. HANNAWALT, State Bar #139657
Acting Chief Trial Deputy
JEREMY M. GOLDMAN, State Bar #218888
TARA M. STEELEY, State Bar #231775
RENÉE E. ROSENBLIT, State Bar #304983
EDMUND T. WANG, State Bar #278755
ZUZANA S. IKELS, State Bar #208671
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-6762 [Goldman]
               (415) 554-4655 [Steeley]
               (415) 554-3853 [Rosenblit]
               (415) 554-3857 [Wang]
               (415) 355-3307 [Ikels]
Facsimile:     (415) 554-3837
E-Mail:        Jeremy.Goldman@sfcityatty.org
               Tara.Steeley@sfcityatty.org
               Renee.Rosenblit@sfcityatty.org
               Edmund.Wang@sfcityatty.org
               zuzana.ikels@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>    Defendant. | Case No. 4:20-cv-3033-JST<br><br>**NOTICE OF APPEARANCE OF ZUZANA S. IKELS**<br><br>Trial Date:    Not Set |

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Deputy City Attorney ZUZANA S. IKELS is appearing on behalf of Defendant CITY AND COUNTY OF SAN FRANCISCO.  The office and email addresses, and the telephone and facsimile numbers for Ms. Ikels are as follows:

>Zuzana S. Ikels
>Deputy City Attorney
>Office of the City Attorney
>Fox Plaza
>1390 Market Street, 6th Floor
>San Francisco, California 94102-4682
>Telephone:  (415) 554-3975
>Facsimile:  (415) 355-3307
>Email: zuzana.ikels@sfcityatty.org

Please include Ms. Ikels on all proofs of service and communications in this matter.

Dated:  September 15, 2023

>DAVID CHIU
>City Attorney
>JAMES F. HANNAWALT
>Acting Chief Trial Deputy
>JEREMY M. GOLDMAN
>TARA M. STEELEY
>RENÉE E. ROSENBLIT
>EDMUND T. WANG
>ZUZANA S. IKELS
>Deputy City Attorneys
>
>
>By: */s/ Zuzana S. Ikels*
>   ZUZANA S. IKELS
>
>Attorneys for Defendant
>CITY AND COUNTY OF SAN FRANCISCO