**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**CIVIL MINUTES**

| **Date:** September 15, 2023 | **Time:** 10:15 a.m.-11:04 a.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 4:20-cv-03033-JST | **Case Name:** Hastings College of the Law v. City and County of San Francisco | |

**For Plaintiffs:** Matthew D. Davis, Walkup Melodia Kelly & Echeverria, counsel for Plaintiffs; John DiPaolo and Laura Youngblood, representatives for Plaintiff UC Hastings College of the Law, now known as UC Law SF.

**For Defendant:** Zuzana Ikels, San Francisco City Attorney's Office, counsel for Defendant.

**Deputy Clerk:** Brittany Sims          **Reported by:** Not Reported

**PROCEEDINGS**

Telephonic Pre-Settlement Conference held. The Court directs Ms. Ikels to file a notice of appearance in this case after the call has ended. Pursuant to the Stipulated Injunction in this case, the Courts sets an in-person settlement conference for September 22, 2023 at 10 a.m. ECF No. 71. Plaintiffs and Defendant are required to participate in the settlement conference, as they are parties to the Stipulated Injunction. The Court is considering to what extent and how Intervenor Plaintiffs should be involved in the settlement negotiations. By September 20, 2023, Plaintiffs and Defendants shall each submit a letter, not to exceed five pages, explaining the specific dispute and their respective position. Exhibits, not to exceed ten pages, may accompany the letter. The letter and exhibits shall be submitted via email to the Court at ljcsettlement@cand.uscourts.gov, copying opposing counsel. The ordinary requirements in Judge Cisneros's Settlement Conference Standing Order are suspended for the September 22, 2023 settlement conference.