OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** September 15, 2023 | **Time:** 11:44 a.m.-12:10 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 4:20-cv-03033-JST | **Case Name:** Hastings College of the Law v. City and County of San Francisco | |

**For Intervenor Plaintiffs:** Lauren Hansen and Melissa Morris, Public Interest Law Project, counsel for Hospitality House, the Coalition on Homelessness, and Faithful Fools.

**Deputy Clerk:** Brittany Sims          **Reported by:** Not Reported

PROCEEDINGS

Telephonic Conference Call held. The Court and counsel conferred regarding the Stipulated Injunction and the forthcoming settlement conference.