# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

## Northern District of California

### CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** September 22, 2023 | **Time:** 10:02 a.m.-10:36 a.m. (34 minutes) | **Judge:** LISA J. CISNEROS |
| **Case No.:** 4:20-cv-03033-JST | **Case Name:**  Hastings College of the Law v. City and County of San Francisco | |

**For Plaintiff:** Matthew D. Davis, Walkup Melodia Kelly & Echeverria, and John Karl DiPaolo, UC Hastings College of the Law, counsel for Plaintiffs,

**For Defendant:** Tara M. Steeley and Zuzana S. Ikels, San Francisco City Attorney's Office, counsel for Defendant

**Deputy Clerk:** Brittany Sims                    **Reported by:** Not Reported

### PROCEEDINGS

Settlement status conference held.