# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

| **Date:** September 22, 2023 | **Time:** 1:02 p.m.-1:45 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.**: 4:20-cv-03033-JST | **Case Name:** Hastings College of the Law v. City and County of San Francisco | |

**For Intervenor Plaintiffs:** Lauren Hansen and Melissa Morris, Public Interest Law Project, counsel for Intervenor Plaintiffs Hospitality House, the Coalition on Homelessness, and Faithful Fools.

**Deputy Clerk:** Brittany Sims               **Reported by:** Not Reported

### PROCEEDINGS

Settlement Conference Status held.