JOHN THOMAS H. DO, SBN 285075
jdo@aclunc.org
WILLIAM S. FREEMAN, SBN 82002
wfreeman@aclunc.org
ACLU FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Amicus Curiae American
Civil Liberties Union Foundation of
Northern California*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>           Plaintiffs,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>           Defendants. | Case No. 4:20-cv-03033-JST<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that John Thomas H. Do of American Civil Liberties Union Foundation of Northern California will be substituting in place of Abre' Conner, who is no longer associated with the American Civil Liberties Union Foundation of Northern California, as attorney of record for Amicus Curiae American Civil Liberties Union Foundation of Northern California in the above-captioned matter. Accordingly, all notices of electronic filings, pleadings and/or other court documents shall be sent as follows:

John Thomas H. Do<br>
ACLU Foundation of Northern California<br>
39 Drumm Street<br>
San Francisco, CA 94111<br>
Email: jdo@aclunc.org

The Clerk is requested to remove Abre' Conner from all service lists in this case, including, but not limited to, the service list contained in the Court's CM/ECF system.

Dated:  October 2, 2023                    Respectfully submitted,

By: /s/ John Thomas H. Do

John Thomas H. Do

ACLU FOUNDATION OF NORTHERN CALIFORNIA

*Counsel for Amicus Curiae*