JOHN THOMAS H. DO, SBN 285075
jdo@aclunc.org
WILLIAM S. FREEMAN, SBN 82002
wfreeman@aclunc.org
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Amicus Curiae American Civil Liberties Union Foundation of Northern California*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual, Plaintiffs, v. CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, Defendants. | CASE NO. 4:20-cv-03033-JST **NOTICE OF APPEARANCE OF WILLIAM S. FREEMAN** |

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that William S. Freeman, SBN 82002, of the American Civil Liberties Union Foundation of Northern California hereby enters his appearance in the above-captioned matter as counsel for Amicus Curiae American Civil Liberties Union Foundation of Northern California. He requests that all papers in connection with this action be provided to him at the following:

> William S. Freeman
> ACLU Foundation of Northern California
> 39 Drumm Street
> San Francisco, CA 94111
> (415) 621-2943
> wfreeman@aclunc.org

Respectfully submitted,

ACLU FOUNDATION
OF NORTHERN CALIFORNIA

Dated: October 2, 2023

/s/ *William S. Freeman*
William S. Freeman, SBN 82002
39 Drumm Street
San Francisco, CA 94111
(415) 621-2493
wfreeman@aclunc.org

*Counsel for Amicus Curiae*