# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

# Northern District of California

### CIVIL MINUTES

| **Date:** October 2, 2023 | **Time:** 1:04 p.m.-1:30 p.m. (26 minutes) | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.**: 4:20-cv-03033-JST | **Case Name:** Hastings College of the Law v. City and County of San Francisco | |

**For Plaintiff:** Michael Kelly and Matthew Davis, Walkup, Melodia, Kelly & Schoenberger, John DePaolo, UC Hastings College of the Law, counsels for plaintiffs.

**For Defendant:** Zuzana Ikels and Tara Steely, Office of the City Attorney of San Francisco, counsels for defendants.

**For Plaintiff Intervenors**: Melissa Morris and Lauren Hansen, Public Interest Law Project, Lili Graham, Disability Rights California.

**Deputy Clerk:** Brittany Sims          **Reported by:** Not Reported

### PROCEEDINGS

Pre-Settlement Conference via Zoom held.