# Exhibit D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 4:22-cv-05502-DMR <br><br> **ORDER REFERRING CASE TO MAGISTRATE JUDGE LISA J. CISNEROS FOR SETTLEMENT CONFERENCE** <br><br> Re: Dkt. No. 53 |

This case is referred to Magistrate Judge Lisa J. Cisneros for a settlement conference to take place approximately 30 days after the ruling on the motion for preliminary injunction, or as soon thereafter as is convenient to Judge Cisneros's calendar.

**IT IS SO ORDERED.**

Dated: December 15, 2022

DONNA M. RYU
United States Magistrate Judge