# Exhibit E

| From: | ECF-CAND@cand.uscourts.gov |
|---|---|
| To: | efiling@cand.uscourts.gov |
| Subject: | Activity in Case 4:20-cv-03033-JST Hastings College of the Law et al v. City and County of San Francisco Case Referred to Magistrate Judge for Settlement |
| Date: | Friday, September 8, 2023 1:05:02 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### California Northern District

## Notice of Electronic Filing

The following transaction was entered on 9/8/2023 at 1:03 PM and filed on 9/8/2023

**Case Name:**      Hastings College of the Law et al v. City and County of San Francisco
**Case Number:**      4:20-cv-03033-JST
**Filer:**
**WARNING: CASE CLOSED on 10/07/2020**
**Document Number:** No document attached

**Docket Text:**
**CASE REFERRED to Magistrate Judge Lisa J. Cisneros for Settlement (mkl, COURT STAFF) (Filed on 9/8/2023)**

**4:20-cv-03033-JST Notice has been electronically mailed to:**

Abre Leann Conner      abre.conner@gmail.com

Alan A. Greenberg      agreenberg@ggtriallaw.com, LRodriguez@ggtriallaw.com

Deborah Susan Mallgrave      dmallgrave@ggtriallaw.com, jvelez@ggtriallaw.com

Jade Smith-Williams      jsmithwilliams@baileyglasser.com, jzumot@baileyglasser.com

Jeremy Michael Goldman      jeremy.goldman@sfcityatty.org, ecf-3c567f10a367@ecf.pacerpro.com, holly.chin@sfcityatty.org, pamela.cheeseborough@sfcityatty.org

Jessica Berger      jberger@baylegal.org

John Karl DiPaolo      dipaolojohn@uchastings.edu

Laura Wilson-Youngblood     wilsonyoungbloodl@uchastings.edu

Lauren Elizabeth Hansen     lhansen@pilpca.org

Lili V. Graham     lili.graham@disabilityrightsca.org, la_ecf@disabilityrightsca.org, stella.nguyen@disabilityrightsca.org

Matthew D. Davis     mdavis@walkuplawoffice.com, kbenzien@walkuplawoffice.com

Melissa Antoinette Morris     mmorris@pilpca.org, nkirshbaum-ray@pilpca.org

Michael Albert Kelly     mkelly@walkuplawoffice.com, afreeman@walkuplawoffice.com

Michael David Keys     mkeys@baylegal.org

Philip Michael Pasquarello     philip.pasquarello@klinespecter.com, susan.grady@klinespecter.com

Renee E. Rosenblit     renee.rosenblit@sfcityatty.org, anita.murdock@sfcityatty.org, annamarie.davis@sfcityatty.org, ray.feliciano@sfcityatty.org, winnie.fong@sfcityatty.org

Richard Henry Schoenberger     rschoenberger@walkuplawoffice.com, lmccombe@walkuplawoffice.com

Ryan Christopher Stevens     rstevens@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, iwong@cooley.com

Shanin Specter     shanin.specter@klinespecter.com

Tara M. Steeley     tara.steeley@sfcityatty.org, ecf-b60627de2026@ecf.pacerpro.com, pamela.cheeseborough@sfcityatty.org, wayne.snodgrass@sfcityatty.org

Tiffany L. Nocon     tiffany.nocon@disabilityrightsca.org, la_ecf@disabilityrightsca.org, stella.nguyen@disabilityrightsca.org

Wayne R. Gross     wgross@ggtriallaw.com

**4:20-cv-03033-JST Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**