# Exhibit F

# Ikels, Zuzana (CAT)

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Wednesday, September 27, 2023 9:37 AM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 4:20-cv-03033-JST Hastings College of the Law et al v. City and County of San Francisco |

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

California Northern District

Notice of Electronic Filing
The following transaction was entered  on 9/27/2023 9:36 AM  and filed on 9/27/2023

Case Name: Hastings College of the Law
et al v. City and County of San Francisco

Case Number: 4:20-cv-03033-JST https://ecf.cand.uscourts.gov/cgi-bin/DktRpt.pl?359003

Filer:

WARNING: CASE CLOSED on 10/07/2020

Document Number: 112


Copy the URL address from the line below into the location bar of your Web browser to view the document:
112(No document attached)


Docket Text:
Clerks Notice Regarding October 20,
2023 Settlement Conference.  Plaintiff Intervenors will be permitted to attend the settlement conference. The Settlement Conference set for October 20,
2023 will now be held at <b>1:00 p.m..</b>  On October 2, 2023 at 1 pm the original parties and Plaintiff Intervenors shall appear for a pre-settlement planning meeting via Zoom.  This call with address, among other things, the nature of Plaintiff Intervenors involvement in the settlement process.  <p><p><b>Webinar Access:</b> Judge Cisneros will conduct the settlement conference in her designated non-public Zoom Meeting "room." The non-public Zoom Meeting link is available on Judge Cisneros's webpage, by going to:
<A HREF=https://www.cand.uscourts.gov/lisa-j-cisneros/ TARGET=_Blank>https://www.cand.uscourts.gov/lisa-j-cisneros/</A></p><p><b>Court

1

Appearances:</b> Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. For the October 2, 2023 pre-settlement planning conference, a list of names and emails must be sent to the CRD at ljccrd@cand.uscourts.gov no later than September 29, 2023 at 12:00 PM PST. For the October 20, 2023 settlement conference, a list of names and emails must be sent to the CRD at ljccrd@cand.uscourts.gov no later than October 19, 2023 at 12:00 PM PST.</p><p><b>General Order 58.</b> Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.</p><p><b>Zoom Guidance and Setup:</b> <A HREF=https://www.cand.uscourts.gov/zoom/ TARGET=_Blank>https://www.cand.uscourts.gov/zoom/</A>.</p>

 <I><I> (This is a text-only entry generated by the court. There is no document associated with this entry.)</I></I>(bns, COURT STAFF) (Filed on 9/27/2023)

4:20-cv-03033-JST Notice has been electronically mailed to:

Abre          Leann Conner
    abre.conner@gmail.com

Alan          A. Greenberg
   agreenberg@ggtriallaw.com, LRodriguez@ggtriallaw.com

Deborah          Susan Mallgrave
    dmallgrave@ggtriallaw.com, jvelez@ggtriallaw.com

Edmund          T. Wang
   edmund.wang@sfcityatty.org, anita.murdock@sfcityatty.org, celena.sepulveda@sfcityatty.org, sophia.garcia@sfcityatty.org, winnie.fong@sfcityatty.org

Jade          Smith-Williams
jsmithwilliams@baileyglasser.com, jzumot@baileyglasser.com

Jeremy          Michael Goldman
       jeremy.goldman@sfcityatty.org, ecf-3c567f10a367@ecf.pacerpro.com, holly.chin@sfcityatty.org, pamela.cheeseborough@sfcityatty.org

Jessica          Berger
jberger@baylegal.org

John          Karl DiPaolo
    dipaolojohn@uchastings.edu

Laura          Wilson-Youngblood
wilsonyoungbloodl@uchastings.edu

Lauren          Elizabeth Hansen
      lhansen@pilpca.org

Lili          V. Graham
   lili.graham@disabilityrightsca.org, la_ecf@disabilityrightsca.org, stella.nguyen@disabilityrightsca.org

Matthew          D. Davis

mdavis@walkuplawoffice.com, kbenzien@walkuplawoffice.com

Melissa Antoinette Morris
mmorris@pilpca.org, nkirshbaum-ray@pilpca.org

Michael Albert Kelly
mkelly@walkuplawoffice.com, afreeman@walkuplawoffice.com

Michael David Keys
mkeys@baylegal.org

Philip Michael Pasquarello
philip.pasquarello@klinespecter.com, susan.grady@klinespecter.com

Renee E. Rosenblit
renee.rosenblit@sfcityatty.org, anita.murdock@sfcityatty.org, annamarie.davis@sfcityatty.org, ray.feliciano@sfcityatty.org, winnie.fong@sfcityatty.org

Richard Henry Schoenberger
rschoenberger@walkuplawoffice.com, lmccombe@walkuplawoffice.com

Shanin Specter
shanin.specter@klinespecter.com

Tara M. Steeley
tara.steeley@sfcityatty.org, ecf-b60627de2026@ecf.pacerpro.com, pamela.cheeseborough@sfcityatty.org, wayne.snodgrass@sfcityatty.org

Tiffany L. Nocon
tiffany.nocon@disabilityrightsca.org, la_ecf@disabilityrightsca.org, stella.nguyen@disabilityrightsca.org

Wayne R. Gross
wgross@ggtriallaw.com

Zuzana S. Ikels
Zuzana.Ikels@sfcityatty.org, anita.murdock@sfcityatty.org, kassy.adams@sfcityatty.org, mari.medrano@sfcityatty.org, monica.trejo@sfcityatty.org

4:20-cv-03033-JST Please see <a href=http://www.cand.uscourts.gov/localrules/civil#SERVICE>Local Rule 5-5</a>; Notice has NOT been electronically mailed to: