DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
TARA M. STEELEY, State Bar #231775
EDMUND T. WANG, State Bar #278755
ZUZANA S. IKELS, State Bar #208671
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4655 [Steeley]
              (415) 554-3857 [Wang]
              (415) 355-3307 [Ikels]
Facsimile:    (415) 554-3837
E-Mail:       Tara.Steeley@sfcityatty.org
              Edmund.Wang@sfcityatty.org
              Zuzana.ikels@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>　　　　Defendant. | Case No. 4:20-cv-3033-JST<br><br>**[PROPOSED] ORDER GRANTING SAN FRANCISCO'S ADMINISTRATIVE MOTION TO RELATE THIS ACTION WITH *COALITION ON HOMELESSNESS, ET AL. V. CITY AND COUNTY OF SAN FRANCISCO, ET AL*, CASE NO. 4:22-CV-05502-DMR ("*COH*")** |

Pursuant to CIVIL LOCAL RULES 3-12 and 7-11, Defendants City and County of San Francisco submitted an Administrative Motion to Relate to relate this case: *Hastings College of Law et al. v. County of San Francisco, et al.*, ( "*Hastings*") and *Coalition on Homelessness, et al. v. City and County of San Francisco, et al*, case no. 4:22-cv-05502-DMR ( "*COH*").

Having considered Defendants' submissions, and the Hastings Plaintiffs stipulation and non-opposition, the Court, and COH Intervenor's opposition, the Court hereby GRANTS Defendants' motion and RELATES the *COH* and *Hastings* case.

Each of the factors considered under sub-section (a)(1) and (2) of L.R. 3-12 exist here and weigh in favor of relating the cases. The *Hastings* and *COH* cases concern substantially the same parties, issues, and events, regarding the homeless, drug abuse and mental health crises in San Francisco, satisfying (a)(1) of L.R. 3-12. It will be an unduly burdensome duplication of labor and expense if the two cases case are conducted before different Judges, under sub-section (a)(2) of L.R. 3-12. Because it will promote judicial economy and avoid the risk of conflicting rulings and relief, the COH and Hastings cases are ordered related. *See also Pierce v. Cnty. Of Orange*, 526 F.3d 1190 (9th Cir.2008); *Our Children's Earth Found. v. Nat'l Marine Fisheries Serv.,* Nos. 14-cv-1130 SC, 14-4365 SC, 2015 WL 4452136, at *12 (N.D. Cal. July 20, 2015); *In re Leapfron Enters., Inc. Sec. Litig.,* No. 03-cv-5421 at *3-6 (N.D. Cal. July 5, 2005); *Pepper v. Apple,* No. 11-cv-06714 YGR, 2019 U.S. Dist. LEXIS 143264, at *7 (N.D. Cal Aug. 22, 2019).

IT IS SO ORDERED

Dated: _____     _____
HONORABLE JON S. TIGAR
United States District Judge