DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
TARA M. STEELEY, State Bar #231775
EDMUND T. WANG, State Bar #278755
ZUZANA S. IKELS, State Bar #208671
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4655 [Steeley]
               (415) 554-3857 [Wang]
               (415) 355-3307 [Ikels]
Facsimile:     (415) 554-3837
E-Mail:        Tara.Steeley@sfcityatty.org
               Edmund.Wang@sfcityatty.org
               Zuzana.Ikels@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, <br><br> Defendant. | Case No. 4:20-cv-3033-JST <br><br> **PROOF OF SERVICE** <br><br> Trial Date:       Not Set |

# PROOF OF SERVICE

I, CELENA SEPULVEDA, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On October 4, 2023, I served the following document(s):

**SAN FRANCISCO'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED, PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11**

**DECLARATION OF ZUZANA S. IKELS IN SUPPORT OF SAN FRANCISCO'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED, PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11**

**[PROPOSED] ORDER GRANTING SAN FRANCISCO'S ADMINISTRATIVE MOTION TO RELATE THIS ACTION WITH COALITION ON HOMELESSNESS, ET AL. V. CITY AND COUNTY OF SAN FRANCISCO, ET AL, CASE NO. 4:22-CV-05502-DMR ( "COH")**

on the following persons at the locations specified:

| | |
|---|---|
| Michael A. Kelly, Esq.<br>Richard H. Schoenberger, Esq.<br>Matthew D. Davis, Esq.<br>Jade Smith-Williams, Esq.<br>Walkup, Melodia, Kelly & Schoenberger<br>650 California Street<br>San Francisco, CA  94108<br>Tel:  415-889-2919<br>Fax: 415-391-6965<br>mkelly@walkuplawoffice.com<br>rschoenberger@walkuplawoffice.com<br>mdavis@walkuplawoffice.com<br>jsmithwilliams@walkuplawoffice.com<br><br>Attorneys for All Plaintiffs in Hastings | Alan A. Greenberg, Esq.<br>Wayne R. Gross, Esq.<br>Deborah S. Mallgrave, Esq.<br>Greenberg Gross LLP<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA  90017<br>Tel:  213-334-7000<br>Fax: 213-334-7001<br>agreenberg@GGTrialLaw.com<br>wgross@GGTrialLaw.com<br>dmallgrave@GGTrialLaw.com<br><br>Attorneys for All Plaintiffs in Hastings |
| John K. Dipaolo, Esq.<br>General Counsel<br>Secretary to the Board of Directors<br>Hastings College of the Law<br>200 McAllister Street<br>San Francisco, CA  94102<br>Tel:  415-565-4787<br>Fax: 415-565-4825<br>dipaolojohn@uchastings.edu<br><br>Attorneys for Plaintiff HASTINGS COLLEGE OF THE LAW | Wesley Tiu<br>Alfred Carroll Pfeiffer, Jr.<br>Kevin Wu<br>Tulin Gurer<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone:    415-391-0600<br>Email:    wesley.tiu@lw.com<br>                 al.pfeiffer@lw.com<br>                 kevin.wu@lw.com<br>                 tulin.gurer@lw.com |
| | Rachel Mitchell<br>LATHAM & WATKINS LLP<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>Telephone:    858-523-5400 |

Email:          rachel.mitchell@lw.com

[Counsel For Plaintiffs COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN]

Zal Kotval Shroff
Andrew Ntim
LAWYERS COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:     415-543-9444
Facsimile:     415-543-0296
Email:         zshroff@lccrsf.org
               antim@lccrsf.org

John Thomas H. Do
William S. Freeman
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone:     415-621-2493 [Do & Freeman]
Email:         jdo@aclunc.org
               wfreeman@aclunc.org

Joseph Hyuk Lee
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone:     714-540-1235
Facsimile:     714-755-8290
Email:         joseph.lee@lw.com

in the manner indicated below:

☒   **BY ELECTRONIC MAIL:** I caused a copy of such document to be transmitted *via* electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address: celena.sepulveda@sfcityatty.org.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed October 4, 2023, at California.

_____
CELENA SEPULVEDA