MICHAEL A. KELLY, State Bar No. 71460
 MKelly@WalkupLawOffice.com
RICHARD H. SCHOENBERGER, State Bar No. 122190
 RSchoenberger@WalkupLawOffice.com
MATTHEW D. DAVIS, State Bar No. 141986
 MDavis@WalkupLawOffice.com
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street
San Francisco, CA  94108
Telephone:  415-889-2919
Facsimile:  415-391-6965

ALAN A. GREENBERG, State Bar No. 150827
 AGreenberg@GGTrialLaw.com
WAYNE R. GROSS, State Bar No. 138828
 WGross@GGTrialLaw.com
DEBORAH S. MALLGRAVE, State Bar No. 198603
 DMallgrave@GGTrialLaw.com
GREENBERG GROSS LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017
Telephone:  213-334-7000
Facsimile:  213-334-7001

_____
SHANIN SPECTER, Pennsylvania State Bar No. 40928
 shanin.specter@klinespecter.com
PHILIP M. PASQUARELLO
 philip.pasquarello@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA 19102
Telephone: 215-772-1000
Pro Hoc Vice


Attorneys for All Plaintiffs

JOHN K. DIPAOLO, State Bar No. 321942
 dipaolojohn@uchastings.edu
General Counsel
Secretary to the Board of Directors
Hastings College of the Law
200 McAllister Street
San Francisco, CA  94102
Telephone:  415-565-4787
Facsimile:  415-565-4825

Attorney for Plaintiff
COLLEGE OF THE LAW, SAN FRANCISCO

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

1
DAVIS DECLARATION - CASE NO. 4:20-cv-03033-JST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEGE OF THE LAW, SAN FRANCISCO a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California;<br>FALLON VICTORIA, an individual;<br>RENE DENIS, an individual;<br>TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association;<br>RANDY HUGHES, an individual; and<br>KRISTEN VILLALOBOS, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>　　　　　Defendant. | Case No. 4:20-cv-03033-JST<br><br>**DECLARATION OF MATTHEW D. DAVIS IN SUPPORT OF PLAINTIFFS' RESPONSE TO ADMINIDTRATIVE MOTION OF DEFENDANT CCSF TO RELATE CASES**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JON S. TIGAR**<br><br>Trial Date:　　　(None set yet) |

I, Matthew D. Davis, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Walkup, Melodia, Kelly & Schoenberger, attorneys of record for Plaintiffs in this case. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. My responsibilities in this litigation have included serving as the primary liaison for plaintiffs during settlement discussions with defendant City and County of San Francisco (the "City"). I have also been responsible for being the attorney who met-and-conferred with the City when plaintiffs believed that the City

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
DAVIS DECLARATION - CASE NO. 4:20-cv-03033-JST

was in breach of the Stipulated Injunction. I also actively monitored information relevant to the litigation and Stipulated Injunction, such as the "tent counts" that were regularly conducted in the Tenderloin following the entry of the Stipulated Injunction.

3. Since the Stipulated Injunction was entered on June 30, 2020, I initiated numerous meet-and-confers with the City Attorney's Office about City's compliance with the Stipulated Injunction, especially the City's obligation to "make all reasonable efforts" to permanently reduce the number of tents and encampments to "zero."

4. Until earlier this year, my counterpart at the City was Deputy City Attorney Ryan Stevens. I had a number of meet-and-confer telephone calls, text messages and email exchanges with Mr. Stevens in an effort to settle and resolve what plaintiffs' believed to be the City's breaches of the Stipulated Injunction. On more than one occasion, I, on behalf of the plaintiffs, threatened to escalate the dispute to the settlement conference (as contemplated and set forth by the Stipulated Injunction). However, until recently, plaintiffs were able to resolve their disputes with the City without requesting the settlement conference, let alone escalating the dispute to the attention of the Court. The majority of my meet-and-confer settlement discussions with Mr. Stevens pertained to the City's obligation to make all reasonable efforts to permanently reduce the number of tents and encampments to zero.

5. Based on my review of the tent counts and my personal experience in walking the streets of the Tenderloin, in the immediate months following the entry of the tremendous progress was made with respect to the sidewalk camps in the Tenderloin; on some days the number of tents and encampments dropped to the single digits.

6. Starting in 2021, a backslide occurred in that the number of tents and encampments in the Tenderloin started to creep up. This prompted plaintiffs to

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

3
DAVIS DECLARATION - CASE NO. 4:20-cv-03033-JST

1  initiate numerous meet-and-confer communications with the City. This would
2  sometimes result in the resumption of enforcement efforts by the City and a
3  reduction in the number of tents and encampments.

4      7. Beginning in about the end of 2022, the conditions in the Tenderloin
5  suddenly started to get much worse. Once again, some sidewalks became impassible.
6  As a consequence, plaintiffs ramped up the meet-and-confer efforts with the City. But
7  conditions seemed to only get worse. By June of 2023 conditions got so bad that
8  plaintiffs retained a licensed private investigator, Lindon Lilly, to document the
9  conditions in the Tenderloin in anticipation of eventually submitting a dispute to this
10 Court. Submitted with this response is that investigator's declaration.

11     8. In about July of this year, Mr. Stevens informed me that he was leaving
12 the City Attorney's office to join a private law firm. In late August of this year, I
13 learned that Deputy City Attorney Zuzana Ikels would be my new counterpart. My
14 meet-and-confer settlement discussions with the City have been primarily through
15 her since then.

16     9. In about July of this year, I became informed and came to believe,
17 through meet-and-confer discussions with the City and other sources, that the
18 Coalition on Homelessness ("COH") was allegedly instructing people camping on the
19 Tenderloin's streets and sidewalks to refuse the City's offers of shelter by citing to a
20 preliminary injunction issued in a separate case that the COH filed after it
21 intervened in this case. At about that time City reported that it felt that it could not
22 comply with the Stipulated Injunction because it was stuck between a rock and hard
23 place. That is what prompted plaintiffs to request a formal settlement conference in
24 this case.

25     10. I recently reviewed social media postings made by the COH. The
26 included the following post appeared on the COH's Twitter feed in December 2021:

27
28

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4
DAVIS DECLARATION - CASE NO. 4:20-cv-03033-JST



Source: https://twitter.com/kattenburger/status/1707085556834869587/photo/1 (accessed on 10/7/2023 at 2:09 p.m.) (Davis decl. at ¶X.)

11. I was struck by both the content and date of the above Twitter post. It was apparently made in December 2021, more than one year after this Court explicitly granted the COH the right to seek to modify and improve the Stipulated Injunction in this case. However, the COH has never made any overture to plaintiffs in this case to do so. It appears that the COH was instead soliciting donations to pay

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

5
DAVIS DECLARATION - CASE NO. 4:20-cv-03033-JST

for tents to distribute to people for the purpose of camping in the Tenderloin, which violates the spirit, if not the letter of the Stipulated Injunction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 6th day of October, 2023, at San Francisco, California.

_____
Matthew D. Davis

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

6
DAVIS DECLARATION - CASE NO. 4:20-cv-03033-JST