1  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, Jr., SBN 120965
2  505 Montgomery Street, Ste 2000
3  San Francisco, CA 94111
   Telephone: (415) 391-0600
4  al.pfeiffer@lw.com

5  LAWYERS' COMMITTEE FOR CIVIL
   RIGHTS OF THE SAN FRANCISCO BAY AREA
6  Zal K. Shroff, MJP 804620, pro hac vice
7  131 Steuart Street, Ste. 400
   San Francisco, CA 94105
8  Telephone: (415) 543-9444
   zshroff@lccrsf.org
9
   ACLU FOUNDATION OF NORTHERN
10 CALIFORNIA
11 John Thomas H. Do, SBN 285075
   39 Drumm Street
12 San Francisco, CA 94111
   Telephone: (415) 293-6333
13 jdo@aclunc.org

14 *Counsel for Plaintiffs in Case No. in 4:22-cv-05502-DMR*
15

16                **UNITED STATES DISTRICT COURT**
17                **NORTHERN DISTRICT OF CALIFORNIA**
18                       **OAKLAND DIVISION**

19 | | |
|---|---|
| COLLEGE OF THE LAW, SAN FRANCISCO, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual, Plaintiffs, v. CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, Defendants. | Case No. 4:20-cv-03033-JST **[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO RELATE CASES** |

**[PROPOSED] ORDER**

This matter comes before the Court on Defendants' Administrative Motion to Relate Cases. Having carefully considered the motion and the papers submitted, the Court finds the cases are not related. Defendants' Administrative Motion to Relate Cases is hereby DENIED.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE