1  Lauren Hansen (CA BAR NO. 268417)
   Melissa A. Morris (CA BAR NO. 233393)
2  PUBLIC INTEREST LAW PROJECT
   449 15th St., Suite 301
3  Oakland, CA 94612-06001
   Tel: (510) 891-9794
4  Fax: (510) 891-9727
   Email: lhansen@pilpca.org
5

6  Lili V. Graham (CA BAR NO. 284264)
   DISABILITY RIGHTS CALIFORNIA
7  350 S Bixel Street, Ste 290
   Los Angeles, CA 90017-1418
8  Tel: (213) 213-8000
   Fax: (213) 213-8001
9  Email: lili.graham@disabilityrightsca.org

10
   **(Additional counsel on following page)**
11

12 Attorneys for INTERVENORS
   HOSPITALITY HOUSE; AND
13 COALITION ON HOMELESSNESS

14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| COLLEGE OF THE LAW, SAN FRANCISCO, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>      Plaintiffs,<br><br>      v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>      Defendant. | Case No. 4:20-cv-3033-JST<br><br>**[PROPOSED] ORDER DENYING DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Action Filed: May 4, 2020<br><br>Action Closed: Oct. 7, 2020 |

| | |
|---|---|
| 1 | Michael David Keys (CA BAR NO. 133815)<br>BAY AREA LEGAL AID |
| 2 | 1454 43rd Avenue<br>San Francisco, CA 94122 |
| 3 | Tel: (415) 982-1300 |
| 4 | Fax: (415) 982-4243<br>Email: mkeys@baylegal.org |
| 5 | **(Counsel for Intervenors continued from previous page)** |

Case No. 4:20-cv-3033-JST
[PROPOSED] ORDER DENYING ADMIN. MOT. TO RELATE CASES                                2

Michael David Keys (CA BAR NO. 133815)
BAY AREA LEGAL AID
1454 43rd Avenue
San Francisco, CA 94122
Tel: (415) 982-1300
Fax: (415) 982-4243
Email: mkeys@baylegal.org

**(Counsel for Intervenors continued from previous page)**

Case No. 4:20-cv-3033-JST
[PROPOSED] ORDER DENYING ADMIN. MOT. TO RELATE CASES    2

# [PROPOSED] ORDER DENYING DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Now before the Court is Defendant City and County of San Francisco's Administrative Motion to Consider Whether Cases Are Related, Pursuant to Civil Local Rules 3-12 and 7-11. Dkt. No. 116.  The motion seeks to relate *Coalition on Homelessness et al. v. City and County of San Francisco et al*, Case No. 4:22-cv-05502-DMR (*COH v. SF*) to this matter.

Having read and considered Defendant's motion and the responses of Plaintiffs, Intervenors, and plaintiffs in *COH v. SF*, along with their concurrently-filed declarations, and good cause having been shown,  the Court hereby DENIES Defendant's Administrative Motion to Relate the two cases.

Neither of the factors listed under Local Rule 3-12(a) exist here.  The two cases involve different parties, claims, and events.  Moreover, granting Defendant's Motion would reduce judicial efficiency. *COH v. SF*  has been underway for over a year before Judge Ryu, who has invested significant time into considering and ruling on multiple substantive motions and has entered and overseen a preliminary injunction.  Duplication is unlikely because the instant matter has been closed for over three years with no substantive matters pending. *See Rezner v. Bayerische Hypo-UND Vereinsbank AG*, Nos. C 06–02064 JW, C 08–03479 SC, 2009 WL 3458704 *1 (N.D. Cal. Oct. 23, 2009).

Accordingly, Defendant's request to relate the two cases is denied with prejudice.

It is so ordered.

Dated: _____, 2023

_____
Honorable Jon S. Tigar
United States District Judge