| | |
|---|---|
| 1 | DAVID CHIU, SBN 189542<br>City Attorney |
| 2 | JAMES F. HANNAWALT, SBN 139657<br>Acting Chief Trial Deputy |
| 3 | TARA M. STEELEY, SBN 231775<br>EDMUND T. WANG, SBN 278755 |
| 4 | ZUZANA S. IKELS, SBN 208671<br>JOHN H. GEORGE, SBN 292332 |
| 5 | Deputy City Attorneys<br>Fox Plaza |
| 6 | 1390 Market Street, 6th Floor<br>San Francisco, CA 94102-5408 |
| 7 | Telephone:    (415) 554-4655 [Steeley] |
|   |               (415) 554-3857 [Wang] |
| 8 |               (415) 355-3307 [Ikels] |
|   |               (415) 554-4223 [George] |
| 9 | Facsimile:    (415) 437-4644 |
|   | E-Mail:       tara.Steeley@sfcityatty.org |
| 10 |              edmund.Wang@sfcityatty.org |
|    |              zuzana.ikels@sfcityatty.org |
| 11 |              john.george@sfcityatty.org |

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>         Plaintiffs,<br><br>         vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>         Defendant. | Case No. 4:20-cv-3033-JST<br><br>**NOTICE OF APPEARANCE OF JOHN H. GEORGE**<br><br>Trial Date:     Not Set |

1   TO THE COURT AND TO ALL COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that Deputy City Attorney JOHN H. GEORGE is appearing on

3   behalf of Defendant CITY AND COUNTY OF SAN FRANCISCO in the above-referenced action.  In

4   the future all pleadings and communications should be addressed to John H George as follows:

> John H. George
> Deputy City Attorney
> San Francisco City Attorney's Office
> Fox Plaza
> 1390 Market Street, 6th Floor
> San Francisco, CA 94102-4682
> Telephone:  (415) 554-4223
> Facsimile:  (415) 437-4644
> Email:  john.george@sfcityatty.org

Dated:  November 27, 2023

> DAVID CHIU
> City Attorney
> JAMES F. HANNAWALT
> Acting Chief Trial Deputy
> TARA M. STEELEY
> EDMUND T. WANG
> ZUZANA S. IKELS
> JOHN H. GEORGE
> Deputy City Attorneys
>
> By:  */s/ JOHN H. GEORGE*
> JOHN H. GEORGE
>
> Attorneys for Defendant
> CITY AND COUNTY OF SAN FRANCISCO