1  MICHAEL A. KELLY, State Bar No. 71460
     MKelly@WalkupLawOffice.com
2  RICHARD H. SCHOENBERGER, State Bar No. 122190
     RSchoenberger@WalkupLawOffice.com
3  MATTHEW D. DAVIS, State Bar No. 141986
     MDavis@WalkupLawOffice.com
4  WALKUP, MELODIA, KELLY & SCHOENBERGER
   650 California Street, 26th Floor
5  San Francisco, CA  94108
   Telephone:  415-889-2919
6  Facsimile:  415-391-6965

7  SHANIN SPECTER, (Pennsylvania State Bar No. 40928)
   (Pro Hac Vice Application Pending)
8  shanin.specter@klinespecter.com
   ALEX VAN DYKE (CA State Bar No. 340379)
9  alex.vandyke@klinespecter.com
   KLINE & SPECTER, P.C.
10 1525 Locust Street
   Philadelphia, PA 19102
11 Telephone: 215-772-1000

12 Attorneys for All Plaintiffs

13
   JOHN K. DIPAOLO, State Bar No. 321942
14   dipaolojohn@uchastings.edu
   General Counsel
15 Secretary to the Board of Directors
   College of the Law, San Francisco
16 200 McAllister Street
   San Francisco, CA  94102
17 Telephone:  415-565-4787
   Facsimile:  415-565-4825
18
   Attorney for Plaintiff
19 COLLEGE OF THE LAW, SAN FRANCISCO

20

21                    UNITED STATES DISTRICT COURT

22                   NORTHERN DISTRICT OF CALIFORNIA

23                   SAN FRANCISCO/OAKLAND DIVISION

24

| 25 | COLLEGE OF THE LAW, SAN FRANCISCO a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; | Case No. 4:20-cv-03033-JST |
|---|---|---|
| | | **DECLARATION OF RHIANNON BAILARD IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE STIPULATED INJUNCTION** |
| 28 | FALLON VICTORIA, an individual; | |

1
DECLARATION OF RHIANNON BAILARD ISO PLAINTIFFS' MOTION TO ENFORCE
STIPULATED INJUNCTION - CASE NO. 4:20-cv-03033-JST

| | |
|---|---|
| RENE DENIS, an individual;<br>TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association;<br>RANDY HUGHES, an individual; and<br>KRISTEN VILLALOBOS, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>　　　　　　　　Defendant. | **ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JON S. TIGAR, COURTROOM 6**<br><br>Date:<br>Time:<br><br>Action Filed:　05/04/2020<br>Trial Date:　　(TBD) |

I, Rhiannon Bailard, declare as follows:

1.　My full name is Rhiannon Bailard. I am more than twenty-one (21) years of age and am competent to give testimony and make this Declaration. I submit this Declaration in support of Plaintiffs' Motion to Enforce Stipulated Injunction. Except as otherwise specifically stated, I make this Declaration based upon my own personal knowledge. If called as a witness, I would and could testify to the matters attested to herein.

2.　I have been employed by then University of California, Hastings College of Law, now University of California Law San Francisco ("the Law School"), since 2018. My current title is Chief Operating Officer.

3.　Between May 2020 and August 2021, the Law School acquired tent and makeshift shelter counts from the Tenderloin Community Benefits District, which received the information from Urban Alchemy, a social services non-profit organization. Urban Alchemy was engaged by the City & County of San Francisco to monitor the number of tents and makeshift shelters in the Tenderloin neighborhood in order to effectuate the provision of street cleaning services. To do this, Urban Alchemy employees would walk the Tenderloin neighborhood and record the number and location of tents and makeshift shelters in the early morning hours.

4.　On May 28, 2020, Urban Alchemy counted 448 total tents and makeshift shelters in the Tenderloin neighborhood.

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
DECLARATION OF RHIANNON BAILARD ISO PLAINTIFFS' MOTION TO ENFORCE STIPULATED INJUNCTION - CASE NO. 4:20-cv-03033-JST

5. On October 15, 2020, Urban Alchemy counted 22 total tents and makeshift shelters in the Tenderloin neighborhood.

6. In February 2024, the Law School partnered with Urban Alchemy to conduct a new tent count utilizing the same methodology they used in their prior engagement for the City & County of San Francisco. On February 14, 2024, Urban Alchemy counted 71 total tents and makeshift shelters in the Tenderloin neighborhood.

I declare under the penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed this 13th day of March, 2024, at San Francisco, California.

By: *Rhiannon Bailard*
RHIANNON BAILARD, Declarant

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
DECLARATION OF RHIANNON BAILARD ISO PLAINTIFFS' MOTION TO ENFORCE STIPULATED INJUNCTION - CASE NO. 4:20-cv-03033-JST