UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| COLLEGE OF THE LAW, SAN FRANCISCO a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>              Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>             Defendant. | Case No. 4:20-cv-03033-JST<br><br>**[PROPOSED] ORDER**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JON S. TIGAR, COURTROOM 6**<br><br>Action Filed:   05/04/2020<br>Trial Date:      (None set yet) |

AND NOW, this _____ day of _____, 2024, upon consideration of the Motion to Enforce the Stipulated Injunction, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**. The City and County of San Francisco must resume full compliance with the provisions of the Stipulated Injunction, including by:

- Making all reasonable efforts to achieve the shared goal of permanently reducing the number of tents, along with all other encamping materials and related personal property in the Tenderloin to zero;

- Discouraging additional people from erecting tents in the neighborhood;

- Taking action to prevent re-encampment;

- Employing enforcement measures for those who do not accept an offer of shelter or safe sleeping sites to prevent re-encampment.

IT IS SO ORDERED.

DATED: March ___, 2024

_____
The Honorable Jon S. Tigar
United States District Court

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
[PROPOSED] ORDER - CASE NO. 4:20-cv-03033-JST