LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Pro Hac Vice Application Pending)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. 3:24-cv-01562-DMR<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Date Filed:  03/14/2024<br>Trial Date:  Unassigned |

1
PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 3-12 and Civil Local Rule 7-11, Plaintiffs Jane Roe, *et al.*, moves this Court for an order finding that this case, *Jane Roe, et al. v. City and County of San Francisco* (Case No. 3:24-cv-01562-DMR) ("*Jane Roe*"), filed on March 14, 2024, is related to *College of the Law, San Francisco, et al. v. City and County of San Francisco,* Case No. 4:20-cv-03033-JST ("*UC Law SF*").[1]

The plaintiffs in *UC Law SF* brought suit against the City and County of San Francisco (the "City") seeking injunctive relief to address open-air drug dealing and usage, sidewalk encampments and obstructions, and other harms and nuisances that were prevalent in the Tenderloin. In *Jane Roe*, Plaintiffs bring suit against the City and seek similar injunctive relief. The *Jane Roe* Plaintiffs allege that City's *de facto* treatment of the Tenderloin as San Francisco's "containment zone" for illegal narcotics activity and associated harms has resulted in the sidewalks and other public spaces in the neighborhood becoming dangerous, unsanitary, and inaccessible. The allege violations of the Americans with Disabilities Act, public and private nuisance, civil rights violations and other causes of action.

Civil Local Rule 3-12(b) states that "whenever a party knows or learns that an action, filed in or removed to this district is (or the party believes the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a), the party must promptly file in the lowest numbered case an Administrative Motion to Consider Whether Cases Should be Related…." Actions are related when "(1) The actions concern substantially the same parties, property, transaction, or event; and (2) it appears likely that there will be unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different

---

[1] This Court previously found *UC Law SF* was related to *Giosso v. City and County of San Francisco*, 4:20-cv-04255-JST, ("*Giosso*") and *Harrison v. City and County of San Francisco*, 4:20-cv-05178-JST ("*Harrison*")

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Judges." (Civil Local Rule 3-12(a).) *Jane Roe* and *UC Law SF* meet these criteria.

### A. *Jane Roe* Concerns Substantially the Same Parties, Property, Transaction or Event as *UC Law SF*

Both the *Jane Roe* case and the *UC Law SF* case allege that the City contains and confines illicit drug dealing and usage, illegal open-air markets, loitering, and injurious behaviors associated with those activities to the Tenderloin. *Jane Roe* and *UC Law SF* both concern the effect these acts, omissions and policies have on the same public walkways and spaces in the Tenderloin. Further, *Jane Roe* and *UC Law SF* concern the same defendant, CCSF. These factors support treating the actions as related.

### B. An Unduly Burdensome Duplication of Labor and Expense or Conflicting Would Likely Result if the Cases are Conducted Before Different Judges

Given the similar factual and legal backgrounds of the *Jane Roe* and *UC Law SF* cases, relation of the cases would conserve substantial judicial resources and reduce the possibility of conflicting results. The issues raised in the motion by the *UC Law SF* plaintiffs to enforce the stipulated injunction in their case overlap with the issues raised in the *Jane Roe* case. As this Court is already familiar with these topics, efficiency would be served by relating the cases. This would also avoid the risk of conflicting results that might result if these cases were conducted before different judges.

///
///
///
///
///
///

For the foregoing reasons, Plaintiffs respectfully request that the Court find that *Jane Roe* is related to *UC Law SF* and be transferred to this Court.

Dated: March 14, 2024         WALKUP, MELODIA, KELLY & SCHOENBERGER

Kline & Specter, P.C.

By:   /S/ Matthew D. Davis
MICHAEL A. KELLY
RICHARD H. SCHOENBERGER
MATTHEW D. DAVIS
ASHCON MINOIEFAR

SHANIN SPECTOR
ALEX VAN DYKE

Attorneys for ALL PLAINTIFFS

### CERTIFICATE OF SERVICE

I, Matthew D. Davis, Esquire, hereby certify that I electronically filed the following document by using the CM/ECF system on March 14, 2024.

By:   */S/ Matthew D. Davis*
MATTHEW D. DAVIS

# PROOF OF SERVICE

**Jane Roe, et al. v. City and County San Francisco**
**USDC – Northern California Case No. 3:24-cv-01562-DMR**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the county where the mailing took place,  My business address is 650 California Street, 26th Floor, City and County of San Francisco, CA 94108-2615.

On the date set forth below, I caused to be served true copies of the following document(s) described as

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; DECLARATION OF MATTHEW D. DAVIS; [PROPOSED] ORDER**

to:

**Hastings, et al. v. City and County San Francisco, Case No. 4:20-cv-3033-JST**

| | |
|---|---|
| Shanin Specter, Esq.<br>(Pennsylvania State Bar No. 40928)<br>(Pro Hac Vice Application Pending)<br>Alex Van Dyke, Esq.<br>(CA State Bar No. 340379)<br>KLINE & SPECTER, P.C.<br>1525 Locust Street<br>Philadelphia, PA 19102 | **Co-Counsel for All Plaintiffs**<br><br>Office: (215) 772-1000<br>Facsimile:  (215) 772-1359<br>shanin.specter@klinespecter.com<br>alex.vandyke@klinespecter.com |
| John K. Dipaolo, Esq.<br>General Counsel<br>Secretary to the Board of Directors<br>College of the Law, San Francisco<br>200 McAllister Street<br>San Francisco, CA  94102 | **Counsel for Plaintiff**<br>**College of the Law, San Francisco**<br><br>Telephone:  (415) 565-4787<br>Facsimile:  (415) 565-4825<br>dipaolojohn@uchastings.edu |

