LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTOR (Pennsylvania State Bar No. 40928)
(Pro Hac Vice Application Pending)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a California public entity, <br><br> Defendants. | Case No. 3:24-cv-01562-DMR <br><br> **[PROPOSED] ORDER** |

1   On March 14, 2024, Plaintiffs Jane Roe, *et al.*, filed an administrative motion
2 to relate *Jane Roe, et al., v. City and County of San Francisco*, Case No. 3:24-cv-
3 01562-DMR("*Jane Roe*"), filed on March 14, 2024, to *UC Law SF College of the Law,*
4 *et al., v. City and County of San Francisco,* Case No. 4:20-cv-03033-JST ("*UC Law*
5 *SF*"), filed on May 4, 2020. As the judge assigned to the first filed action, I find *Jane*
6 *Roe* to be related to *UC Law SF*.
7   Accordingly, it is ORDERED that *Jane Roe, et al. v. City and County of San*
8 *Francisco* (Case No. 3:24-cv-01562-DMR) ("*Jane Roe*"), is reassigned to this Court,
9 and the clerk shall so notify the parties.
10   IT IS SO ORDERED

Dated: _____    _____
HONORABLE JON S. TIGAR
United States District Judge