DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
TARA M. STEELEY, State Bar #231775
THOMAS S. LAKRITZ, State Bar #161234
JOHN H. GEORGE, State Bar #292332
KAITLYN M. MURPHY, State Bar #293309
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4655 (Steeley)
               (145) 554-4628 (Lakritz)
               (415) 554-4223 (George)
               (415) 554-6762 (Murphy)
Facsimile:     (415) 554-4699
E-Mail:        tara.steeley@sfcityatty.org
               tom.lakritz@sfcityatty.org
               john.george@sfcityatty.org
               kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>Defendant. | Case No. 4:20-cv-3033-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO ENFORCE**<br><br>Trial Date:       Not set. |

1   WHEREAS, Defendant, Intervenors, and Plaintiffs, through their counsel of record, enter into
2   the following stipulation regarding the briefing schedule for Plaintiffs' Motion to Enforce Stipulated
3   Injunction (ECF No. 126, "Motion").

**STIPULATION**

WHEREAS, on March 14, 2024, Plaintiffs filed the Motion;

WHEREAS, on March 20, 2024, the Court set the Motion for hearing on May 23, 2024 at 2 p.m.;

WHEREAS, Defendant San Francisco and Intervenors Hospitality House, Coalition on Homelessness, and Faithful Fools seek additional time beyond the 14 days provided in the Court's local rules to respond to the Motion, and the parties have met and conferred on Defendant and Intervenors' request for additional time;

WHEREAS, Defendant does not concede that Intervenors are permitted to file a response to the Motion, but in the interest of avoiding unnecessary motion practice regarding scheduling, agrees to stipulate to a schedule for any permitted response;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that: any Opposition or Statement of Non-Opposition to the Motion must be filed on or before April 18, 2024; and any Reply in support of the Motion must be filed on or before May 9, 2024.

IT IS SO STIPULATED.

Dated:  March 22, 2024

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
WAYNE SNODGRASS
TARA M. STEELEY
THOMAS S. LAKRITZ
JOHN H. GEORGE
KAITLYN M. MURPHY
Deputy City Attorneys


By:  s/John H. George
JOHN H. GEORGE

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: March 22, 2024

                                      WALKUP, MELODIA, KELLY & SCHOENBERGER

                         By:  **s/Matthew D. Davis
                               MATTHEW D. DAVIS

                               Attorneys for Plaintiffs
                               HASTINGS COLLEGE OF THE LAW, FALLON VICTORIA, RENE DENIS, TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, RANDY HUGHES, and KRISTEN VILLALOBOS

Dated: March 22, 2024

                                      THE PUBLIC INTEREST LAW PROJECT

                       By:  **s/Lauren Hansen
                               LAUREN HANSEN

                               Attorneys for Intervenors
                               HOSPITALITY HOUSE, COALITION ON HOMELESSNESS, and FAITHFUL FOOLS

*\*\*Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Stipulation and Proposed Order is GRANTED as follows:

1. Any Opposition or Statement of Non-Opposition to Plaintiffs' Motion to Enforce Stipulated Injunction (ECF No. 126) must be filed on or before April 18, 2024; and

2. Any Reply in support of Plaintiffs' Motion must be filed on or before May 9, 2024.

IT IS SO ORDERED.

Date: 3/22/2024

HONORABLE JON S. TIGAR
United States District Judge