MICHAEL A. KELLY, (State Bar No. 71460)
  mkelly@WalkupLawOffice.com
RICHARD H. SCHOENBERGER, (State Bar No. 122190)
  rschoenberger@WalkupLawOffice.com
MATTHEW D. DAVIS, (State Bar No. 141986)
  mdavis@WalkupLawOffice.com
ASHCON MINOIEFAR, (State Bar No. 347583)
  aminoiefar@WalkupLawOffice.com
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA  94108
Telephone:  415-889-2919
Facsimile:  415-391-6965

SHANIN SPECTER, (Pennsylvania State Bar No. 40928)
  shanin.specter@klinespecter.com
(Admitted Pro Hac Vice)
ALEX VAN DYKE (CA State Bar No. 340379)
  alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA 19102
Telephone: 215-772-1000

Attorneys for All Plaintiffs

JOHN K. DIPAOLO, (State Bar No. 321942)
  dipaolojohn@uchastings.edu
General Counsel
Secretary to the Board of Directors
College of the Law, San Francisco
200 McAllister Street
San Francisco, CA  94102
Telephone:  415-565-4787
Facsimile:  415-565-4825

Attorney for Plaintiff
COLLEGE OF THE LAW, SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| COLLEGE OF THE LAW, SAN FRANCISCO a public trust and institution of higher education duly organized under the laws | Case No. 4:20-cv-03033-JST<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

|   |   |
|---|---|
| and the Constitution of the State of California;<br>FALLON VICTORIA, an individual;<br>RENE DENIS, an individual;<br>TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association;<br>RANDY HUGHES, an individual; and<br>KRISTEN VILLALOBOS, an individual,<br><br>                    Plaintiffs,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>                    Defendant. | ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JON S. TIGAR, COURTROOM 6<br><br>Action Filed:     05/04/2020<br>Trial Date:       (None set yet) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Ashcon Minoiefar, Esq. of Walkup, Melodia, Kelly & Schoenberger, hereby appears as co-counsel for all Plaintiffs in the above-captioned matter. Ashcon Minoiefar's contact information is below:

> Ashcon Minoiefar, Esq.
> WALKUP, MELODIA, KELLY & SCHOENBERGER
> 650 California Street, 26th Floor
> San Francisco, CA  94108
> Telephone:   415-889-2919
> Facsimile:    415-391-6965
> Email:          aminoiefar@walkuplawoffice.com

Dated:  April 15, 2024                                        WALKUP, MELODIA, KELLY & SCHOENBERGER

                                                                          By: _____
                                                                                ASHCON MINOIEFAR
                                                                                Attorneys for All Plaintiffs

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

2
NOTICE OF APPEARANCE - CASE NO. 4:20-cv-03033-JST

1-28

**CERTIFICATE OF SERVICE**

I, Ashcon Minoiefar, Esquire, hereby certify that I electronically filed the following document by using the CM/ECF system on April 15, 2024.

Dated: April 15, 2024          WALKUP, MELODIA, KELLY & SCHOENBERGER

By: _____
ASHCON MINOIEFAR
Attorneys for All Plaintiffs

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3

NOTICE OF APPEARANCE - CASE NO. 4:20-cv-03033-JST

# PROOF OF SERVICE

**Hastings, et al. v. City and County San Francisco, et al.
USDC-Northern California Case No. 4:20-cv-3033-JST**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the county where the mailing took place, My business address is 650 California Street, 26th Floor, City and County of San Francisco, CA 94108-2615.

