1  MICHAEL A. KELLY, (State Bar No. 71460)
     mkelly@WalkupLawOffice.com
2  RICHARD H. SCHOENBERGER, (State Bar No. 122190)
     rschoenberger@WalkupLawOffice.com
3  MATTHEW D. DAVIS, (State Bar No. 141986)
     mdavis@WalkupLawOffice.com
4  ASHCON MINOIEFAR, (State Bar No. 347583)
     aminoiefar@WalkupLawOffice.com
5  WALKUP, MELODIA, KELLY & SCHOENBERGER
   650 California Street, 26th Floor
6  San Francisco, CA  94108
   Telephone:  415-889-2919
7  Facsimile:  415-391-6965

8  SHANIN SPECTER, (Pennsylvania State Bar No. 40928)
     shanin.specter@klinespecter.com
9  (Admitted Pro Hac Vice)
   ALEX VAN DYKE (CA State Bar No. 340379)
10   alex.vandyke@klinespecter.com
   KLINE & SPECTER, P.C.
11 1525 Locust Street
   Philadelphia, PA 19102
12 Telephone: 215-772-1000

13
   Attorneys for All Plaintiffs
14

15 JOHN K. DIPAOLO, (State Bar No. 321942)
     dipaolojohn@uchastings.edu
16 General Counsel
   Secretary to the Board of Directors
17 College of the Law, San Francisco
   200 McAllister Street
18 San Francisco, CA  94102
   Telephone:  415-565-4787
19 Facsimile:  415-565-4825

20 Attorney for Plaintiff
   COLLEGE OF THE LAW, SAN FRANCISCO

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| COLLEGE OF THE LAW, SAN FRANCISCO a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, <br><br> Defendant. | Case No. 4:20-cv-03033-JST <br><br> **NOTICE OF ATTORNEY APPEARANCE** <br><br> **ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JON S. TIGAR, COURTROOM 6** <br><br> Action Filed:   05/04/2020 <br> Trial Date:      (None set yet) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Alex Van Dyke, Esq. of Kline & Specter, P.C., hereby appears as co-counsel for all Plaintiffs in the above-captioned matter. Alex Van Dyke's contact information is below:

```
Alex Van Dyke, Esq.
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA 19102
Telephone:   (215) 772-1000
Fax:         (215) 402-2362
Email:       alex.vandyke@klinespecter.com
```

|   |   |
|---|---|
| Dated: April 15, 2024 | KLINE & SPECTER, P.C. |
|   | By: _____<br>ALEX VAN DYKE<br>Attorney for ALL PLAINTIFFS |

**CERTIFICATE OF SERVICE**

I, Alex Van Dyke, Esquire, hereby certify that I caused the following document to be electronically filed by using the CM/ECF system on April 15, 2024.

Dated: April 15, 2024            KLINE & SPECTER, P.C.


                                  By: _____
                                       ALEX VAN DYKE
                                       Attorney for ALL PLAINTIFFS

## PROOF OF SERVICE

**Hastings v. City and County San Francisco**
**USDC-Northern California Case No. 4:20-cv-3033-JST**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the county where the mailing took place, My business address is 1525 Locust Street, Philadelphia, Pennsylvania 19102.

On the date set forth below, I caused to be served true copies of the following document(s) described as

## NOTICE OF ATTORNEY APPEARANCE

to:

| | |
|---|---|
| Shanin Specter, Esq.<br>(Pennsylvania State Bar No. 40928)<br>(Admitted Pro Hac Vice)<br>KLINE & SPECTER, P.C.<br>1525 Locust Street<br>Philadelphia, PA 19102 | **Co-Counsel for All Plaintiffs**<br>(and related case USDC-Northern CA case #4:24-cv-01562-JST)<br><br>Office: (215) 772-1000<br>Facsimile: (215) 772-1359<br>shanin.specter@klinespecter.com |
| John K. Dipaolo, Esq.<br>General Counsel<br>Secretary to the Board of Directors<br>College of the Law, San Francisco<br>200 McAllister Street<br>San Francisco, CA 94102 | **Counsel for Plaintiff**<br>**College of the Law, San Francisco**<br><br>Telephone: (415) 565-4787<br>Facsimile: (415) 565-4825<br>dipaolojohn@uchastings.edu |

