DAVID CHIU, State Bar # 189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
TARA M. STEELEY, State Bar # 231775
JOHN H. GEORGE, State Bar # 292332
KAITLYN MURPHY, State Bar #293309
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4675 [Snodgrass]
               (415) 554-4655 [Steeley]
               (415) 554-4223 [George]
               (415) 554-6762 [Murphy]
Facsimile:     (415) 554-4699
E-Mail:        wayne.snodgrass@sfcityatty.org
               tara.Steeley@sfcityatty.org
               john.george@sfcityatty.org
               kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>     Plaintiffs,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>     Defendant. | Case No. 4:20-cv-3033-JST<br><br>**NOTICE OF APPEARANCE OF KAITLYN MURPHY**<br><br>Trial Date:     Not Set |

TO THE COURT AND TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Deputy City Attorney KAITLYN MURPHY is appearing on behalf of Defendant CITY AND COUNTY OF SAN FRANCISCO in the above-referenced action. In the future all pleadings and communications should be addressed to Kaitlyn M. Murphy as follows:

> Kaitlyn Murphy
> Deputy City Attorney
> Office of the City Attorney of San Francisco
> City Hall, Room 234
> 1 Dr. Carlton B. Goodlett Place
> San Francisco, California 94102-4682
> Telephone: (415) 554-6762
> Facsimile: (415) 554-4699
> Email: kaitlyn.murphy@sfcityatty.org

Dated:  April 18, 2024

>> DAVID CHIU
>> City Attorney
>> YVONNE R. MERÉ
>> Chief Deputy City Attorney
>> WAYNE SNODGRASS
>> TARA M. STEELEY
>> JOHN H. GEORGE
>> KAITLYN MURPHY
>> Deputy City Attorneys
>>
>> By: */s/ Kaitlyn Murphy*
>>     KAITLYN MURPHY
>>
>> Attorneys for Defendant
>> CITY AND COUNTY OF SAN FRANCISCO