Lauren Hansen (CA BAR NO. 268417)
Melissa A. Morris (CA BAR NO. 233393)
PUBLIC INTEREST LAW PROJECT
449 15th St., Suite 301
Oakland, CA 94612-06001
Tel: (510) 891-9794
Fax: (510) 891-9727
Email: lhansen@pilpca.org

Lili V. Graham (CA BAR NO. 284264)
DISABILITY RIGHTS CALIFORNIA
350 S Bixel Street, Ste 290
Los Angeles, CA 90017-1418
Tel: (213) 213-8000
Fax: (213) 213-8001
Email: lili.graham@disabilityrightsca.org

**(Additional counsel on following page)**

Attorneys for INTERVENORS
HOSPITALITY HOUSE, COALITION ON
HOMELESSNESS, and FAITHFUL FOOLS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEGE OF THE LAW, SAN FRANCISCO, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>      Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>      Defendant. | **Case No. 4:20-cv-3033-JST**<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO ENFORCE STIPULATED INJUNCTION**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JON S. TIGAR, COURTROOM 6**<br><br>Date: 05/23/2024<br>Time: 2:00 p.m.<br><br>Action Filed: 05/04/2020<br>TRIAL DATE: (TBD) |

Michael David Keys (CA BAR NO. 133815)
BAY AREA LEGAL AID
1800 Market Street, 3rd Floor
San Francisco, CA 94102
Tel: (415) 982-1300
Fax: (415) 982-4243
Email: mkeys@baylegal.org

**(Counsel for Intervenors continued from previous page**

# [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO ENFORCE STIPULATED INJUNCTION

Now before the Court is Plaintiffs' Motion to Enforce the Stipulated Injunction. Having read and considered Plaintiffs' motion and the responses of Defendant and Intervenors along with their concurrently-filed declarations, and good cause having been shown, the Court hereby DENIES Plaintiffs' Motion to Enforce the Stipulated Injunction.

Plaintiffs have not met their burden to support a Motion to Enforce the Stipulated Injunction, and the provisions of the Injunction that Plaintiffs rely upon are so vague as to be unenforceable.

It is so ordered.

Dated: _____, 2024

_____
Honorable Jon S. Tigar
United States District Judge