Lauren Hansen (CA BAR NO. 268417)
Melissa A. Morris (CA BAR NO. 233393)
PUBLIC INTEREST LAW PROJECT
449 15th St., Suite 301
Oakland, CA 94612-06001
Tel: (510) 891-9794
Fax: (510) 891-9727
Email: lhansen@pilpca.org

Lili V. Graham (CA BAR NO. 284264)
DISABILITY RIGHTS CALIFORNIA
350 S Bixel Street, Ste 290
Los Angeles, CA 90017-1418
Tel: (213) 213-8000
Fax: (213) 213-8001
Email: lili.graham@disabilityrightsca.org

**(Additional counsel on following page)**

Attorneys for INTERVENORS
HOSPITALITY HOUSE, COALITION ON
HOMELESSNESS, and FAITHFUL FOOLS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEGE OF THE LAW, SAN FRANCISCO, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>Defendant. | **Case No. 4:20-cv-3033-JST**<br><br>**CERTIFICATE OF SERVICE**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JON S. TIGAR, COURTROOM 6**<br><br>Date: 05/23/2024<br>Time: 2:00 p.m.<br><br>Action Filed: 05/04/2020<br>TRIAL DATE: (TBD) |

**Case No. 4:20-cv-3033-JST**
**CERTIFICATE OF SERVICE**

1  Michael David Keys (CA BAR NO. 133815)
2  BAY AREA LEGAL AID
   1800 Market Street, 3rd Floor
3  San Francisco, CA 94102
   Tel: (415) 982-1300
4  Fax: (415) 982-4243
   Email: mkeys@baylegal.org
5
6  **(Counsel for Intervenors continued from previous page)**

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 4:20-cv-3033-JST
**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**
*Hastings College of the Law v. City and County of San Francisco*
U.S. District Court, Central District of California
Case No. 4:20-cv-3033-JST

I, Noah Kirshbaum-Ray, certify/declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. My business address is 449 15th Street, Suite 301, Oakland, California 94612.  My email address is: nkirshbaum-ray@pilpca.org.

On **April 18, 2024** I served true copies of the following document(s) in the manner indicated below:

- **INTERVENORS' RESPONSE TO PLAINTIFFS' MOTION TO ENFORCE STIPULATED INJUNCTION**
- **DECLARATION OF JENNIFER FRIEDENBACH IN SUPPORT OF INTERVENORS' RESPONSE TO PLAINTIFFS' MOTION TO ENFORCE STIPULATED INJUNCTION**
- **DECLARATION OF SAM DENNISON IN SUPPORT OF INTERVENORS' RESPONSE TO PLAINTIFFS' MOTION TO ENFORCE STIPULATED INJUNCTION**
- **DECLARATION OF JOSEPH T. WILSON IN SUPPORT OF INTERVENORS' OPOSITION TO PLAINTIFFS' MOTION TO ENFORCE STIPULATED INJUNCTION**
- **DECLARATION OF LAUREN HANSEN IN SUPPORT OF INTERVENORS' RESPONSE TO PLAINTIFFS' MOTION TO ENFORCE STIPULATED INJUNCTION**
- **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO ENFORCE STIPULATED INJUNCTION**

**[X] BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. The participants listed on the attached service list in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

**Case No. 4:20-cv-3033-JST**
**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**
*Hastings College of the Law v. City and County of San Francisco*
U.S. District Court, Central District of California
Case No. 4:20-cv-3033-JST

**SERVICE LIST**

| | |
|---|---|
| MICHAEL A. KELLY<br>RICHARD H. SCHOENBERGER<br>MATTHEW D. DAVIS<br>ASHCON MINOIEFAR<br>WALKUP, MELODIA, KELLY &<br>SCHOENBERGER<br>650 California Street, 26th Floor<br>San Francisco, CA 94108<br>Telephone: (415) 889-2919<br>Facsimile: (415) 391-6965<br>*mkelly@WalkupLawOffice.com*<br>*rschoenberger@WalkupLawOffice.com*<br>*mdavis@WalkupLawOffice.com*<br>*aminoiefar@WalkupLawOffice.com*<br><br>**Attorneys for All Plaintiffs** | Alan A. Greenberg, Esq.<br>Wayne R. Gross, Esq.<br>Deborah S. Mallgrave, Esq.<br>Greenberg Gross LLP<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 334-7000<br>Facsimile: (213) 334-7001<br>*agreenberg@GGTrialLaw.com*<br>*wgross@GGTrialLaw.com*<br>*dmallgrave@GGTrialLaw.com*<br><br>**Attorneys for All Plaintiffs** |
| SHANIN SPECTER<br>ALEX VAN DYKE<br>KLINE & SPECTER, P.C.<br>1525 Locust Street<br>Philadelphia, PA 19102<br>Telephone: (215) 772-1000<br>shanin.specter@klinespecter.com<br>alex.vandyke@klinespecter.com<br><br>**Attorneys for All Plaintiffs** | John K. Dipaolo, Esq.<br>General Counsel<br>Secretary to the Board of Directors<br>College of the Law, San Francisco<br>200 McAllister Street<br>San Francisco, CA 94102<br>Telephone: (415) 565-4787<br>Facsimile: (415) 565-4825<br>*dipaolojohn@uchastings.edu*<br><br>**Attorneys for Plaintiff COLLEGE OF THE LAW, SAN FRANCISCO** |

