DAVID CHIU, State Bar # 189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
TARA M. STEELEY, State Bar # 231775
JOHN H. GEORGE, State Bar # 292332
KAITLYN M. MURPHY, State Bar #293309
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 [Snodgrass]
              (415) 554-4655 [Steeley]
              (415) 554-4223 [George]
              (415) 554-6762 [Murphy]
Facsimile:    (415) 554-4699
E-Mail:       wayne.snodgrass@sfcityatty.org
              tara.Steeley@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>Defendant. | Case No. 4:20-cv-3033-JST<br><br>**DECLARATION OF EMILY COHEN IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE STIPULATED INJUNCTION**<br><br>Hearing Date: May 23, 2024<br>Time: 2:00 p.m.<br>Place: Hon. Jon S. Tigar<br>Oakland Courthouse<br>Courtroom 6 – 2nd Floor<br>1301 Clay Street<br>Oakland, CA 94612<br><br>Trial Date: Not Set |

I, EMILY COHEN, declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am employed by the San Francisco Department of Homelessness and Supportive Housing ("HSH") as the Deputy Director for Communications & Legislative Affairs. My duties include managing the department's federal, state and local legislative affairs, public communications, media engagement, and community outreach and engagement.

3. I have worked at HSH since March 2020. Before that, I worked four years in various capacities for the City and County of San Francisco, all focused on homeless services. I received my MA in Urban and Environmental Policy and Planning from Tufts University in 2008. My Master's thesis investigated the implementation of Housing First as a model for homeless service delivery. I received my Bachelor's degree in politics from the University of San Francisco in 2004.

**A.    Department of Homelessness and Supportive Housing**

4. HSH launched July 1, 2016, combining homeless-serving programs that had resided in several city departments. HSH's mission is to make homelessness in San Francisco rare, brief, and one-time, through the provision of coordinated, compassionate, and high-quality services.

5. HSH's budget for fiscal year 2023 (July 1, 2023-June 30, 2024) is $639.5 million. This budget amount does not include the value of other departments' contributions to homeless-serving programs, including the Department of Public Health, the Department of Public Works, the Department of Emergency Management, the Police Department, and the Fire Department. All of these departments partner with HSH to provide homeless services.

6. HSH estimates as many as 20,000 individuals may experience homelessness in San Francisco over the course of a full year. Between July 1, 2019 to today, HSH assisted over 13,000 people to exit homelessness, through permanent supportive housing, rapid rehousing, prevention, and problem solving, including relocation assistance.

7. In *Home by the Bay: An Equity Driven Plan to Prevent and End Homelessness in San Francisco* (2023), HSH sets the goal of reducing unsheltered homelessness by fifty percent in five years. In order to achieve this goal, HSHS estimates that San Francisco needs an additional 4,300 slots

of homelessness prevention, 1075 new shelter beds and 3,250 new slots of housing. HSH estimates that this will cost more than $607 million in additional funding during the five-year timeframe of this Plan; and more than $217 million in additional funding annually, thereafter, increasing with inflation over time, to sustain the new investments.

8. One measure of HSH's success is the 15% decrease in unsheltered homelessness between 2019 and 2022, according to the annual Point-in-Time (PIT) homelessness count.  The 2019 PIT count identified 8,035 persons experiencing homelessness in San Francisco, of which 5,180 were unsheltered.  The 2022 PIT count identified 7,554 people experiencing homelessness, of which 4,397 were unsheltered.  It is my understanding is that San Francisco was the only California county that registered a decrease of any size in its PIT count between 2019 and 2022.

9. HSH keeps records of its shelter resources by type. Included below is chart that tracks the amount of HSH shelter resources by type: (1) emergency shelter, transitional housing, and overflow shelter in place ("SIP") housing from 2016 through 2023.



10. HSH manages San Francisco's homelessness response system, which includes among other components: (1) street outreach; (2) temporary shelter and crisis intervention; (3) coordinated entry; (4) problem solving; (5) homelessness prevention; and (6) supportive housing.

11. **(1) Street outreach.**—San Francisco's Homeless Outreach Team (SFHOT) provides citywide outreach seven days a week, connecting individuals living outside with available and appropriate resources, through outreach, engagement, and case management.  SFHOT works collaboratively with DPH's Street Medicine team to address medical and behavioral health needs.  During the 2021 fiscal year, SFHOT made 1,652 shelter placements through this general work.  In addition, SFHOT made approximately 1,000 placements in coordination with HSOC encampment resolutions.

