# EXHIBIT A



## Counts by Neighborhood

### Count by Neighborhood

| Neighborhood | Total Tents and Structures | Total Vehicles | Sites with 6+ Tents/Structures |
|---|---|---|---|
| Mission | 63 | 31 | 3 |
| Showplace Square | 49 | 20 | 3 |
| Tenderloin | 48 | 1 | 2 |
| South of Market | 47 | 10 | 0 |
| Lower Nob Hill | 24 | 0 | 3 |
| Golden Gate Park | 20 | 6 | 0 |
| Produce Market | 17 | 71 | 1 |
| Outer Sunset | 15 | 88 | 0 |
| Central Waterfront | 13 | 52 | 0 |
| Panhandle | 11 | 3 | 1 |
| Haight Ashbury | 8 | 8 | 0 |
| Potrero Hill | 8 | 3 | 0 |
| Rincon Hill | 7 | 0 | 0 |
| Hunters Point | 5 | 20 | 0 |
| Bernal Heights | 4 | 14 | 0 |
| Civic Center | 4 | 0 | 0 |
| Bret Harte | 3 | 9 | 0 |
| Chinatown | 3 | 0 | 0 |
| Fairmount | 3 | 0 | 0 |
| Financial District | 3 | 0 | 0 |
| Mint Hill | 3 | 1 | 0 |
| Outer Mission | 3 | 3 | 0 |
| **Total** | **385** | **616** | **13** |

### View by month

Apr. 2019 | Jul. 2019 | Oct. 2019 | Jan. 2020 | Apr. 2020
Jul. 2020 | Oct. 2020 | Dec. 2020 | Feb. 2021 | Apr. 2021
Jun. 2021 | Aug. 2021 | Nov. 2021 | Mar. 2022 | Jun. 2022
Sep. 2022 | Jan. 2023 | Apr. 2023 | Jul. 2023 | Nov. 2023
Feb. 2024

### Count by Supervisor District

| Supervisor District | Total Tents and Structures | Total Vehicles | Sites with 6+ Tents/Structures |
|---|---|---|---|
| 1 | 13 | 21 | 0 |
| 2 | 4 | 11 | 0 |
| 3 | 29 | 0 | 3 |
| 4 | 25 | 103 | 0 |
| 5 | 69 | 16 | 3 |
| 6 | 122 | 33 | 5 |
| 7 | 3 | 160 | 0 |
| 8 | 9 | 5 | 0 |
| 9 | 61 | 49 | 1 |
| 10 | 43 | 205 | 1 |
| 11 | 7 | 13 | 0 |
| **Total** | **385** | **616** | **13** |

### Count by Police District

| Police District | Total Tents and Structures | Total Vehicles | Sites with 6+ Tents/Structures |
|---|---|---|---|
| TARAVAL | 24 | 262 | 0 |
| BAYVIEW | 40 | 204 | 1 |
| MISSION | 101 | 40 | 5 |
| INGLESIDE | 8 | 35 | 0 |
| RICHMOND | 21 | 27 | 0 |
| PARK | 26 | 22 | 1 |
| SOUTHERN | 82 | 22 | 1 |
| NORTHERN | 41 | 2 | 4 |
| TENDERLOIN | 35 | 2 | 1 |
| CENTRAL | 7 | 0 | 0 |
| **Total** | **385** | **616** | **13** |