# EXHIBIT B

 HOME

# Counts by Neighborhood

View by r

| Apr. 2019 | Jul. 2019 | Oct. 20 |
| Jul. 2020 | Oct. 2020 | Dec. 20 |
| Jun. 2021 | Aug. 2021 | Nov. 20 |
| Sep. 2022 | Jan. 2023 | Apr. 20 |
| Feb. 2024 |

## Count by Neighborhood

| Neighborhood | Total Tents and Structures | Total Vehicles | Sites with 6+ Tents/Structures |
|---|---|---|---|
| South of Market | 131 | 13 | 2 |
| Mission | 105 | 77 | 4 |
| Tenderloin | 70 | 0 | 5 |
| Showplace Square | 39 | 13 | 2 |
| Produce Market | 17 | 139 | 0 |
| Central Waterfront | 14 | 77 | 0 |
| Golden Gate Park | 14 | 4 | 0 |
| Panhandle | 13 | 16 | 0 |
| Civic Center | 11 | 0 | 0 |
| Cathedral Hill | 10 | 1 | 1 |
| Potrero Hill | 10 | 4 | 0 |
| Rincon Hill | 10 | 0 | 0 |
| Apparel City | 9 | 37 | 0 |
| Financial District | 9 | 0 | 0 |
| Hunters Point | 8 | 100 | 0 |
| Lower Nob Hill | 8 | 0 | 0 |
| Mission Bay | 8 | 0 | 0 |
| Bayview | 7 | 90 | 0 |
| Downtown / Union Square | 7 | 0 | 0 |
| Lower Haight | 7 | 0 | 0 |
| Outer Sunset | 7 | 107 | 0 |
| **Total** | **609** | **1058** | **14** |

## Count by Supervisor District

| Supervisor District | Total Tents and Structures | Total Vehicles | Sites with 6+ Tents/Structures |
|---|---|---|---|
| 1 | 17 | 34 | 0 |
| 2 | 23 | 14 | 1 |
| 3 | 23 | 0 | 0 |
| 4 | 11 | 122 | 0 |
| 5 | 95 | 34 | 5 |
| 6 | 217 | 27 | 5 |
| 7 | 13 | 204 | 0 |
| 8 | 24 | 9 | 0 |
| 9 | 105 | 95 | 3 |
| 10 | 66 | 507 | 0 |
| 11 | 15 | 12 | 0 |
| **Total** | **609** | **1058** | **14** |

## Count by

| Police District |
|---|
| BAYVIEW |
| TARAVAL |
| MISSION |
| PARK |
| INGLESIDE |
| RICHMOND |
| SOUTHERN |
| NORTHERN |
| CENTRAL |
| TENDERLOIN |
| **Total** |