# EXHIBIT C


HOME

# Counts by Neighborhood

## Count by Neighborhood

| Neighborhood | Total Tents and Structures | Total Vehicles | Sites with 6+ Tents/Structures |
|---|---|---|---|
| Mission | 115 | 125 | 4 |
| South of Market | 115 | 3 | 3 |
| Tenderloin | 103 | 0 | 6 |
| Produce Market | 32 | 62 | 2 |
| Financial District | 28 | 0 | 0 |
| Showplace Square | 26 | 3 | 1 |
| Central Waterfront | 25 | 24 | 1 |
| Lower Nob Hill | 19 | 1 | 1 |
| Cathedral Hill | 16 | 1 | 0 |
| Potrero Hill | 15 | 6 | 0 |
| Mission Bay | 13 | 0 | 1 |
| Apparel City | 9 | 16 | 0 |
| Bayview | 9 | 79 | 0 |
| Lincoln Park / Ft. Miley | 9 | 0 | 0 |
| Castro | 8 | 0 | 0 |
| Hunters Point | 8 | 66 | 0 |
| Golden Gate Park | 7 | 13 | 0 |
| South Beach | 7 | 0 | 0 |
| Fairmount | 6 | 1 | 0 |
| Oceanview | 6 | 1 | 0 |
| Sutro Heights | 6 | 5 | 0 |
| **Total** | **649** | **814** | **19** |

### View by month

| | | | | |
|---|---|---|---|---|
| Apr. 2019 | Jul. 2019 | Oct. 2019 | Jan. 2020 | Apr. 2020 |
| Jul. 2020 | Oct. 2020 | Dec. 2020 | Feb. 2021 | Apr. 2021 |
| Jun. 2021 | Aug. 2021 | Nov. 2021 | Mar. 2022 | Jun. 2022 |
| Sep. 2022 | Jan. 2023 | Apr. 2023 | Jul. 2023 | Nov. 2023 |
| Feb. 2024 | | | | |

## Count by Supervisor District

| Supervisor District | Total Tents and Structures | Total Vehicles | Sites with 6+ Tents/Structures |
|---|---|---|---|
| 1 | 26 | 49 | 0 |
| 2 | 3 | 13 | 0 |
| 3 | 38 | 4 | 1 |
| 4 | 3 | 53 | 0 |
| 5 | 24 | 58 | 0 |
| 6 | 282 | 3 | 11 |
| 7 | 4 | 106 | 0 |
| 8 | 26 | 26 | 0 |
| 9 | 100 | 129 | 3 |
| 10 | 132 | 363 | 4 |
| 11 | 11 | 10 | 0 |
| **Total** | **649** | **814** | **19** |

## Count by Police District

| Police District | Total Tents and Structures | Total Vehicles | Sites with 6+ Tents/Structures |
|---|---|---|---|
| BAYVIEW | 96 | 341 | 3 |
| TARAVAL | 17 | 136 | 0 |
| MISSION | 142 | 133 | 4 |
| PARK | 14 | 89 | 0 |
| INGLESIDE | 20 | 57 | 0 |
| RICHMOND | 23 | 48 | 0 |
| SOUTHERN | 156 | 4 | 5 |
| CENTRAL | 33 | 3 | 0 |
| NORTHERN | 54 | 3 | 2 |
| TENDERLOIN | 94 | 0 | 5 |
| **Total** | **649** | **814** | **19** |