```
DAVID CHIU, State Bar # 189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
TARA M. STEELEY, State Bar # 231775
JOHN H. GEORGE, State Bar # 292332
KAITLYN M. MURPHY, State Bar #293309
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 [Snodgrass]
              (415) 554-4655 [Steeley]
              (415) 554-4223 [George]
              (415) 554-6762 [Murphy]
Facsimile:    (415) 554-4699
E-Mail:       wayne.snodgrass@sfcityatty.org
              tara.Steeley@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>Defendant. | Case No. 4:20-cv-3033-JST<br><br>**DECLARATION OF KRISTA GAETA IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE STIPULATED INJUNCTION**<br><br>Hearing Date:  May 23, 2024<br>Time:          2:00 p.m.<br>Place:         Hon. Jon S. Tigar<br>               Oakland Courthouse<br>               Courtroom 6 – 2nd Floor<br>               1301 Clay Street<br>               Oakland, CA 94612<br><br>Trial Date:    Not Set |

I, KRISTA GAETA, declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I have worked on issues related to public health, homelessness, and/or supportive housing for nearly twenty years, including in organizations specifically focused on the Tenderloin neighborhood in San Francisco.

3. I currently work for the San Francisco Department of Public Health where I am the Director of Strategic Initiatives within the Population Behavioral Health Services division. I have a Masters in Social Work and have been employed by the City and County of San Francisco since February 2018.

4. As a result of my personal experience working to address public health and housing issues in San Francisco, I am familiar with the programs the Department of Public Health offers that intersect with persons experiencing homelessness in San Francisco including the Night Navigator Program.

5. The Night Navigator Program launched in October 2023 with the goal of providing trauma-informed care and referral services during the nights and weekends. The program operates between 7 pm and 3 am.

6. The Night Navigator Program operates primarily in the Tenderloin neighborhood and provides persons experiencing homelessness access to resources, referrals, de-escalation support, and other on-the-spot as well as medium-term case management services.

7. In its first six months of operation the Night Navigators Program has already engaged 4,161 clients and has made more than two thousand referrals for further services. This includes 515 medical referrals, 186 mental health referrals, 481 substance use disorder referrals, 200 drop-in referrals, and 886 shelter or housing referrals. A referral indicates when the Night Navigator staff assisted a client in identifying a specific resource for their stated need.

8. The program has also connected more than 400 individuals with services. This includes 6 medical connections, 96 substance use disorder connections, 16 drop-in connections, and 377 shelter

or housing connections. A connection occurs when the Night Navigator Program staff can confirm a connection to a referred service through phone calls or walking or driving a client directly to the service.

9. The Night Navigator Program has also distributed 2,578 units of Narcan designed to reduce the harm associated with drug overdose and has distributed hygiene and outreach supplies to 218 clients.

10. Based on my experience at DPH and familiarity with the efforts it has taken to reduce homelessness in the Tenderloin and throughout San Francisco, I believe DPH makes every effort given the circumstances to achieve the goal of ensuring that every person who wants to accept shelter or other City-provided services is able to do so.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed March 27, 2024 in San Francisco, California.

*Krista Gaeta*
———————————————
KRISTA GAETA