DAVID CHIU, State Bar # 189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
TARA M. STEELEY, State Bar # 231775
JOHN H. GEORGE, State Bar # 292332
KAITLYN M. MURPHY, State Bar #293309
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 [Snodgrass]
              (415) 554-4655 [Steeley]
              (415) 554-4223 [George]
              (415) 554-6762 [Murphy]
Facsimile:    (415) 554-4699
E-Mail:       wayne.snodgrass@sfcityatty.org
              tara.Steeley@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual, <br><br>Plaintiffs, <br><br>vs. <br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, <br><br>Defendant. | Case No. 4:20-cv-3033-JST <br><br> **DECLARATION OF MICHAEL MASON IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE STIPULATED INJUNCTION** <br><br> Hearing Date:  May 23, 2024 <br> Time:          2:00 p.m. <br> Place:         Hon. Jon S. Tigar <br>                Oakland Courthouse <br>                Courtroom 6 – 2nd Floor <br>                1301 Clay Street <br>                Oakland, CA 94612 <br><br> Trial Date:    Not Set |

I, MICHAEL MASON, declare:

1. I have personal knowledge of the matters stated herein except where otherwise stated, and if called and sworn as a witness, could and would competently testify thereto.

2. I work for the San Francisco Fire Department and am employed as the Section Chief of Administration within the Community Paramedicine Division.

3. The Community Paramedicine Division allows the Fire Department to collaborate with other City agencies and provide tailored services to traditionally under-privileged populations, some of whom are not served best by the standard emergency care system. This includes many of the City's unhoused residents. The Community Paramedicine Division provides proactive, compassionate, and respectful care that connects people to the appropriate resources for their medical, mental health, and social needs. Our teams can assist in providing immediate stabilization of medical and behavioral health emergencies, as well as helping our community to navigate an often-confusing array of services for those not experienced in obtaining care. This means helping to connect people to housing, primary and mental health care, detox services, pre-hospital treatment plans, and many other services to assist our populations in need.

4. The Community Paramedicine Division operates three programs: (1) EMS-6, which focuses on the highest users of the emergency care system, (2) Street Crisis Response Team, which responds to individuals experiencing behavioral health crises, and (3) Street Overdose Response Team, which responds in real-time to drug overdose survivors.

5. I have held my current role as Section Chief since December 2021. I previously worked as a paramedic for the Fire Department. My role immediately prior to becoming Section Chief was as a Rescue Captain in the EMS-6 Community Paramedicine Division.

6. As a result of my personal experience working with the Fire Department, I am aware of the outreach programs the Fire Department Participates in around homelessness and public health including the Street Crisis Response Team ("SCRT").

7. The San Francisco Fire Department launched SCRT on November 30, 2020 in partnership with the Department of Public Health ("DPH"). The team is dispatched in response to calls from the public made to San Francisco's 911 call center. SCRT provides rapid, trauma-informed care

to people in acute behavioral health crisis and to those who have needs that may not require an ambulance to transport to an emergency department.

8. Prior to March of 2023, DPH's Behavioral Health Services coordinated with the Fire Department on day-to-day oversight of SCRT and employed the behavioral health clinicians who participated in SCRT. In March 2023, the program shifted organizational structure to the Fire Department having primary day-to-day oversight of the team. The behavioral health clinicians who previously participated in SCRT moved to work with the newly created BEST Neighborhoods Program. At the same time, the role of DPH shifted to providing follow-up services for individuals who had contact with SCRT.

9. SCRT operates City-wide, including in the Tenderloin, 24 hours a day, seven days a week.

10. SCRT provides linkages to shelter, drug and alcohol sobering centers, mental health clinics and residential programs, urgent care, and care coordination.

11. City-wide in February 2024, SCRT received 1,289 calls for service, and was on-scene for a client encounter 1,097 times, resulting in 864 occasions where SCRT engaged with a person at the scene. Collectively from November 2020 through the end of February 2024, SCRT received 38,678 calls for service, and was on-scene for a client encounter 29,996 times, resulting in 20,130 occasions where SCRT engaged with a person at the scene. This data is publicly available online through SCRT's website at https://www.sf.gov/street-crisis-response-team.

12. I also instructed my team to further geo-fence SCRT's data to identify encounters and engagements in the Tenderloin. From January 1, 2021 through April 3, 2024, SCRT was dispatched to the Tenderloin 8,403 times, resulting in 4,638 medical assists, 2,357 transportation assists, 795 narcan assists, and 674 referrals to the Homeless Outreach Team ("HOT").

13. In addition to the initial care delivered on-scene, SCRT team members connect people with continued treatment, including psychiatric urgent care, sobering centers, social detox programs, withdrawal management, respite, shelter, and other services.

14. Based on my personal experiences and observations, I believe San Francisco makes reasonable efforts under the circumstances to achieve its goal of providing services to individuals in

crisis around the City and in the Tenderloin specifically, including connecting those individuals with housing and supporting those experiencing substance abuse disorders on City streets. Those efforts have the effect of reducing the City's tent count, including in the Tenderloin neighborhood.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed April 15, 2024 in San Francisco, California.

_____
MICHAEL MASON