1 | DAVID CHIU, State Bar # 189542
City Attorney
2 | YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
3 | WAYNE SNODGRASS, State Bar #148137
TARA M. STEELEY, State Bar # 231775
4 | JOHN H. GEORGE, State Bar # 292332
KAITLYN M. MURPHY, State Bar #293309
5 | Deputy City Attorneys
City Hall, Room 234
6 | 1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
7 | Telephone:    (415) 554-4675 [Snodgrass]
              (415) 554-4655 [Steeley]
8             (415) 554-4223 [George]
              (415) 554-6762 [Murphy]
9 | Facsimile:    (415) 554-4699
E-Mail:       wayne.snodgrass@sfcityatty.org
10             tara.Steeley@sfcityatty.org
               john.george@sfcityatty.org
11             kaitlyn.murphy@sfcityatty.org

12 | Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>Defendant. | Case No. 4:20-cv-3033-JST<br><br>**DECLARATION OF DARA PAPO IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE STIPULATED INJUNCTION**<br><br>Hearing Date:  May 23, 2024<br>Time:          2:00 p.m.<br>Place:         Hon. Jon S. Tigar<br>               Oakland Courthouse<br>               Courtroom 6 – 2nd Floor<br>               1301 Clay Street<br>               Oakland, CA 94612<br><br>Trial Date:    Not Set |

I, DARA PAPO, declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I have worked on issues related to public health for over twenty years.

3. I currently work for the San Francisco Department of Public Health ("DPH") where I am the Director of Whole Person Integrated Care, a position I have held since August 2020. Prior to joining DPH I worked for the San Francisco Department of Homeless and Supportive Housing ("HSH") as a Care Coordination Services Manager beginning in January 2018.

4. I am a Licensed Clinical Social Worker and received my Masters in Social Work from the University of California, Berkeley, in 1997.

5. As a result of my personal experience, I am familiar with the DPH's Street Medicine program as well as DPH's other programs designed to support persons experiencing homelessness.

6. The Street Medicine team provides street-based outreach, engagement, and care for unsheltered people experiencing homelessness. The team aims to reduce the number of harmful events this population experiences, such as fatal overdoses and infectious disease, by bringing services to people who otherwise have a hard time accessing healthcare.

7. The Street Medicine team recognizes many people experiencing homelessness have had bad experiences with authority figures, including those in the medical system. Part of the goal of the team is to earn our client's trust by developing relationships. We outreach with partner teams to form a web of support for the most vulnerable of unhoused residents and hold weekly clinics in places like harm reduction sites and drop-in centers. We also link our patients with the Maria X. Martinez Health Resource Center, described below, which has a no appointment model.

8. While working with Street Medicine, patients may be linked to substance use treatment services, mental health services, or case management services. People who need extra support to thrive in community may be linked to programs like intensive case management or in-house support services. Once our patients reach a certain level of stability, we support them in graduating from our services to transitional primary care.

9. On the ground, the Street Medicine Team can support clients with issues including urgent care for medical issues like wounds, testing and treatment for STIs, HIV, and COVID, psychiatric care, overdose follow-up, and low-threshold palliative care for patients with life threatening conditions who are unable or need support to access traditional palliative care such as hospice.

10. In 2023 alone, the Street Medicine team had over 11,000 encounters with more than 3,000 unique patients. That includes more than 1,500 follow-up visits with more than 600 unique clients who previously experienced an overdose. The difference between the total number of encounters and the number of unique patients reflects the Street Medicine team's approach to earning a patient's trust over time.

11. During the same period in 2023, the Street Medicine team provided more than 700 people with referrals to treatment centers, which include medical care, mental health care, residential treatment, medical detox, and medications for opiate use disorder.

12. The Street Medicine team supports the City's goal of reducing the tent count by offering services to stabilize those in crisis who are currently rejecting shelter. Once a person is in shelter it is easier for DPH to address their healthcare needs and once a person is receptive to healthcare services they are often more interested in shelter.

13. DPH also supports the Maria X. Martinez Health Resource Center, which I referenced above. The Center is located at 555 Stevenson Street and had over 20,000 patient visits in 2023. The Center focuses on serving people experiencing homelessness, many of whom live in the Tenderloin given the clinic's proximity to the neighborhood. The clinic provides urgent care, addiction medicine, behavioral health, dental, podiatry, and transitional primary care services.

14. DPH also provides on-site health care services to those in shelters and permeant supportive housing locations, many of which are located in the Tenderloin neighborhood.

/ / /

/ / /

/ / /

/ / /

15. Based on my experience at DPH and familiarity with the efforts it has taken to reduce homelessness in the Tenderloin and throughout San Francisco, I believe DPH makes every effort given the circumstances to achieve the goal of ensuring that every person who wants to accept shelter or other City-provided services is able to do so.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed April 4, 2024 in San Francisco, California.

_____
DARA PAPO