DAVID CHIU, State Bar # 189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
TARA M. STEELEY, State Bar # 231775
JOHN H. GEORGE, State Bar # 292332
KAITLYN M. MURPHY, State Bar #293309
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 [Snodgrass]
              (415) 554-4655 [Steeley]
              (415) 554-4223 [George]
              (415) 554-6762 [Murphy]
Facsimile:    (415) 554-4699
E-Mail:       wayne.snodgrass@sfcityatty.org
              tara.Steeley@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>Defendant. | Case No. 4:20-cv-3033-JST<br><br>**DECLARATION OF HEATHER WEISBROD IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE STIPULATED INJUNCTION**<br><br>Hearing Date:   May 23, 2024<br>Time:           2:00 p.m.<br>Place:          Hon. Jon S. Tigar<br>                Oakland Courthouse<br>                Courtroom 6 – 2nd Floor<br>                1301 Clay Street<br>                Oakland, CA 94612<br><br>Trial Date:     Not Set |

I, HEATHER WEISBROD, declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am a Licensed Clinical Social Worker and have been employed by the San Francisco Department of Public Health ("DPH") for eighteen years. I am currently the Director the Office of Coordinated Care ("OCC") within DPH's Behavioral Health Services Division.

3. In my role, I am familiar with many of the outreach programs OCC offers including the Bridge and Engagement Services ("BEST") Neighborhoods Program.

4. The BEST Neighborhood Program provides street-based healthcare around San Francisco, including in the Tenderloin neighborhood. The program began in March 2023 and currently operates six days a week, from 8 a.m. to 6 p.m.

5. The BEST Neighborhood Program operates on a neighborhood-based street care model, in which clinicians and peer health workers perform street-based care to engage and support unhoused people who have the most complex healthcare needs.

6. In 2023, BEST Neighborhood had 7,082 encounters with people on the street from March of 2023 through the end of the year. So far in the first quarter of 2024 through March 31, 2024, the BEST Neighborhoods Program has already had an additional 1,880 encounters.

7. The team within BEST Neighborhoods that primarily focuses on work in the Tenderloin, Southern, Northern, and Central districts is the gold team. From March of 2023 through the end of 2023, the gold team had 4,693 total engagements. That included 1,974 medical care referrals, 324 medical care linkages, 1,397 mental health referrals, 80 mental health linkages, 1,945 substance use referrals, 55 substance use linkages, 1,932 shelter or housing referrals, 89 shelter or housing linkages, distributing 2,300 hygiene kits or other outreach supplies, and distributing 1,234 narcan doses.

8. During the first quarter of 2024, the gold team had 1,476 total engagements. That included 1,136 medical care referrals, 98 medical care linkages, 1,054 mental health referrals, 49 mental health linkages, 11,048 substance use referrals, 42 substance use linkages, 965 shelter or

1  housing referrals, 55 shelter or housing linkages, distributing 1,131 hygiene kits or other outreach
2  supplies, and distributing 447 narcan doses.

3      9.    The BEST Neighborhoods Program has the effect of reducing the number of people
4  living on the streets in San Francisco by offering services to stabilize those in crisis who are currently
5  rejecting shelter. Once a person is in shelter it is easier for DPH to address their healthcare needs and
6  once a person is receptive to healthcare services they are often more interested in shelter. BEST
7  Neighborhoods also directly links persons experiencing homelessness to shelter and housing services.

8      10.    Based on my experience at DPH and familiarity with the efforts it has taken to reduce
9  homelessness in the Tenderloin and throughout San Francisco, I believe DPH makes every effort given
10 the circumstances to achieve the goal of ensuring that every person who wants to accept shelter or
11 other City-provided services is able to do so.

13 I declare under penalty of perjury under the laws of the United States and the State of
14 California that the foregoing is true and correct. Executed April 17, 2024 in San Francisco,
15 California.

_____
HEATHER WEISBROD

DEC. WEISBROD ISO OP. MTN. ENFORCE SI    2    n:\lit\li2020\200917\01751099.docx
CASE NO. 3:20-cv-3033 JST