```
DAVID CHIU, State Bar # 189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
TARA M. STEELEY, State Bar # 231775
JOHN H. GEORGE, State Bar # 292332
KAITLYN M. MURPHY, State Bar #293309
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 [Snodgrass]
              (415) 554-4655 [Steeley]
              (415) 554-4223 [George]
              (415) 554-6762 [Murphy]
Facsimile:    (415) 554-4699
E-Mail:       wayne.snodgrass@sfcityatty.org
              tara.Steeley@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>Defendant. | Case No. 4:20-cv-3033-JST<br><br>**DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE STIPULATED INJUNCTION**<br><br>Hearing Date:  May 23, 2024<br>Time:          2:00 p.m.<br>Place:         Hon. Jon S. Tigar<br>               Oakland Courthouse<br>               Courtroom 6 – 2nd Floor<br>               1301 Clay Street<br>               Oakland, CA 94612<br><br>Trial Date:    Not Set<br><br>Attachment:   Exhibit A |

DECL. MURPHY ISO OPP. TO MOT. ENFORCE PI
CASE NO.  4:20-cv-3033 JST

n:\lit\li2020\200917\01749357.docx

I, KAITLYN MURPHY, declare:

1. I am a Deputy City Attorney for the City and County of San Francisco assigned to this matter. I make this declaration in support of San Francisco's Opposition to Plaintiffs' Motion to Enforce the Stipulated Injunction. The facts set forth in this declaration are stated on my own personal knowledge or, as specified, upon my information and belief based on official acts and writings.

2. Attached as **<u>Exhibit A</u>** is a true and correct printout of the website Plaintiffs reference in footnote 1 of their Motion to Enforce Stipulated Injunction: https://hsh.sfgov.org/services/the-homelessness-response-system/shelter/#:~:text=Shelter%20guests%20who%20need%20to,moving%20to%20Shelter%20Overflow%20units. I accessed this website on April 9, 2024.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.  Executed April 18, 2024 in San Francisco, California.

                                                                */s/ Kaitlyn Murphy*
                                                          KAITLYN MURPHY