```
 1  DAVID CHIU, State Bar # 189542
    City Attorney
 2  YVONNE R. MERÉ, State Bar #173594
    Chief Deputy City Attorney
 3  WAYNE SNODGRASS, State Bar #148137
    TARA M. STEELEY, State Bar # 231775
 4  JOHN H. GEORGE, State Bar # 292332
    KAITLYN MURPHY, State Bar #293309
 5  Deputy City Attorneys
    City Hall, Room 234
 6  1 Dr. Carlton B. Goodlett Place
    San Francisco, California 94102-4682
 7  Telephone:    (415) 554-4675 [Snodgrass]
                  (415) 554-4655 [Steeley]
 8                (415) 554-4223 [George]
                  (415) 554-6762 [Murphy]
 9  Facsimile:    (415) 554-4699
    E-Mail:       wayne.snodgrass@sfcityatty.org
10                tara.Steeley@sfcityatty.org
                  john.george@sfcityatty.org
11                kaitlyn.murphy@sfcityatty.org

12  Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>Defendant. | Case No. 4:20-cv-3033-JST<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE STIPULATED INJUNCTION**<br><br>Hearing Date: May 23, 2024<br>Time: 2:00 p.m.<br>Place: Hon. Jon S. Tigar<br>Oakland Courthouse<br>Courtroom 6 – 2nd Floor<br>1301 Clay Street<br>Oakland, CA 94612<br><br>Trial Date: Not Set<br><br>Attachments: Exhibits A-C |

Defendant City and County of San Francisco requests the Court take judicial notice of the following three documents submitted in support of its Opposition to Plaintiffs' Motion to Enforce the Stipulated Injunction. Judicial notice of each is appropriate pursuant to Rule 201 of the Federal Rules of Evidence.

1. Attached as **Exhibit A** is a true and correct copy of Mayor London Breed's Termination Of Proclamation Of Local Emergency.

2. Attached as **Exhibit B** is a true and correct copy of a San Francisco Police Department Bulletin issued on October 18, 2023 titled "23-166 Enforcement of Laws and Ordinances for Individuals Experiencing Homelessness Sitting, Lying, or Sleeping on Public Property (Supersedes DN 23-007)."

3. Attached as **Exhibit C** is a true and correct excerpt of a spreadsheet of San Francisco Police Department Incident Report data for the time period January 1, 2022 through April 9, 2024, reflecting all entries with the incident description "lodging without permission," and including the following five columns: "Incident Datetime," "Incident ID," "Incident Description," "Resolution" and "Intersection." All other columns have been omitted.

**Exhibit A** is judicially noticeable because public records such as COVID-19 proclamations are generally known in the jurisdiction and are therefore proper subjects of judicial notice. Fed. R. Evid. 201(a); *Tandon v. Newsom*, 517 F. Supp. 3d 922, 944 (N.D. Cal. 2021) (taking judicial notice of "order issued by the State of California, lifting the Regional Stay at Home Order"). In addition, Exhibit A is a matter of public record and can be found on the San Francisco Board of Supervisor's website, at https://sfbos.org/sites/default/files/Final_COVIDEmergency_Termination_05032023.pdf.

**Exhibit B** is judicially noticeable because the Court may take judicial notice of "a fact that is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The San Francisco Police Department's policy update satisfies that requirement. *Foster v. City of Oakland*, 621 F. Supp. 2d 779, 795 (N.D. Cal. 2008) (taking judicial notice of two police department policies). In addition, Exhibit B is a matter of public record and can be found on the San Francisco Police Department's website, at https://www.sanfranciscopolice.org/sites/default/files/2023-12/SFPDDN_23_166_20231213.pdf.

**Exhibit C** is judicially noticeable because the Court may take judicial notice of "a fact that is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Exhibit C satisfies that requirement. *United States v. Torres-Hernandez*, 447 F.3d 699, 704 (9th Cir. 2006) (taking judicial of "the government's statistical evidence" from census records). In addition, Exhibit C is a matter of public record and can be found on the San Francisco City Administrator's website, at https://bit.ly/3JqedTe.

Dated:  April 18, 2024

>                    DAVID CHIU
>                    City Attorney
>                    YVONNE R. MERÉ
>                    Chief Deputy City Attorney
>                    WAYNE SNODGRASS
>                    TARA M. STEELEY
>                    JOHN H. GEORGE
>                    KAITLYN M. MURPHY
>                    Deputy City Attorneys
>
>                    By: /s/Kaitlyn Murphy
>                        KAITLYN MURPHY
>
>                    Attorneys for Defendant
>                    CITY AND COUNTY OF SAN FRANCISCO