# EXHIBIT A



OFFICE OF THE MAYOR
SAN FRANCISCO

LONDON N. BREED
MAYOR

# TERMINATION OF PROCLAMATION OF LOCAL EMERGENCY

**WHEREAS**, On February 25, 2020, the Mayor issued a Proclamation of Local Emergency ("Proclamation") under California Government Code Sections 8550 et seq., San Francisco Charter Section 3.100(14), and Chapter 7 of the San Francisco Administrative Code, in connection with the imminent spread within the City of a novel (new) coronavirus ("COVID-19"); and

**WHEREAS**, Over the following three years, the Mayor updated the Proclamation through 48 Supplements to the Proclamation, including over 100 individual orders, to address the ongoing emergency and assist with the public health response; and

**WHEREAS,** On February 28, 2023, the Governor's Statewide Declaration of Emergency due to COVID-19, and the County Health Officer's Order regarding COVID-19, were terminated; and

**WHEREAS,** The Mayor has amended or terminated the 48 Supplements and individual orders over time, and at this time, none of these orders remain outstanding, but the Mayor has left the Proclamation in effect to enable the City to seek full reimbursement for eligible costs incurred in the emergency response from federal and state authorities as authorized by law; and

**WHEREAS,** The Mayor anticipates it will not be necessary to keep the Proclamation in effect for this limited purpose beyond June 30, 2023, and desires to inform the public in advance of the date that the Proclamation will finally terminate; and

**WHEREAS,** The Mayor wishes to honor the people of the City and County of San Francisco for their service to the City during this unprecedented emergency;

**NOW, THEREFORE**

I, London N. Breed, Mayor of the City and County of San Francisco, order that the Proclamation shall terminate effective 11:59 p.m. on June 30, 2023.

DATED:  May 3rd, 2023

London N. Breed
Mayor of San Francisco