# EXHIBIT C

| Incident Datetime | Incident ID | Incident Description | Resolution | Intersection |
|---|---|---|---|---|
| 4/1/2024 14:45 | 1378516 | Lodging Without Permission | Cite or Arrest Adult | CEDAR ST \ LARKIN ST |
| 3/29/2024 13:43 | 1377715 | Lodging Without Permission | Open or Active | JESSIE ST \ MCCOPPIN ST |
| 3/27/2024 8:30 | 1377019 | Lodging Without Permission | Cite or Arrest Adult | 26TH ST \ SHOTWELL ST |
| 3/25/2024 13:36 | 1376594 | Lodging Without Permission | Cite or Arrest Adult | POLK ST \ WILLOW ST |
| 3/20/2024 16:44 | 1375053 | Lodging Without Permission | Cite or Arrest Adult | BRYANT ST \ MORRIS ST |
| 3/19/2024 14:55 | 1374716 | Lodging Without Permission | Cite or Arrest Adult | SOUTH VAN NESS AVE \ 16TH ST |
| 3/15/2024 9:22 | 1373657 | Lodging Without Permission | Cite or Arrest Adult | BAKER ST \ FELL ST |
| 3/15/2024 9:22 | 1373633 | Lodging Without Permission | Cite or Arrest Adult | BAKER ST \ OAK ST |
| 3/14/2024 8:40 | 1373210 | Lodging Without Permission | Cite or Arrest Adult | FOLSOM ST \ 15TH ST |
| 3/13/2024 9:33 | 1372835 | Lodging Without Permission | Cite or Arrest Adult | |
| 3/11/2024 13:33 | 1371988 | Lodging Without Permission | Cite or Arrest Adult | FOLSOM ST \ SHERMAN ST |
| 3/11/2024 15:17 | 1372344 | Lodging Without Permission | Cite or Arrest Adult | ELGIN PARK \ MCCOPPIN ST |
| 3/6/2024 10:04 | 1370424 | Lodging Without Permission | Cite or Arrest Adult | WIESE ST \ 15TH ST |
| 2/28/2024 10:00 | 1368614 | Lodging Without Permission | Open or Active | 26TH ST \ SHOTWELL ST |
| 2/23/2024 8:09 | 1367219 | Lodging Without Permission | Cite or Arrest Adult | OAK ST \ CLAYTON ST |
| 2/22/2024 9:00 | 1366897 | Lodging Without Permission | Cite or Arrest Adult | GEARY ST \ LARKIN ST |
| 2/14/2024 9:07 | 1364593 | Lodging Without Permission | Cite or Arrest Adult | UTAH ST \ 15TH ST |
| 2/14/2024 8:16 | 1364594 | Lodging Without Permission | Cite or Arrest Adult | ALAMEDA ST \ SAN BRUNO AVE |
| 2/14/2024 10:27 | 1364686 | Lodging Without Permission | Cite or Arrest Adult | UTAH ST \ 15TH ST |
| 2/13/2024 8:30 | 1364177 | Lodging Without Permission | Cite or Arrest Adult | 18TH ST \ SHOTWELL ST |
| 2/8/2024 8:07 | 1362954 | Lodging Without Permission | Cite or Arrest Adult | EDDY ST \ MASON ST |
| 2/2/2024 8:00 | 1361305 | Lodging Without Permission | Cite or Arrest Adult | HEMLOCK ST \ LARKIN ST |

| Date/Time | Number | Offense | Disposition | Location |
|---|---|---|---|---|
| 2/2/2024 7:59 | 1361368 | Lodging Without Permission | Cite or Arrest Adult | HEMLOCK ST \ LARKIN ST |
| 2/1/2024 8:42 | 1361022 | Lodging Without Permission | Cite or Arrest Adult | STEUART ST \ MISSION ST |
| 1/31/2024 13:30 | 1360797 | Lodging Without Permission | Cite or Arrest Adult | TOLAND ST \ GALVEZ AVE |
| 1/25/2024 9:26 | 1359063 | Lodging Without Permission | Cite or Arrest Adult | FELL ST \ LYON ST |
| 1/19/2024 8:00 | 1357479 | Lodging Without Permission | Cite or Arrest Adult | BAKER ST \ FELL ST |
| 1/17/2024 15:16 | 1357011 | Lodging Without Permission | Cite or Arrest Adult | BOUTWELL ST \ INDUSTRIAL ST \ LOOMIS ST |
| 12/19/2023 8:43 | 1348447 | Lodging Without Permission | Cite or Arrest Adult | MERLIN ST \ HARRISON ST |
| 12/15/2023 11:02 | 1347428 | Lodging Without Permission | Cite or Arrest Adult | 04TH ST \ WELSH ST |
| 12/13/2023 7:05 | 1346815 | Lodging Without Permission | Cite or Arrest Adult | FRONT ST \ GREEN ST |
| 12/10/2023 9:43 | 1345977 | Lodging Without Permission | Open or Active | DRUMM ST \ SACRAMENTO ST |
| 11/27/2023 8:05 | 1340506 | Lodging Without Permission | Cite or Arrest Adult | 15TH ST \ CALEDONIA ST |
| 11/20/2023 10:20 | 1338793 | Lodging Without Permission | Cite or Arrest Adult | BAKER ST \ FELL ST |
| 3/15/2023 15:29 | 1271542 | Lodging Without Permission | Cite or Arrest Adult | HILL POINT AVE \ PARNASSUS AVE |
| 12/13/2022 11:27 | 1224614 | Lodging Without Permission | Cite or Arrest Adult | 18TH AVE \ ANZA ST |
| 12/13/2022 9:45 | 1224843 | Lodging Without Permission | Open or Active | WALNUT ST \ CALIFORNIA ST |
| 12/8/2022 9:45 | 1222428 | Lodging Without Permission | Cite or Arrest Adult | FRANKLIN ST \ LARCH ST |
| 11/29/2022 9:00 | 1219567 | Lodging Without Permission | Open or Active | STEUART ST \ MISSION ST |
| 11/29/2022 8:50 | 1219566 | Lodging Without Permission | Open or Active | WASHINGTON ST \ DRUMM ST |
| 11/29/2022 9:08 | 1219572 | Lodging Without Permission | Open or Active | STEUART ST \ MISSION ST |
| 11/29/2022 8:43 | 1219557 | Lodging Without Permission | Open or Active | WASHINGTON ST \ DRUMM ST |
| 11/29/2022 9:05 | 1219570 | Lodging Without Permission | Open or Active | STEUART ST \ MISSION ST |
| 11/29/2022 8:40 | 1219556 | Lodging Without Permission | Open or Active | STEUART ST \ MISSION ST |
| 11/19/2022 12:46 | 1216411 | Lodging Without Permission | Cite or Arrest Adult | SENECA AVE \ ALEMANY BLVD |

