DAVID CHIU, State Bar # 189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
TARA M. STEELEY, State Bar # 231775
JOHN H. GEORGE, State Bar # 292332
KAITLYN M. MURPHY, State Bar #293309
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 [Snodgrass]
              (415) 554-4655 [Steeley]
              (415) 554-4223 [George]
              (415) 554-6762 [Murphy]
Facsimile:    (415) 554-4699
E-Mail:       wayne.snodgrass@sfcityatty.org
              tara.Steeley@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>Defendant. | Case No. 4:20-cv-3033-JST<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO ENFORCE STIPULATED INJUNCTION AND GRANTING DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Date:   May 23, 2024<br>Time:           2:00 p.m.<br>Place:          Hon. Jon S. Tigar<br>                Oakland Courthouse<br>                Courtroom 6 – 2nd Floor<br>                1301 Clay Street<br>                Oakland, CA 94612<br><br>Trial Date:     Not Set |

Plaintiffs moved to enforce the Stipulated Injunction. Defendant City and County of San Francisco opposed the motion and sought judicial notice of three documents in support of its opposition: (1) Mayor London Breed's Termination Of Proclamation Of Local Emergency; (2) San Francisco Police Department Bulletin issued on October 18, 2023 titled "23-166 Enforcement of Laws and Ordinances for Individuals Experiencing Homelessness Sitting, Lying, or Sleeping on Public Property (Supersedes DN 23-007)"; and (3) San Francisco Police Department Incident Report data for the time period January 1, 2022 through April 9, 2024.

The Court denies Plaintiffs' motion to enforce the Stipulated Injunction for two independent reasons. First, Plaintiffs seek to enforce terms in Section II of the Stipulated Injunction, all of which expired at the end of the COVID-19 emergency. Those terms ceased to have any force and effect on June 30, 2023. Plaintiffs have no basis to enforce the terms of Section II at this time. Second, Plaintiffs argue San Francisco failed to use reasonable efforts to reduce the tent count in the Tenderloin to zero. The Court finds Plaintiffs failed to submit any evidence affirmatively demonstrating San Francisco's efforts fell below the standard required by the reasonable efforts clause while it was still in effect. In contrast, San Francisco submitted multiple declarations demonstrating that its efforts were more than reasonable.

The Court further grants San Francisco's request for judicial notice of three documents in support of its opposition, finding each independently satisfies the standards set in Rule 201 of the Federal Rules of Evidence.

Accordingly, it is ORDERED that Plaintiffs' Motion to Enforce the Stipulated Injunction is denied. San Francisco's Request for Judicial Notice is granted in its entirety.

IT IS SO ORDERED

Dated: _____

HONORABLE JON S. TIGAR
United States District Judge