DAVID CHIU, State Bar # 189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
TARA M. STEELEY, State Bar # 231775
JOHN H. GEORGE, State Bar # 292332
KAITLYN M. MURPHY, State Bar #293309
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 [Snodgrass]
              (415) 554-4655 [Steeley]
              (415) 554-4223 [George]
              (415) 554-6762 [Murphy]
Facsimile:    (415) 554-4699
E-Mail:       wayne.snodgrass@sfcityatty.org
              tara.Steeley@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>Defendant. | Case No. 4:20-cv-3033-JST<br><br>**NOTICE OF APPEARANCE OF YVONNE R. MERÉ**<br><br>Trial Date:        Not Set |

TO THE COURT AND TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Chief Deputy City Attorney Yvonne R. Meré is appearing on behalf of Defendant CITY AND COUNTY OF SAN FRANCISCO in the above-referenced action. In the future all pleadings and communications should be addressed to Yvonne R. Meré as follows:

> YVONNE R. MERÉ, State Bar #173594
> Chief Deputy City Attorney
> San Francisco City Attorney's Office
> City Hall, Room 234
> 1 Dr. Carlton B. Goodlett Place
> San Francisco, California 94102-4682
> Telephone: (415) 554-4700
> Facsimile: (415) 554-4757
> Email: Yvonne.Mere@sfcityatty.org

Dated: April 30, 2024

> DAVID CHIU
> City Attorney
> YVONNE R. MERÉ
> Chief Deputy City Attorney
> WAYNE SNODGRASS
> TARA M. STEELEY
> JOHN H. GEORGE
> KAITLYN M. MURPHY
> Deputy City Attorneys
>
> By: _____
>     YVONNE R. MERÉ
>
> Attorneys for Defendant
> CITY AND COUNTY OF SAN FRANCISCO