MICHAEL A. KELLY, State Bar No. 71460
MKelly@WalkupLawOffice.com
RICHARD H. SCHOENBERGER, State Bar No. 122190
RSchoenberger@WalkupLawOffice.com
MATTHEW D. DAVIS, State Bar No. 141986
MDavis@WalkupLawOffice.com
ASHCON MINOIEFAR, State Bar No. 347583
AMinoiefar@WalkupLawOffice.com
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA  94108
Telephone:  415-889-2919
Facsimile:  415-391-6965

SHANIN SPECTER, (Pennsylvania State Bar No. 40928)
(Pro Hac Vice Application Pending)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA 19102
Telephone: 215-772-1000

Attorneys for All Plaintiffs


JOHN K. DIPAOLO, State Bar No. 321942
dipaolojohn@uchastings.edu
General Counsel
Secretary to the Board of Directors
College of the Law, San Francisco
200 McAllister Street
San Francisco, CA  94102
Telephone:  415-565-4787
Facsimile:  415-565-4825

Attorney for Plaintiff
COLLEGE OF THE LAW, SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| COLLEGE OF THE LAW, SAN FRANCISCO a public trust and institution of higher education duly organized under the laws and the | Case No. 4:20-cv-03033-JST<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY BRIEF RE MOTION TO** |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

1

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE ISO REPLY BRIEF RE MOTION TO ENFORCE
- CASE NO. 4:20-cv-03033-JST

| | |
|---|---|
| Constitution of the State of California;<br>FALLON VICTORIA, an individual;<br>RENE DENIS, an individual;<br>TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association;<br>RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>                    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>                    Defendant. | **ENFORCE STIPULATED INJUNCTION (ECF. No. 126)**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JON S. TIGAR, COURTROOM 6**<br><br>Date:      May 23, 2024<br>Time:     2:00 p.m.<br>Judge:    Hon. Jon S. Tigar<br>Courtroom 6, 2nd Floor<br>         1301 Clay Street, Oakland<br><br>Action Filed:       05/04/2020<br>Trial Date:         (None set yet) |

Pursuant to Federal Rule of Evidence 201, Plaintiffs respectfully request that this Court take judicial notice of **Exhibits 4** and **5** to the accompanying declaration of Matthew D. Davis.

**Exhibit 4** is a Press Release issued by the Office of San Francisco Mayor London Breed on May 6, 2024, and it can be viewed and downloaded at https://www.sf.gov/news/san-franciscos-april-tent-count-number-tents-and-structures-city-streets-hits-new-low, which is a website maintained by Defendant City and County of San Francisco. Thus, **Exhibit 4** is judicially noticeable because it is a party admission (Federal Rule of Evidence 801) that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Federal Rule of Evidence 201(b)(2).

**Exhibit 5** is an announcement about the budget for the City and County of San Francisco that was downloaded on May 9, 2024 from https://www.sf.gov/budget-announcement, which is a website maintained by Defendant City and County of San Francisco. Thus, **Exhibit 5** is judicially noticeable because it "can be accurately and

///

///

1  readily determined from sources whose accuracy cannot reasonably be questioned."
2  Federal Rule of Evidence 201(b)(2).

3  Dated:  May 9, 2024          WALKUP, MELODIA, KELLY & SCHOENBERGER

By: _____
MICHAEL A. KELLY
RICHARD H. SCHOENBERGER
MATTHEW D. DAVIS
ASHCON MINOIEFAR
Attorneys for All Plaintiffs

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

3
PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE ISO REPLY BRIEF RE MOTION TO ENFORCE - CASE NO. 4:20-cv-03033-JST