DAVID CHIU, State Bar # 189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
TARA M. STEELEY, State Bar # 231775
JOHN H. GEORGE, State Bar # 292332
KAITLYN M. MURPHY, State Bar #293309
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675 [Snodgrass]
              (415) 554-4655 [Steeley]
              (415) 554-4223 [George]
              (415) 554-6762 [Murphy]
Facsimile:    (415) 554-4699
E-Mail:       wayne.snodgrass@sfcityatty.org
              tara.Steeley@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASTINGS COLLEGE OF THE LAW, a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>    Defendant. | Case No. 4:20-cv-3033-JST<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL RENÉE ERICKSON ROSENBLIT**<br><br>Trial Date:         Not Set |

TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND TO THIS COURT:

NOTICE IS HEREBY GIVEN that Deputy City Attorney Renée Erickson Rosenblit is no longer counsel of record for Defendant CITY AND COUNTY OF SAN FRANCISCO in this case.

Please remove the following from your service list.

**RENÉE ERICKSON ROSENBLIT, State Bar # 304983**

The Office of the City Attorney and the remaining listed counsel remain counsel of record for Defendant CITY AND COUNTY OF SAN FRANCISCO.

Dated:  May 20, 2024

>            DAVID CHIU
>            City Attorney
>            YVONNE R. MERÉ
>            Chief Deputy City Attorney
>            WAYNE SNODGRASS
>            TARA M. STEELEY
>            JOHN H. GEORGE
>            KAITLYN M. MURPHY
>            Deputy City Attorneys
>
>      By:   s/Tara M. Steeley
>            TARA M. STEELEY
>
>            Attorneys for Defendant
>            CITY AND COUNTY OF SAN FRANCISCO