UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| COLLEGE OF THE LAW, SAN FRANCISCO a public trust and institution of higher education duly organized under the laws and the Constitution of the State of California; FALLON VICTORIA, an individual; RENE DENIS, an individual; TENDERLOIN MERCHANTS AND PROPERTY ASSOCIATION, a business association; RANDY HUGHES, an individual; and KRISTEN VILLALOBOS, an individual,<br><br>                Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>                Defendant. | Case No. 4:20-cv-03033-JST<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING STIPULATED INJUNCTION AND DISMISSING ACTION**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JON S. TIGAR, COURTROOM 6**<br><br>Action Filed:   05/04/2020<br>Trial Date:     (None set yet) |

**STIPULATION**

Plaintiffs and Defendant City and County of San Francisco, through their undersigned counsel, submit this stipulation and proposed order to vacate the Stipulated Injunction (ECF no. 071) and dismiss this action with prejudice, with each side to bear its own attorney's fees and costs.

Dated: August 18, 2025  WALKUP, MELODIA, KELLY & SCHOENBERGER
KLINE & SPECTER
UC LAW SF, OFFICE OF THE GENERAL COUNSEL

By: _____
MATTHEW D. DAVIS
Attorneys for All Plaintiffs

Dated: August 20, 2025  OFFICE OF THE CITY ATTORNEY

By: ____/S/  John H. George_____
JOHN H. GEORGE
Attorneys for Defendant City and County of San Francisco

## [PROPOSED] ORDER

For good cause appearing, it is so ORDERED.

Dated: _____, 2025

Jon S. Tigar
United States District Court Judge

2
STIPULATION AND [PROPOSED] ORDER - CASE NO. 4:20-cv-03033-JST