| | | |
|---|---|---|
| 1 | Edmund T. Wang**,** Deputy City Attorney<br>David Chiu, City Attorney | **Counsel for Defendant City and County of San Francisco** |
| 2 | James F. Hannawalt, Acting Chief Trial Deputy | |
| 3 | Jeremy M. Goldman, Esq.<br>Tara M. Steeley, Esq. | Wang Direct: (415) 554-3857<br>Goldman Direct: (415) 554-6762<br>Steeley Direct: (415) 554-4655 |
| 4 | Renée E. Rosenblit, Esq.<br>Zuzana S. Ikels, Esq. | Rosenblit Direct: (415) 554-3975<br>Stevens Direct: (415) 554-3975 |
| 5 | John H. George, Esq.<br>1390 Market Street, Sixth Floor | Ikels Direct: (415) 355-3307<br>George Direct: (415) 554-4223 |
| 6 | San Francisco, CA 94102-4682 | Fax: (415) 554-3837<br>jeremy.goldman@sfcityattny.org |
| 7 | | tara.steeley@sfcityattny.org<br>renee.rosenblit@sfcityattny.org |
| 8 | | edmund.wang@sfcityatty.org<br>Zuzana.ikels@sfcityattny.org |
| 9 | | john.george@sfcityatty.org<br>anita.murdock@sfcityatty.org, |
| 10 | | celena.sepulveda@sfcityatty.org,<br>sophia.garcia@sfcityatty.org, |
| 11 | | winnie.fong@sfcityatty.org |
| 12 | | |
| 13 | Lauren Hansen, Esq.<br>Melissa A. Morris, Esq. | **Counsel for Proposed Intervenors Hospitality House; coalition on Homelessness; and Faithful Fools** |
| 14 | Public Interest Law Project<br>449 15th Street, Suite 301 | |
| | Oakland, CA 94612-06001 | |
| 15 | | Office: (510) 891-9794<br>Fax: (510) 891-9727 |
| 16 | | lhansen@pilpca.org<br>mmorris@pilpca.org |
| 17 | | |
| 18 | Lili V. Graham, Esq.<br>Tiffany L. Nocon, Esq. | **Counsel for Proposed Intervenors Hospitality House; coalition on Homelessness; and Faithful Fools** |
| 19 | Disability Rights California<br>350 S. Bixel Street Suite 290 | |
| | Los Angeles, CA 90017-1418 | |
| 20 | | Office: (213) 213-8000<br>Fax: (213) 213-8001 |
| 21 | | lili.graham@disabilityrightsca.org<br>tiffany.nocon@disabilityrightsca.org |
| 22 | | |
| 23 | Michael David Keys, Esq.<br>Jessica Berger, Esq. | **Counsel for Proposed Intervenors Hospitality House; coalition on Homelessness; and Faithful Fools** |
| 24 | Bay Area Legal Aid<br>1454 43rd Avenue | |
| | San Francisco, CA 94122 | |
| 25 | | Office: (415) 982-1300<br>Fax: (415) 982-4243 |
| 26 | | mkeys@baylegal.org<br>jberger@baylegal.org |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | William S. Freeman, Esq. | **Counsel for Amicus Curiae (ACLU Foundation of Northern California)** |
| 2 | John Thomas H. Do, Esq. ACLU Foundation of Northern California | |
| 3 | 39 Drumm Street San Francisco, CA 94111 | (415) 621-2943 |
| 4 | | wfreeman@aclunc.org jdo@aclune.org |

| | | |
|---|---|---|
| 6 | **Harrison v. City and County San Francisco, Case No. 4:20-cv-05178-JST** | |
| 7 | Patrina Harrison | **Plaintiff, In Pro Per** |
| 8 | 650 Harrison Street, #207 San Francisco, CA 94109 | (415) 567-8182 harrisonempa@gmail.com |

| | | |
|---|---|---|
| 10 | Aaron Wiener, Esq. | **Counsel for Defendant City and County of San Francisco** |
| 11 | Renee E. Rosenblit, Esq. San Francisco City Attorney's Office | |
| 12 | 1390 Market Street, 6th Floor San Francisco, CA 94102 | Office: (415) 554-3853 Fax: (415) 554-3837 |
| 13 | | aaron.wiener@sfcityatty.org renee.rosenblit@sfcityatty.org |

| | | |
|---|---|---|
| 15 | **Giosso, et al. v. City and County San Francisco, Case No. 4:20-cv-04255-JST** | |
| 17 | Curtis F. Dowling, Esq. | **Counsel for Plaintiffs Daniel Giosso, Janes Giosso, Richard Giosso and Mike O'Neil & Sons** |
| 18 | Beckman Marquez LLP 703 Market Street, Suite 1610 | |
| 19 | San Francisco, CA 94103 | Office: (415) 495-8500 x 13 Fax: (415) 495-8590 curtis@dowlingmarquez.com |
| 21 | Jack Steven Marquez, Esq. | **Counsel for Plaintiffs Daniel Giosso, Janes Giosso, Richard Giosso and Mike O'Neil & Sons** |
| 22 | Dowling & Marquez, LLP 625 Market Street, 4th Floor | |
| 23 | San Francisco, CA 94105 | Office: (415) 977-0444 x 232 Fax: (415) 977-0156 jak@dowlingmarquez.com |

| | | |
|---|---|---|
| 1 | Renee E. Rosenblit, Esq.<br>San Francisco City Attorney's Office<br>1390 Market Street, 6th Floor<br>San Francisco, CA  94102 | **Counsel for Defendant City and County of San Francisco**<br><br>Office:  (415) 554-3853<br>Fax:  (415) 554-3837<br>renee.rosenblit@sfcityatty.org |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address kbenzien@walkuplawoffice.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March __, 2024, at San Francisco, California.

_____
Kirsten Benzien