On the date set forth below, I caused to be served true copies of the following document(s) described as

## NOTICE OF ATTORNEY APPEARANCE

to:

| | |
|---|---|
| Shanin Specter, Esq.<br>(Pennsylvania State Bar No. 40928)<br>(Admitted Pro Hac Vice)<br>Alex Van Dyke, Esq.<br>KLINE & SPECTER, P.C.<br>1525 Locust Street<br>Philadelphia, PA 19102 | **Co-Counsel for All Plaintiffs**<br>(and related case USDC-Northern CA case #4:24-cv-01562-JST)<br><br>Office: (215) 772-1000<br>Facsimile: (215) 772-1359<br>shanin.specter@klinespecter.com<br>alex.vandyke@klinespecter.com |
| John K. Dipaolo, Esq.<br>General Counsel<br>Secretary to the Board of Directors<br>College of the Law, San Francisco<br>200 McAllister Street<br>San Francisco, CA  94102 | **Counsel for Plaintiff<br>College of the Law, San Francisco**<br><br>Telephone:  (415) 565-4787<br>Facsimile:  (415) 565-4825<br>dipaolojohn@uchastings.edu |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

1
NOTICE OF APPEARANCE - CASE NO. 4:20-cv-03033-JST

| | |
|---|---|
| Edmund T. Wang, Deputy City Attorney<br>David Chiu, City Attorney<br>James F. Hannawalt, Acting Chief Trial Deputy<br>Jeremy M. Goldman, Esq.<br>Tara M. Steeley, Esq.<br>Renée E. Rosenblit, Esq.<br>Zuzana S. Ikels, Esq.<br>John H. George, Esq.<br>1390 Market Street, Sixth Floor<br>San Francisco, CA 94102-4682 | **Attorneys for Defendant City and County of San Francisco**<br>(and related case USDC-Northern CA case #4:24-cv-01562-JST)<br><br>Wang Direct: (415) 554-3857<br>Goldman Direct: (415) 554-6762<br>Steeley Direct: (415) 554-4655<br>Rosenblit Direct: (415) 554-3975<br>Stevens Direct: (415) 554-3975<br>Ikels Direct: (415) 355-3307<br>George Direct: (415) 554-4223<br>Fax: (415) 554-3837<br>jeremy.goldman@sfcityattny.org<br>tara.steeley@sfcityattny.org<br>renee.rosenblit@sfcityattny.org<br>edmund.wang@sfcityatty.org<br>Zuzana.ikels@sfcityattny.org<br>john.george@sfcityatty.org<br>anita.murdock@sfcityatty.org,<br>celena.sepulveda@sfcityatty.org,<br>sophia.garcia@sfcityatty.org,<br>winnie.fong@sfcityatty.org |
| Lauren Hansen, Esq.<br>Melissa A. Morris, Esq.<br>Public Interest Law Project<br>449 15th Street, Suite 301<br>Oakland, CA 94612-06001 | **Counsel for Proposed Intervenors Hospitality House; coalition on Homelessness; and Faithful Fools**<br><br>Office: (510) 891-9794<br>Fax: (510) 891-9727<br>lhansen@pilpca.org<br>mmorris@pilpca.org |
| Lili V. Graham, Esq.<br>Tiffany L. Nocon, Esq.<br>Disability Rights California<br>350 S. Bixel Street Suite 290<br>Los Angeles, CA 90017-1418 | **Counsel for Proposed Intervenors Hospitality House; coalition on Homelessness; and Faithful Fools**<br><br>Office: (213) 213-8000<br>Fax: (213) 213-8001<br>lili.graham@disabilityrightsca.org<br>tiffany.nocon@disabilityrightsca.org |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
NOTICE OF APPEARANCE - CASE NO. 4:20-cv-03033-JST

| | |
|---|---|
| Michael David Keys, Esq.<br>Jessica Berger, Esq.<br>Bay Area Legal Aid<br>1454 43rd Avenue<br>San Francisco, CA  94122 | **Counsel for Proposed Intervenors Hospitality House; coalition on Homelessness; and Faithful Fools**<br><br>Office:  (415) 982-1300<br>Fax:  (415) 982-4243<br>mkeys@baylegal.org<br>jberger@baylegal.org |
| William S. Freeman, Esq.<br>John Thomas H. Do, Esq.<br>ACLU Foundation of Northern California<br>39 Drumm Street<br>San Francisco, CA 94111 | **Counsel for Amicus Curiae (ACLU Foundation of Northern California)**<br><br>(415) 621-2943<br>wfreeman@aclunc.org<br>jdo@aclune.org |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 15, 2024, at San Francisco, California.

*/s/ Kirsten Benzien*
_____
Kirsten Benzien