| | | |
|---|---|---|
| 1 | Edmund T. Wang, Deputy City Attorney<br>David Chiu, City Attorney | **Attorneys for Defendant City and County of San Francisco** |
| 2 | James F. Hannawalt, Acting Chief Trial Deputy | (and related case USDC-Northern CA case #4:24-cv-01562-JST) |
| 3 | Jeremy M. Goldman, Esq.<br>Tara M. Steeley, Esq. | Wang Direct: (415) 554-3857 |
| 4 | Renée E. Rosenblit, Esq.<br>Zuzana S. Ikels, Esq. | Goldman Direct: (415) 554-6762<br>Steeley Direct: (415) 554-4655 |
| 5 | John H. George, Esq.<br>1390 Market Street, Sixth Floor | Rosenblit Direct: (415) 554-3975<br>Stevens Direct: (415) 554-3975 |
| 6 | San Francisco, CA 94102-4682 | Ikels Direct: (415) 355-3307<br>George Direct: (415) 554-4223 |
| 7 | | Fax: (415) 554-3837<br>jeremy.goldman@sfcityattny.org |
| 8 | | tara.steeley@sfcityattny.org<br>renee.rosenblit@sfcityattny.org |
| 9 | | edmund.wang@sfcityatty.org<br>Zuzana.ikels@sfcityattny.org |
| 10 | | john.george@sfcityatty.org<br>anita.murdock@sfcityatty.org, |
| 11 | | celena.sepulveda@sfcityatty.org,<br>sophia.garcia@sfcityatty.org, |
| 12 | | winnie.fong@sfcityatty.org |
| 13 | | |
| 14 | Lauren Hansen, Esq.<br>Melissa A. Morris, Esq. | **Counsel for Proposed Intervenors Hospitality House; coalition on Homelessness; and Faithful Fools** |
| 15 | Public Interest Law Project<br>449 15th Street, Suite 301 | |
| 16 | Oakland, CA 94612-06001 | Office: (510) 891-9794 |
| 17 | | Fax: (510) 891-9727<br>lhansen@pilpca.org |
| 18 | | mmorris@pilpca.org |
| 19 | Lili V. Graham, Esq. | **Counsel for Proposed Intervenors Hospitality House; coalition on Homelessness; and Faithful Fools** |
| 20 | Tiffany L. Nocon, Esq.<br>Disability Rights California | |
| 21 | 350 S. Bixel Street Suite 290<br>Los Angeles, CA 90017-1418 | |
| 22 | | Office: (213) 213-8000<br>Fax: (213) 213-8001 |
| 23 | | lili.graham@disabilityrightsca.org<br>tiffany.nocon@disabilityrightsca.org |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Michael David Keys, Esq.<br>Jessica Berger, Esq.<br>Bay Area Legal Aid<br>1454 43rd Avenue<br>San Francisco, CA  94122 | **Counsel for Proposed Intervenors Hospitality House; coalition on Homelessness; and Faithful Fools**<br><br>Office:  (415) 982-1300<br>Fax:  (415) 982-4243<br>mkeys@baylegal.org<br>jberger@baylegal.org |
| William S. Freeman, Esq.<br>John Thomas H. Do, Esq.<br>ACLU Foundation of Northern California<br>39 Drumm Street<br>San Francisco, CA 94111 | **Counsel for Amicus Curiae (ACLU Foundation of Northern California)**<br><br>(415) 621-2943<br>wfreeman@aclunc.org<br>jdo@aclune.org |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 15, 2024, at Philadelphia, Pennsylvania.

KLINE & SPECTER, P.C.

By: *Sarah Richmond*
SARAH RICHMOND

3
NOTICE OF APPEARANCE - CASE NO. 4:20-cv-03033-JST