**Case No. 4:20-cv-3033-JST**
**CERTIFICATE OF SERVICE**

| | |
|---|---|
| Laura Wilson-Youngblood<br>College of the Law, San Francisco<br>200 McAllister St<br>San Francisco, CA 94102<br>Telephone: (415) 565-4851<br>*wilsonyoungbloodl@uchastings.edu*<br><br>**Attorney for Plaintiff**<br>**COLLEGE OF THE LAW,**<br>**SAN FRANCISCO** | Edmund T. Wang, Deputy City Attorney<br>David Chiu, City Attorney<br>James F. Hannawalt, Acting Chief Trial Deputy<br>Jeremy M. Goldman, Esq.<br>Tara M. Steeley, Esq.<br>Renée E. Rosenblit, Esq.<br>Zuzana S. Ikels, Esq.<br>John H. George, Esq.<br>1390 Market Street, Sixth Floor<br>San Francisco, CA 94102-4682<br>Wang Direct: (415) 554-3857<br>Goldman Direct: (415) 554-6762<br>Steeley Direct: (415) 554-4655<br>Rosenblit Direct: (415) 554-3975<br>Stevens Direct: (415) 554-3975<br>Ikels Direct: (415) 355-3307<br>Facsimile: (415) 554-3837<br>*jeremy.goldman@sfcityattny.org*<br>*tara.steeley@sfcityattny.org*<br>*renee.rosenblit@sfcityattny.org*<br>*edmund.wang@sfcityatty.org*<br>*Zuzana.ikels@sfcityattny.org*<br>*john.george@sfcityatty.org*<br>*anita.murdock@sfcityatty.org*<br>*celena.sepulveda@sfcityatty.org*<br>*sophia.garcia@sfcityatty.org,*<br>*winnie.fong@sfcityatty.org*<br><br>***Attorneys for Defendant City***<br>***and County of San Francisco*** |
| Lili V. Graham, Esq.<br>Disability Rights California<br>350 S. Bixel Street Suite 290<br>Los Angeles, CA 90017-1418<br>Telephone: (213) 213-8000<br>Facsimile: (213) 213-8001<br>lili.graham@disabilityrightsca.org<br><br>***Attorneys for Intervenors*** | Michael David Keys<br>Bay Area Legal Aid<br>1800 Market Street, 3rd Floor<br>San Francisco, CA 94102<br>Telephone: (415) 982-1300<br>Facsimile: (415) 982-4243<br><br>mkeys@baylegal.org<br><br>***Attorneys for Intervenors*** |

**Case No. 4:20-cv-3033-JST**
**CERTIFICATE OF SERVICE**

| | |
|---|---|
| Lauren Hansen<br>Melissa A. Morris<br>Public Interest Law Project<br>449 15th Street, Suite 301<br>Oakland, CA 94612-06001<br>Telephone: (510) 891-9794<br>Facsimile: (510) 891-9727<br>*lhansen@pilpca.org*<br>*mmorris@pilpca.org*<br><br>**Attorneys for Intervenors** | William S. Freeman, Esq. John John<br>Thomas H. Do, Esq. ACLU Foundation<br>of Northern California 39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2943<br>*wfreeman@aclunc.org*<br>*jdo@aclune.org*<br><br>**Counsel for Amicus Curiae**<br>***(ACLU Foundation of Northern California)*** |

Executed on **April 18, 2024,** at Oakland, California.

_____
NOAH KIRSHBAUM-RAY

**Case No. 4:20-cv-3033-JST**
**CERTIFICATE OF SERVICE**