12. SFHOT is also part of the Street Wellness Response Team.  The Street Wellness Response Team was created in 2022, including SFHOT members and community paramedics from the Fire Department.  The Street Wellness Response Team provides 24/7 coverage citywide, and it delivers a services-first alternative to law enforcement for 911 calls or 311 calls from the public.  In addition, DPH also manages a Street Overdose Response Team and a Street Crisis Response Team, providing alternatives to law enforcement encounters and unnecessary emergency room use.

13. **(2) Temporary shelter and crisis intervention.**—Shelters provide temporary places for people to stay while accessing other services and looking for housing.  HSH's temporary shelter inventory includes navigation centers, transitional housing, cabins, trailers, Shelter-in-Place hotels, other forms of congregate, non-congregate, and semi-congregate shelters, stabilization beds, and safe sleep sites.  During the 2022-23 fiscal year, HSH provided emergency shelter for 8,920 people, transitional housing for 525 people, and crisis interventions for 288 people.

14. **(3) Coordinated entry.**—Coordinated Entry serves as the "front door" for connecting households experiencing homelessness to the resources needed to resolve their housing crisis. During the 2022-23 fiscal year, HSH's Coordinated Entry program conducted 10,831 assessments, a 24% increase from the previous year.

15. **(4) Problem solving.**—This program focuses on clients who do not require ongoing support, but who can resolve their homelessness with a timely intervention.  This program includes

one-time flexible grants that can be used for one-time expenses that will help resolve their homelessness. Examples of possible uses of problem solving grants include vehicle repair, contribute to the household's rent, pay utility bills, buy furniture etc. This program also offers relocation assistance to reconnect clients with support networks they may have outside San Francisco.

16. **(5) Homelessness prevention.**—HSH operates its Homelessness Prevention Program in partnership with the Mayor's Office of Housing & Community Development. San Francisco allocates millions of dollars each year to households needing assistance with back rent, future rent, and/or move-in costs. During the 2022-23 fiscal year, HSH served 1,408 households at risk of homelessness.

17. **(6) Supportive housing.**—HSH devotes more than half of its annual budget to supportive housing, offering permanent solutions to homelessness. During the 2022-23 fiscal year, HSH moved 3,147 households into supportive housing and maintained 11,294 households in existing supportive housing. One of HSH's newest supportive housing project at 1064 Mission Street, next to the James R. Browning Federal Courthouse, offers 256 units of supportive housing, with on-site services and a culinary job training and education program.

**B.    Shelter in Pace Hotels**

18. The COVID-19 pandemic prompted significant changes in San Francisco's response to homelessness. To comply with COVID-19 health guidelines, HSH reconfigured its congregate shelters, reducing their capacity by 70%, and opened a new congregate shelter site. The first Shelter-in-Place ("SIP") hotel sites opened in April 2020 to provide temporary non-congregate shelter for people experiencing homelessness who were most vulnerable to COVID-19.

19. At its highest capacity, San Francisco's SIP Hotel Program provided 2,288 rooms across 25 sites serving primarily homeless adults who were particularly vulnerable to COVID-19 due to their age or underlying health conditions.

20. The SIP Hotel Program ended in December 2022. As the program drew to a close, HSH worked to transition SIP Hotel guests to City-provided housing so that they did not become unsheltered when the program concluded. HSH and its partners helped three-quarters of guests exit to stable locations, including 1,835 who moved into housing.

21. The COVID-19 pandemic unlocked significant additional federal funding for San Francisco to temporarily house individuals living in encampments in order to prevent the spread of a life-threatening virus for which there was no vaccine. This public health effort to stop the spread of COVID-19 is not a program San Francisco could credibly be expected to fund absent significant federal support after the end of the pandemic.

22. The SIP Hotel Program cost approximately $400 million to administer on the front end. The program also came at considerable back-end costs to the City. In addition to the negotiated cost, nine of the hotel sites brought claims to the City alleging that the guests otherwise unhoused guests caused millions of dollars' worth of damage. The City ultimately was required to pay more than $60 million to settle these claims.

23. Because of my role with HSH, I am familiar with many of San Francisco's efforts to support persons experiencing homelessness and to encourage those same people to accept shelter. I believe HSH makes every effort given the circumstances to achieve the goal of ensuring that every person who wants to accept shelter or other City-provided services is able to do so.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed April 11, 2024 in San Francisco, California.

EMILY COHEN