| | | | | |
|---|---|---|---|---|
| 11/11/2022 7:02 | 1213509 | Lodging Without Permission | Open or Active | SPEAR ST \ FOLSOM ST |
| 11/3/2022 17:54 | 1212796 | Lodging Without Permission | Open or Active | GEARY BLVD \ MASONIC AVE |
| 11/2/2022 11:55 | 1210715 | Lodging Without Permission | Open or Active | MISSION ST \ 07TH ST |
| 10/26/2022 8:47 | 1208282 | Lodging Without Permission | Open or Active | DRUMM ST \ SACRAMENTO ST |
| 10/21/2022 10:02 | 1206435 | Lodging Without Permission | Cite or Arrest Adult | ELLIS ST \ VAN NESS AVE |
| 10/6/2022 5:55 | 1219645 | Lodging Without Permission | Cite or Arrest Adult | DAGGETT ST \ 07TH ST |
| 9/30/2022 13:24 | 1198903 | Lodging Without Permission | Cite or Arrest Adult | NAPOLEON ST \ JERROLD AVE |
| 9/27/2022 9:29 | 1197729 | Lodging Without Permission | Cite or Arrest Adult | DUBOCE AVE \ WOODWARD ST |
| 9/21/2022 15:27 | 1195713 | Lodging Without Permission | Cite or Arrest Adult | STEVENSON ST \ MCCOPPIN ST |
| 9/20/2022 12:20 | 1195239 | Lodging Without Permission | Cite or Arrest Adult | FRANKLIN ST \ REDWOOD ST |
| 9/20/2022 12:13 | 1195290 | Lodging Without Permission | Cite or Arrest Adult | FRANKLIN ST \ REDWOOD ST |
| 8/27/2022 21:43 | 1186590 | Lodging Without Permission | Open or Active | KIRKWOOD AVE \ DORMITORY RD \ KISKA RD |
| 7/27/2022 10:29 | 1175169 | Lodging Without Permission | Open or Active | DRUMM ST \ SACRAMENTO ST |
| 6/29/2022 11:26 | 1165611 | Lodging Without Permission | Open or Active | CLEMENT ST \ 08TH AVE |
| 6/14/2022 8:11 | 1160490 | Lodging Without Permission | Open or Active | LA PLAYA \ CABRILLO ST |
| 6/13/2022 13:19 | 1161129 | Lodging Without Permission | Open or Active | BALBOA ST \ LA PLAYA |
| 5/17/2022 0:00 | 1161857 | Lodging Without Permission | Open or Active | 02ND AVE \ GEARY BLVD |
| 3/22/2022 8:18 | 1133006 | Lodging Without Permission | Open or Active | WASHINGTON ST \ DRUMM ST |
| 3/22/2022 8:27 | 1133017 | Lodging Without Permission | Open or Active | WASHINGTON ST \ DRUMM ST |
| 3/22/2022 8:02 | 1132987 | Lodging Without Permission | Open or Active | STEUART ST \ MISSION ST |
| 3/4/2022 11:12 | 1127809 | Lodging Without Permission | Open or Active | TAYLOR ST \ 06TH ST \ GOLDEN GATE AVE \ MARKET ST |
| 3/3/2022 7:13 | 1127252 | Lodging Without Permission | Open or Active | DRUMM ST \ SACRAMENTO ST |

| | | | | |
|---|---|---|---|---|
| 2/16/2022 7:30 | 1122259 | Lodging Without Permission | Open or Active | STEUART ST \ MISSION ST |
| 2/10/2022 7:20 | 1120480 | Lodging Without Permission | Open or Active | DRUMM ST \ SACRAMENTO ST |
| 2/4/2022 8:22 | 1118538 | Lodging Without Permission | Open or Active | GRANT AVE \ NORTH POINT ST |
| 2/4/2022 9:44 | 1118561 | Lodging Without Permission | Cite or Arrest Adult | GROVE ST \ SCOTT ST |